Case 1:09-cv-01062-RBK-AMD Document 79-3 Filed 09/17/10 Page 1 of 11 PageID: 4274

MWANTEMBE et al vs. TD BANK, N.A., et al 9-9-10 JAMES C. GRIMMER

50 (Pages 194 to 197)

### Page 194

1　　A.　Today it's available throughout the
2　network, Maine to Florida, on the teller system
3　and on the platform system.
4　　Q.　Okay.
5　　A.　As a standard business practice we
6　direct them to the CSR, to the platform because
7　it's not a quick and dirty transaction to load the
8　card. Tellers are for like those -- make a
9　deposit.
10　　Q.　Sure.
11　　A.　But if the volume is so high, they
12　can service the customer as a convenience at the
13　teller line.
14　　Q.　But if I get in my car tonight and I
15　go home and I run through Marlton, and assume I'm
16　a depositor, and I go to the drive-in window, can
17　I get a card from her?
18　　A.　No. We don't sell them at the
19　drive-through. You got to ID the customer.
20　　Q.　Well, she knows who I am.
21　　A.　She won't have access to the vault
22　tonight. The vault closes.
23　　Q.　2:00 tomorrow afternoon?
24　　A.　She would tell you to come inside, I

### Page 195

1　believe. I believe.
2　　Q.　Okay. So you talked about each year
3　you relaunch the program, and you told me that
4　you're not sure if a new employee training it's
5　covered at this point. So other than the relaunch
6　each holiday season, is there any ongoing training
7　that you're aware of other than that for
8　gift cards?
9　　A.　Well, there's ongoing training for
10　new hire employee whether or not they're in a
11　formal training classroom or there's stuff that's
12　done at the store.
13　　Q.　Okay.
14　　A.　So as a new hire you're on boarded on
15　everything.
16　　Q.　In other words, trained?
17　　A.　Trained, yeah. Uh-huh. So classroom
18　training is specific to sales of checking,
19　savings, et cetera, and then there's ancillary
20　products like a gift card or the Penny Arcade that
21　you would do training in-store with your assistant
22　manager or head teller or store manager.
23　　Q.　You mentioned classroom training. Do
24　all your new employees have classroom training?

### Page 196

1　　A.　Partially, yes.
2　　Q.　What does that -- how long is that
3　and what does it entail other than what you just
4　told me, if anything?
5　　A.　So the new program is a combined
6　training program. I think it runs I want to say
7　nine to ten days. Some is online training which
8　they can do at their individual location, and then
9　there's days actually spent at the universities to
10　learn specific segments of the training, you know,
11　the system, learn the system, and during the
12　training, it's also customer experience training,
13　how do we treat customers.
14　　Q.　Is this TD University?
15　　A.　It's now TD University.
16　　Q.　And is that just in Marlton or you
17　got one in Florida?
18　　A.　We have one in Florida. One in
19　Maine.
20　　Q.　So every TD Bank customer service
21　representative and teller, when they're hired, is
22　going to go to one of those three places for
23　training?
24　　A.　Oh, there's, I think, seventeen

### Page 197

1　campuses altogether.
2　　Q.　Oh, okay.
3　　A.　Yeah.
4　　Q.　All right.
5　　A.　They will go to some formal classroom
6　training within their first so many weeks of hire.
7　　Q.　And any one of them is not too far
8　away, the formal training class.
9　　A.　That's the hope.
10　　Q.　Okay. What are the goals that you
11　know of of in-store training with regard to
12　gift card sales?
13　　A.　Repeat the -- explain what you mean,
14　the goals.
15　　Q.　Well, each year there's a training
16　session at the very least as you re-roll out the
17　program during the holiday season. What's the
18　overall goal of that training session?
19　　A.　Oh, to make sure that they provide a
20　good experience to the customer, a WOW experience,
21　make sure they have a knowledge base of the
22　product, the in's and out's of the product, and
23　then systematically how to sell the product.
24　　Q.　Do the various branches compete for

Case 1:09-cv-01062-RBK-AMD Document 79-3 Filed 09/17/10 Page 2 of 11 PageID: 4275
MWANTEMBE et al vs. TD BANK, N.A., et al 9-9-10 JAMES C. GRIMMER

51 (Pages 198 to 201)

Page 198

1 prizes for most gift cards sold?
2  A.  There is no official prize.
3  Q.  What does that mean?
4  A.  We don't give them anything if they
5 sell more gift cards, if that's what you're
6 asking.
7  Q.  Okay.
8  A.  There's a lot of competition in this
9 company from one market to another, so they will
10 gloat that they sold more cards, but there's no
11 official prize.
12  Q.  Is there an unofficial prize?
13  A.  No. I'm just saying it's their
14 bragging rights, that's the unofficial prize.
15  Q.  Okay. Anything other than bragging
16 rights.
17  A.  No.
18  Q.  I mean I got Branch -- I got
19 District 4 and I sold fifty million dollars and
20 District 2 -- and every other district sold one
21 million dollars, I don't get anything?
22  A.  No.
23  Q.  Do you incentivize your employees,
24 individual employees to help them and reward them

Page 199

1 for gift card sales?
2  A.  No.
3  Q.  Do you incentivize -- do you
4 understand what I mean --
5  A.  Yeah.
6  Q.  -- when I say incentivize?
7       Do you incentivize -- what do I
8 mean -- what is your understanding of that term?
9  A.  That there's some compensation for
10 selling gift cards.
11  Q.  Do customer service representatives
12 get incentivized based upon their production,
13 overall production, not just with gift cards?
14  A.  Oh, yes.
15  Q.  And is gift card production part of
16 that overall production?
17  A.  Currently I do not believe it is.
18  Q.  Has it been in the past?
19  A.  No. My question is whether or not it
20 is currently. I know it hasn't in the past.
21  Q.  Okay. And why do you question --
22 what is it that you makes you question that?
23  A.  Because we have a new total
24 compensation package for the front line, for the

Page 200

1 tellers in stores, and I don't know that it's
2 included in there as one of the widgets of sales.
3 I don't know if gift card's included. I don't
4 think it is, but I don't want to be -- I'm not a
5 hundred percent sure.
6  Q.  Okay. Do you know a Marc Sieben?
7  A.  No.
8  Q.  Commerce Capital Markets.
9  A.  No.
10  Q.  Do you have an understanding of
11 records -- where records would be kept or who
12 would keep gift card sales records?
13  A.  Well, it's systemic. I mean it's
14 done on the system, so there's not really paper
15 records.
16  Q.  I understand that, but would it be --
17 would I be likely to find it in accounting, in
18 sales, in marketing?
19  A.  Technology.
20  Q.  And are the -- would you have an
21 understanding as to whether or not gift card sales
22 records would be kept by region or by -- or not?
23  A.  I mean I have reports of sales by
24 region, but I don't have individual sales by

Page 201

1 region. We talked about, earlier, volume of
2 sales.
3  Q.  Yeah, right. Which is total number.
4  A.  So Marlton sold 2,400. This one sold
5 500. And then you could get it regionally since
6 these twelve stores are in a region, it rolls up.
7 But that's just number of sales, not individual
8 sales.
9  Q.  I understand that. I'm just trying
10 to understand who keeps them and how they're kept.
11 Do you get breakdowns or do you know if breakdowns
12 are gotten with regard to the denominations of
13 sales? There's, you know, 80 percent of them are
14 $25 gift cards, 1 percent are $500 gift cards?
15  A.  No, I don't have that breakdown.
16 Average.
17  Q.  Does anyone have that breakdown?
18  A.  No.
19  Q.  When you say you know average, what
20 does that mean?
21  A.  In the reports I would get during the
22 holiday season, it would give me the average card
23 sold, so the average load amount. $67. $75.
24  Q.  And that would be -- what is your

Case 1:09-cv-01062-RBK-AMD Document 79-3 Filed 09/17/10 Page 3 of 11 PageID: 4276

MWANTEMBE et al vs. TD BANK, N.A., et al                 9-9-10    JAMES C. GRIMMER

52 (Pages 202 to 205)

### Page 202

1 understanding of how that number is derived?
2   A.  Total number of cards versus total
3 dollars loaded.
4   Q.  And that's totals or is it totals
5 broken down by region or by store?
6   A.  It's the total. I mean there could
7 be a breakdown by region, but I don't -- I could
8 calculate the number, average card per region --
9   Q.  Sure.
10   A.  -- if that's what you mean. Because
11 we have it broken down by -- I think dollars are
12 on there, as well. But I'm talking about overall
13 sales for a period, for a holiday season.
14   Q.  How accessible is that information to
15 you?
16   A.  I mean I don't house the information
17 on my terminal, my system.
18   Q.  If you went back to your office
19 tomorrow and you said, "I want to know what we
20 sold during Christmas season 2009," could you get
21 that information in an hour?
22   A.  Maybe not an hour; maybe a day.
23   Q.  Okay. And what information
24 specifically could you get? Could you get the

### Page 203

1 total amount of cards sold?
2   A.  I would assume, yes.
3   Q.  Could you get the total amount of
4 dollars loaded into those cards?
5   A.  I would assume, yes.
6   Q.  Could you get the total amount of
7 fees collected for last year?
8   A.  No. It's not part of the same
9 system.
10   Q.  What system is that part of?
11   A.  I don't know. That's a finance
12 system. I'm just talking about the Card Genie you
13 talked about earlier.
14   Q.  Oh, you could pull all of this out of
15 the Card Genie?
16   A.  I can't.
17       MR. HARVEY: Objection. What
18    out of a Card Genie?
19 BY MR. FODERA:
20   Q.  The information that we've been
21 discussing about total sales and total volume and
22 total load per -- average load per card, you could
23 pull all of that -- that information can be pulled
24 directly from the Card Genie?

### Page 204

1   A.  The sales, yes.
2   Q.  And the Card Genie, to your
3 understanding, doesn't have a corollary with fees?
4   A.  Not that I'm aware of.
5   Q.  If you wanted to go into your office
6 and find out how many cards were sold in 2007 or
7 2006, would Card Genie do that?
8   A.  I can't answer that question.
9   Q.  Can you put those search parameters
10 in?
11   A.  I don't do the search.
12   Q.  Can those search parameters be put
13 in?
14   A.  I don't know. I don't know the
15 system that well to say how far back you can go.
16   Q.  Okay. And even if Card Genie
17 wouldn't be able to retrieve that information, do
18 you believe that information is retrievable
19 somewhere in the system?
20   A.  You'd need to ask technology. I
21 don't want to speculate on that.
22   Q.  Do you have any knowledge of any
23 customer complaints regarding gift cards or
24 gift cards programs? Would that be within your

### Page 205

1 responsibilities?
2   A.  I mean customer problem resolution is
3 in my purview. But do I have any knowledge? I
4 assume there's a customer complaint in here.
5 That's about the only knowledge I have.
6   Q.  Okay. But my question -- and maybe
7 it was inartfully phrased -- is there a position
8 within TD Bank and/or Commerce Bank before it that
9 would be responsible for knowing about customer
10 complaints when customers have made complaints
11 related to gift cards.
12   A.  I don't think specific to gift card.
13   Q.  Would that gift card program,
14 complaints related to that from the public, be
15 under the auspices of any other -- would
16 complaints related to gift card be under the
17 auspices of other products and who would get those
18 complaints?
19   A.  Well, complaints generally would go
20 to the front line management team of a customer.
21 Now, whether or not that's centralized into a back
22 room area, I mean it depends on what form the
23 complaint came in. Letter, complaint letter would
24 go -- you could probably have a record of a

Case 1:09-cv-01062-RBK-AMD Document 79-3 Filed 09/17/10 Page 4 of 11 PageID: 4277
MWANYEMBE et al vs. TD BANK, N.A., et al                                    9-9-10                    JAMES C. GRIMMER

53 (Pages 206 to 209)

Page 206

1  complaint letter. But there's not a complaint
2  department if that's what you mean.
3      Q.  Okay.
4      A.  We don't get a lot of complaints.
5      Q.  But surely you get some.
6      A.  Sure.
7      Q.  And like any good organization you're
8  going to listen to your customers and you're going
9  to try and improve on your service.
10     A.  We're all about service and
11 convenience.
12     Q.  And being all about service and
13 convenience, you want to listen to the complaints
14 that your customers have?
15     A.  Absolutely.
16     Q.  And you want to know if those
17 complaints are being repeated system-wide?
18     A.  True.
19     Q.  You don't want them to just stay at
20 the first line level, do you?
21     A.  No.
22     Q.  So I guess my question is where are
23 those complaints consolidated so somebody knows
24 that they're system-wide?

Page 207

1      A.  So the complaints that get bumped up,
2  what we call bump up --
3      Q.  Okay.
4      A.  -- would go to the chairman's service
5  center.
6      Q.  The chairman's service center. What
7  is the chairman's service center?
8      A.  They handle the most escalated
9  complaints from customers --
10     Q.  What about --
11     A.  -- throughout the bank.
12     Q.  Now, I'm not talking about one irate
13 person in Boca Raton. I'm talking about if you've
14 got twenty-seven people --
15     A.  A systemic issue?
16     Q.  A systemic issue, yes.
17     A.  I mean they monitor the complaint
18 tracking and letters that come in, so I would
19 assume it would be them.
20     Q.  And who runs that department?
21     A.  Right now?
22     Q.  I'll take right now.
23     A.  I mean it falls under Linda Verba.
24 You know that name.

Page 208

1      Q.  All right. And before Linda Verba?
2      A.  She started it.
3      Q.  Commerce didn't have a program?
4      A.  It was a Commerce program. She's a
5  Commerce legacy employee.
6      Q.  So this --
7      A.  I'm sorry, I don't want to say that
8  because it's not a hundred -- so she's managed it.
9  The gentleman that started it is deceased, so he's
10 not here.
11     Q.  But this type of program has been in
12 effect since you've been employed with Commerce?
13     A.  No. I don't know what year they
14 started the chairman service center. I want to
15 say early 2000.
16     Q.  It's been in effect since before the
17 gift card program?
18     A.  It could be right around the same
19 time.
20     Q.  Fair enough. Now, would you expect
21 that if there was a systemic problem with
22 gift cards, whatever that problem was, that was
23 being reported to various branches, that it would
24 have been kicked up to this department?

Page 209

1      A.  Yes.
2      Q.  I think I asked this --
3          MR. FODERA: Please indulge me,
4  Counsel.
5  BY MR. FODERA:
6      Q.  But I want to be clear. My
7  understanding is you have no information,
8  whatsoever, regarding why Vernon Hill at the end
9  of 2005 reinstituted the service fees.
10     A.  He didn't institute at the end -- I'm
11 sorry --
12     Q.  Why they reinstituted.
13     A.  Vernon Hill --
14     Q.  Nobody stopped it.
15     A.  I don't know that Vernon Hill -- I
16 never said that Vernon Hill was involved in that.
17     Q.  Oh, okay.
18     A.  Vernon Hill stopped the fees in
19 January 2005. Based on this, Dennis DiFlorio
20 reinstituted the fee with Kevin Barry.
21     Q.  Was Vernon Hill in charge of the bank
22 or the --
23     A.  Yeah.
24     Q.  At that time. And other than this

Case 1:09-cv-01062-RBK -AMD Document 79-3 Filed 09/17/10 Page 5 of 11 PageID: 4278
MWANTEMBE et al vs. TD BANK, N.A., et al                                    9-9-10 JAMES C. GRIMMER
54 (Pages 210 to 213)

### Page 210

1  email, you have no information regarding this
2  reinstitution of the fee at all?
3      A.  No. I mean other than the fact it
4  was reinstituted.
5      Q.  I understand that. I want to cover
6  this base as securely as I can. I want to know
7  that I've covered that issue. You don't have any
8  information at all?
9      A.  I was not involved in the
10 reinstitution of the fee, no.
11     Q.  Who is Hannah Preble?
12     A.  "Hannah Preble." I want to say --
13 don't hold me to this. Hannah Preble. I know the
14 name.
15     Q.  Is she marketing or Marketwise?
16     A.  Oh. Oh, she's marketing from legacy
17 Banknorth, I'm thinking.
18     Q.  What was Marketwise?
19     A.  Marketwise was the -- any
20 marketing-type product or service or campaign that
21 was issued under legacy Banknorth, it was a
22 communication to the front line.
23         MR. FODERA: Let's mark this
24 as 4.

### Page 211

1         (Document received and marked
2         for identification Plaintiffs' Exhibit
3         Grimmer-4, Document Bates-stamped number
4         TD000969 through TD000978, consisting of
5         10 pages.)
6  BY MR. FODERA:
7      Q.  Do you have that in front of you?
8      A.  Yes.
9      Q.  Just take a moment and just -- I just
10 have a couple questions with regard to it, but I
11 want you to look at it. You'll see in there TD977
12 that we were discussing earlier. Maybe this is
13 what you were talking about.
14     A.  I see that.
15     Q.  Is that what you were talking about
16 earlier?
17     A.  No.
18     Q.  Okay. Let's just -- let's play
19 identification game first. Stacey Perrotta, who
20 is that?
21     A.  She is a field marketing manager.
22     Q.  Is she under you or someone else?
23     A.  No, she's under marketing.
24     Q.  And Jamie Triplett?

### Page 212

1      A.  Same.
2      Q.  And Beth Hogan?
3      A.  Don't know.
4      Q.  If you weren't involved in the
5  day-to-day operations of the gift bank card -- in
6  November of 2008 you had the position you have
7  now.
8      A.  I do. I did. Excuse me.
9      Q.  So why are you even getting this
10 email?
11     A.  Because it's going to the stores.
12     Q.  Everything that goes to the stores
13 comes through you?
14     A.  Yes.
15     Q.  Did you have any input into this?
16     A.  No.
17     Q.  Would you get one of these each year?
18     A.  I get them weekly. Marketwises I get
19 weekly.
20     Q.  Fair comment. My question is it had
21 to with gift bank (sic).
22     A.  Gift card?
23     Q.  Gift card sales and gift card
24 promotions. Is this something you would expect to

### Page 213

1  see at least on an annual basis?
2      A.  Yes.
3      Q.  This is not something that you would
4  see weekly --
5      A.  No.
6      Q.  -- with regard to gift cards?
7      A.  No.
8      Q.  Just during maybe dads and grads and
9  maybe the holiday season, is that fair?
10     A.  Big campaigns or pushes, yes.
11     Q.  Is Hannah Preble still there, if you
12 know?
13     A.  I don't know.
14     Q.  Did you often have at the bank
15 employee raffles for gift cards?
16     A.  Often, what do you mean by often?
17     Q.  Did it occur annually? Did it occur
18 quarterly?
19     A.  I don't know exactly the frequency.
20 We've had raffles for gift cards, yes.
21     Q.  Were you involved in that program at
22 all other than just to get the facts?
23     A.  Not that I know of. That would be
24 the WOW department.

### Page 214

1  Q. Were you involved in the program that
2 gave away gift cards for new accounts, get a $25
3 gift card?
4  A. For grand openings.
5  Q. Oh, does that still go on?
6  A. Yes.
7  Q. Tell me about that program.
8  A. You come and open an account and
9 legacy Commerce, from a legacy Commerce
10 perspective, because they were the grand opening
11 gurus, customers could get a gift when you open
12 your account, 250 for a checking account, minimum
13 of 250, and if you did that, you got a gift along
14 with that, and one of the gifts was the gift card.
15  Q. How much do you have to open now?
16  A. 250 I want to say is the number
17 still.
18  Q. So they're giving you a 10 percent
19 return right away?
20  A. (Indicating.)
21  Q. It's better than a toaster.
22  A. It's better than a toaster. We've
23 done toasters, though.
24  Q. Do those cards have fees attached to

### Page 215

1 them after thirteen months?
2  A. They're the same product as we give
3 to -- we sell, yes.
4  Q. Do they come in a gift box?
5  A. They do.
6  Q. Do they go through the Card Genie
7 system?
8  A. They're preloaded.
9  Q. What does that mean?
10  A. They come to the bank from the
11 processor with $25 loaded on them.
12  Q. So they don't go through the
13 Card Genie system?
14  A. Not by the store personnel.
15  Q. Okay.
16  A. I can't -- I'm not a hundred percent
17 sure whether or not the processor actually
18 processes them through -- did they use Card Genie?
19 I don't know.
20  Q. When you say the processor, who do
21 you mean? The person who actually physically --
22 the plastic manufacturer --
23  A. Yeah.
24  Q. -- who makes the card?

### Page 216

1  A. They load them, preload them.
2  Q. When you give them out to a
3 purchaser -- to a person who's opened a new
4 account at a Commerce legacy opening, if you're
5 not putting it in through Card Genie, can you tell
6 who the purchaser was at some subsequent time?
7  A. I don't know.
8  Q. My understanding is you can --
9 because you only sell to TD Bank or Commerce
10 customers, you can tell who all your purchasers
11 are of bank cards, of gift cards. Is that fair?
12  A. Can I put it down on paper who they
13 are? No.
14  Q. Somebody can generate a report saying
15 who bought the cards.
16  A. I don't know if they can or not.
17  Q. And the same question with regard to
18 people who don't go through the Genie system, can
19 you tell who purchased the cards --
20  A. I don't know.
21  Q. -- or who the cards were given to for
22 opening a new account?
23  A. I couldn't tell you who got a card as
24 part of a new account opening, who that person

### Page 217

1 was.
2  Q. When you say you, do you mean you
3 personally or TD Bank?
4  A. Me, personally.
5  Q. What about TD Bank?
6  A. I don't know if they could or not.
7  Q. Do you know if they have the ability
8 to go back in time and tell who they gave new
9 card -- account holders --
10  A. I don't know.
11  Q. -- gift cards?
12  A. I don't know.
13  Q. And the other question, can you tell
14 me if TD Bank can generate a report that can tell
15 who all the purchasers of bank cards are?
16  A. I can't tell you, no.
17  Q. Who would know that information?
18  A. Technology.
19  Q. Who in technology?
20  A. I don't know the current technology
21 guy that runs the gift card systems. I'm sorry, I
22 don't know.
23  Q. Can you tell me if your best estimate
24 is that since the institution of this program in

### Page 218

1  2003, there's been more or less than a million
2  cards sold?
3      A.  More.
4      Q.  More or less than two million cards
5  sold?
6      A.  My guess would be more.
7      Q.  More or less than five million cards
8  sold?
9      A.  I would say no.
10     Q.  Somewhere between two and -- what
11 about three million?
12         MR. HARVEY:  The witness used
13     the word guess.  So I'd appreciate it if
14     you'd lay a foundation and find out if this
15     is pure speculation --
16         THE WITNESS:  This is pure
17     speculation.
18         MR. HARVEY:  -- or maybe he has
19     some basis.
20 BY MR. FODERA:
21     Q.  But you see the card reports --
22     A.  Yes.
23     Q.  -- and you've seen them since you ran
24 the pilot program.  So when you say guess, you're

### Page 219

1  really giving me an estimate, your best estimate
2  that over two million cards have been sold since
3  the institution of the program?
4      A.  Best estimate, yeah.
5      Q.  And what about over three million, or
6  is it somewhere in that number?
7      A.  I would say somewhere in that number.
8      Q.  Okay.  You graduated from Ryan in '78
9  or '80?
10     A.  '80.
11     Q.  Was that one of the first classes?
12     A.  No.
13         (Discussion held off the
14     record.)
15 BY MR. FODERA:
16     Q.  Can you tell me about any substantive
17 changes, if you know, between the TD Bank card
18 program and the Commerce Bank card program when TD
19 took over Commerce?
20     A.  I believe there was a purchase fee at
21 TD Banknorth that went away.
22     Q.  Okay.
23     A.  And their maintenance fee was
24 different.

### Page 220

1      Q.  What do you mean?
2      A.  I think it was $3.50, and now it's
3  $2.50, same as Commerce.
4      Q.  Anything else?
5      A.  That's all -- they didn't do --
6  I'm sorry.  They didn't have a box.  They didn't
7  have the same packaging as we had.
8      Q.  Anything else?
9      A.  And they sold it at tellers, which we
10 talked about earlier.  I think that's it.
11     Q.  I don't think this name came up:
12 Chas Hermann.
13     A.  Yeah, we talked about him.  On email.
14         MR. FODERA:  Let's take five
15     minutes.
16         (At this time, a recess was
17     taken.)
18 BY MR. FODERA:
19     Q.  You told me earlier, I think you said
20 that you would comment on the gift card training
21 materials through emails.
22     A.  My comment on gift card training
23 materials?
24     Q.  When you got these gift card training

### Page 221

1  materials, you would comment on them and you would
2  generally do it by email, you did it mostly by
3  email.  Did I misunderstand you?
4      A.  Yeah, my comment was the gift card,
5  we would send out gift card training via email for
6  store huddles.  Remember we were talking about
7  store huddles?
8      Q.  And would you comment on the
9  materials before they went to the employees?  Is
10 that something you would do.
11     A.  If I did, it would be via email I
12 think is what I said.
13     Q.  Okay.
14     A.  I can't say I never commented on a
15 training material.
16     Q.  Do you have specific recollections of
17 commenting on gift card training materials?
18     A.  No.
19     Q.  You said earlier that -- just before
20 we broke, that for the gift cards that were used
21 when a person opened a new bank account and are
22 used when a person opens a new bank account, that
23 those gift cards are loaded -- come preloaded.
24 Right?

Page 222

1  A. Yes.
2  Q. And that they're preloaded at the
3  manufacturing site or someplace else. Where are
4  they preloaded?
5  A. I don't know who our card provider is
6  today.
7  Q. They're preloaded at the card
8  provider?
9  A. That's my recollection of how it
10 works now, yes.
11 Q. So how do you know -- if they're
12 preloaded, is the -- when they're loaded, is that
13 the issue date when the cash hits the card?
14 A. I don't know.
15 Q. Well, can we agree that when the cash
16 hits the card in the bank and it goes through the
17 Genie system, that's the issue date?
18 A. For the one sold at the bank?
19 Q. Yeah.
20 A. Correct.
21 Q. Okay. But you can't comment on
22 whether or not the issue date is the date that
23 it's preloaded at the manufacturer's on those
24 cards that are used and given to customers for

Page 223

1  opening new accounts?
2  A. I cannot.
3  Q. Who would know that information?
4  A. Possibly Deb Calulo. I always say
5  her name wrong.
6  Q. We were looking at the materials, I
7  showed you this and you immediately saw this and
8  knew what it was.
9  A. It's a WAG record.
10 Q. A WAG record.
11 A. W-A-G, WOW Answer Guide.
12 Q. Wow Answer Guide. Tell me about the
13 origins of the WOW Answer Guide and where it's
14 used and how it's used and who it's used with.
15 A. It's used throughout the entire bank.
16 Q. Okay.
17 A. Clarify that, legacy Commerce, it was
18 used throughout the entire bank.
19 Q. Okay.
20 A. It was the record of customer facing
21 procedures and policies.
22 Q. What does that mean, customer facing
23 procedures and policies?
24 A. Any time you had a question as a CSR,

Page 224

1  as a teller, as a manager, as Jim Grimmer, I can
2  go in and look and clarify exactly what the
3  process or procedure is.
4  Q. So this is the answer book?
5  A. That's the answer guide.
6  Q. And this answer guide has several
7  different gyrations. I've got one 10-12-05 to
8  11-17-05, and this has to do with gift card,
9  11-18-05 to 12-12-05, and there's variances of
10 regular overview. What would be the cause to
11 generate a new gift card overview or WAG guide for
12 gift cards?
13 A. Yeah, it could just be the annual
14 review: Yeah, nothing changed. It could be that
15 something changed.
16 Q. Without spending time, and I don't
17 think that we need to, these were produced by
18 counsel to me from TD Bank. Can you say with
19 certainty that the WOW guide, the TD Bank Visa
20 gift card overview, whichever that I'm looking at,
21 is the answer guide for that time period that it
22 pertains to with regard to gift cards?
23 A. I'm sorry, you're going to have to
24 repeat the question.

Page 225

1  Q. What I'm trying to do here is
2  short-circuit a little bit.
3  A. Sure.
4  Q. We can go through all of these
5  different answer guides. What I guess I'm trying
6  to ask you, if you will agree with the proposition
7  that whichever WAG guide it is from whatever time
8  period it is, that that is the policy and
9  procedure with regard to gift cards for that time
10 period.
11 A. Yes.
12 Q. At the bank.
13 A. Yes.
14 Q. And that people who worked for the
15 bank could reasonably rely on the material in here
16 as being correct and accurate information.
17 A. Reasonably rely on it, yes.
18 Q. Okay.
19    MR. HARVEY: Counselor, may I
20 add a clarification?
21    MR. FODERA: Sure.
22    MR. HARVEY: I sent you a
23 letter yesterday that I identified that the
24 date on the very first one is off by a few

Page 226

1 weeks.
2 　　　MR. FODERA: That's correct.
3 　　　MR. HARVEY: And that it also
4 refers to it as a TD guide, and that's just
5 a header, TD wasn't anywhere in the picture
6 at the time of --
7 　　　MR. FODERA: And with that
8 qualification. I realize that. I'm not
9 playing hide the ball here. I'm just
10 trying to move things along.
11 BY MR. FODERA:
12 　Q.　Who created WAG?
13 　A.　I wasn't there. It was there before
14 I got there.
15 　Q.　It's been that long?
16 　A.　(Indicating.)
17 　Q.　Okay. And who is responsible for
18 updating WAG?
19 　A.　It falls under the WOW department.
20 　Q.　And who is the head of the WOW
21 department?
22 　A.　Linda Verba.
23 　Q.　She's got a lot of hats; Linda Verba.
24 　A.　Yes, she does.

Page 227

1 　　　MR. HARVEY: I will point out
2 one other thing that is not in my letter
3 that I came to fully understand today,
4 which is that there was a WAG guide in 2004
5 that we have been unable to -- that TD Bank
6 has been unable to locate. So the earliest
7 WAG guide we gave you begins in January of
8 2005. There is a prior one, but we've been
9 unable to locate it. Whether it was
10 different or the same, I don't know.
11 　　　MR. FODERA: When you say
12 there's a prior WAG guide, Counsel, do you
13 mean there's a prior WAG guide for the
14 gift card program?
15 　　　MR. HARVEY: Yes.
16 　　　MR. FODERA: Okay.
17 　　　MR. HARVEY: Yes.
18 BY MR. FODERA:
19 　Q.　And am I correct -- Deponent, am I
20 correct that there's WAG guides for various
21 procedures at the bank?
22 　A.　Yes.
23 　　　MR. FODERA: Okay. I have no
24 more questions.

Page 228

1 　　　MR. HARVEY: I have a couple
2 questions just to clarify a couple things.
3 BY MR. HARVEY:
4 　Q.　Mr. Grimmer, Mr. Fodera asked you
5 about the issue date and how customers are to
6 know -- how recipients of cards are to know the
7 issue date or the date on which the card was sold
8 for purposes of determining when this fee will
9 kick in, the maintenance fee. And I'm referring
10 to today, let's just start with today. Is there
11 any way -- I believe you said it's not on -- the
12 issue date is not stated on the card, itself,
13 either the front or the back. Is there any way
14 that a recipient of a card can figure out the
15 issue date?
16 　A.　I believe it's on giftcard.com, you
17 would see the original loaded amount on the card.
18 And if you call the 1-800 number, I think
19 historically you can go through the history of
20 transactions and they would show -- they would
21 tell you the load date of the card and amount.
22 　Q.　So you can go to the website or you
23 can go to the 800 number?
24 　A.　Yes.

Page 229

1 　Q.　And has -- that's true today?
2 　A.　Not as confident today that it's
3 still there, but I know that it was because I
4 bought cards myself so I know in the past it was.
5 　Q.　Was it there when -- during Commerce
6 Bank?
7 　A.　Yes.
8 　Q.　And you're just not sure whether
9 that's true today or not?
10 　A.　I haven't gone in and looked at it
11 today.
12 　Q.　Mr. Fodera asked about putting a
13 sticker with the issue date on the card. Have you
14 ever been tasked either at your current job at
15 TD Bank or any time you were with TD Bank or
16 Commerce Bank to study the issue of putting a
17 sticker on the card with the issue date? Have you
18 ever looked into that?
19 　A.　Never.
20 　Q.　Would it operationally -- from an
21 operational standpoint do you -- are there any
22 problems that you could see with a procedure where
23 every time a card was sold, the customer service
24 rep had to put a sticker with the issue date or

## Page 230

1 sale date either on the front of the card,
2 operationally is there any -- is there anything
3 that would strike you or concern you about the
4 feasibility of doing that?
5     A.  I don't know that it's practical to
6 do it. The card that you showed me earlier comes
7 with the sticker on it, so the store is not doing
8 the sticker part of it. Every time you add
9 another process to the process you're opening
10 yourself for error. So I couldn't manage that
11 they did it every single time. So I think that
12 would be the biggest obstacle.
13         MR. HARVEY: I have no other
14     questions.
15 BY MR. FODERA:
16     Q.  Let me just follow up on that, if I
17 can. With regard to the telephoning or going on
18 giftcards.com, you said that it will tell you the
19 load date.
20     A.  Yeah.
21     Q.  Do you know exactly what it says?
22 Does it say this was the date the card was issued
23 or does it say this is a load date?
24     A.  I don't know exactly what it says.

## Page 231

1     Q.  Okay.
2     A.  It might say purchased amount and
3 have the date and the amount.
4     Q.  But you don't know what it says?
5     A.  I don't, no. It's been a long time
6 since I've gone there.
7     Q.  You agree with me that now there's a
8 sticker on these cards?
9     A.  Yeah.
10     Q.  Currently.
11     A.  Yes. 2009.
12     Q.  And this sticker that's currently on
13 this card could have preprinted on it, issue date,
14 with a blank line next to it, correct?
15     A.  Anything's possible to have
16 preprinted.
17     Q.  There's no hindrance to having on
18 this sticker, purchase date, with a blank line,
19 correct?
20     A.  No.
21     Q.  And that blank line on the purchase
22 date could be filled out by the customer service
23 representative, 12-9 purchased, correct?
24     A.  You're asking me could they put in a

## Page 232

1 date?
2     Q.  Yes.
3     A.  Yes, they could do that.
4     Q.  And that would be more convenient for
5 the customer to know when the gift card was
6 purchased, wouldn't it?
7     A.  From a consumer's perspective I guess
8 it could be.
9     Q.  Okay. And are you aware that -- of
10 any competitors that put the issue date on their
11 cards?
12     A.  I am not.
13     Q.  On stickers on their cards?
14     A.  I am not.
15     Q.  Are you aware of AmEx's process?
16     A.  I am not.
17         MR. FODERA: That's it.
18         - - -
19     (DEPOSITION CONCLUDED)
20     (4:16 p.m.)
21         - - -

## Page 233

5     I, JAMES C. GRIMMER, have read the
6 aforegoing transcript of my deposition
7 given on Tuesday, March 9, 2010, consisting
8 of 232 pages, and it is true, correct, and
9 complete to the best of my knowledge,
10 recollection, and belief, except for the
11 list of corrections, if any, attached on a
12 separate sheet herewith.

17         JAMES C. GRIMMER

22         Witness

Page 234

CERTIFICATE

1
2
3
4   I, FRANCINE K. GUOKAS, RPR, and
5   Notary Public for the Commonwealth of
6   Pennsylvania, do hereby certify that the
7   proceedings, evidence, and objections noted are
8   contained fully and accurately in the notes taken
9   by me of the preceding deposition and that this
10  copy is a correct transcript of the same.
11
12  I further certify that I am not an
13  attorney or counsel of any of the parties; nor a
14  relative or employee of any attorney or counsel
15  connected with the action, nor financially
16  interested in the outcome of the same.
17
18
        FRANCINE K. GUOKAS, RPR
19      Notary Public
20
21
    NOTE: The certification appended hereto does not
22  apply to any reproduction of same unless under the
    direct control and/or supervision of the
23  certifying court reporter.
24

5a189ffe-5282-43a5-be73-771a52af4ae7