EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO. 2:09-cv-00135-TJS

CHAWEZI MWANTEMBE, MARGARET
MUNTHALI and FERN RUTBERG on
behalf of themselves and
all others similarly situated,
   Plaintiffs,
   vs.
TD BANK, N.A., et al.
   Defendants.


        Oral deposition of ANGELO
CAPIZZI, taken at Silverman & Fodera,
P.C., 1835 Market Street, 26th Floor,
Philadelphia, Pennsylvania, on
Tuesday, March 16, 2010, commencing
at approximately 11:02 a.m., before
JANICE D. BURNESS, a Registered
Professional Reporter, Certified
Court Reporter, and Notary Public,
pursuant to notice.

e91329e8-6cd5-4bce-9a68-796783853645

Case 1:09-cv-01062-RBK-AMD Document 79-5 Filed 09/17/10 Page 2 of 25 PageID: 4318
ORAL DEPOSITION OF ANGELO CAPIZZI 11/3/2010

2 (Pages 2 to 5)

## Page 2

APPEARANCES:
MICHAEL P. LALLI, ESQUIRE
  mlalli@civilrights.com
SILVERMAN & FODERA, P.C.
  1835 Market Street, 26th Floor
  Philadelphia, Pennsylvania 19103
  215-561-2100
  Appearing on behalf of Plaintiffs

MICHAEL BERMAN, ESQUIRE
  michael@meberman.com
  310 Riverside Boulevard
  Suite 31
  Long Beach, New York 11561
  516-320-9076
  Appearing on behalf of Plaintiffs

BARAK A. BASSMAN, ESQUIRE
  bassmanb@pepperlaw.com
STEPHEN G. HARVEY, ESQUIRE
  harveys@pepperlaw.com
PEPPER HAMILTON, LLP
  3000 Two Logan Square
  18th & Arch Streets
  Philadelphia, Pennsylvania 19103
  215-981-4000
  Appearing on behalf of Defendants

EXAMINATION INDEX

ANGELO CAPIZZI
  BY MR. BASSMAN       3
  BY MR. LALLI . . . . . 89

## Page 3

1    ANGELO CAPIZZI, having been
2  duly sworn, was examined and
3  testifies as follows:
4    THE COURT REPORTER:  Usual
5  stipulations?
6    MR. LALLI:  We're going to
7  have him read and sign.
8    MR. BASSMAN:  That's fine.
9    EXAMINATION
10 BY MR. BASSMAN:
11   Q.  Good morning, Mr. Capizzi.
12   A.  Good morning.
13   Q.  My name is Barak Bassman;
14 I'm an attorney for the bank in this
15 case.  We met just a minute ago.
16   I want to go over just a
17 few ground rules for this morning's
18 deposition that will make things go a
19 little smoother, and then we'll get
20 into the substance of the
21 questioning.
22   First, as you can see, the
23 court reporter is writing down
24 everything that we are saying.

## Page 4

1    I know sometimes in
2  conversation we tend to answer
3  questions or communicate with
4  gestures, shrugs, nods, uh-huhs.  She
5  doesn't have a keystroke for any of
6  that, so I'll ask that all of your
7  answers to my questions be verbal.
8    A.  Understood.
9    Q.  Also, at any time if you
10 don't understand a question that I
11 ask you, please let me know and I'll
12 rephrase.  If you answer my question,
13 I'm going to assume you understood
14 it.
15   A.  Very well.
16   Q.  Also, at any point if you
17 would like to take a break, please
18 let me know.  You are not a prisoner
19 here.  You know, you are not stuck at
20 some black site with the CIA.  If you
21 need a break, just let me know.  I'll
22 try to wrap up what I'm doing as fast
23 as I can so we can get you a break.
24   And really I encourage you,

## Page 5

1  please feel free to take as many
2  breaks as you want.  It will not make
3  the day go faster or slower.
4    A.  Okay.
5    Q.  Could you please state your
6  full name and address for the
7  record.
8    A.  Angelo Patrick Capizzi.  My
9  address is 9141 Ellie Drive,
10 E-L-L-I-E, Philadelphia,
11 Pennsylvania, 19114.  And I also use
12 another address; it's 10 Holiday Road
13 in Ortley, O-R-T-L-E-Y, Beach, New
14 Jersey.
15   Q.  In what state are you
16 registered to vote, sir?
17   A.  Pennsylvania.
18   Q.  And what state issues your
19 driver's license?
20   A.  Pennsylvania.
21   Q.  Have you ever been a
22 registered voter in New Jersey?
23   A.  No.
24   Q.  Have you ever had a

## Page 6

1   driver's license from the state of
2   New Jersey?
3       A.  Yes.
4       Q.  When was that?
5       A.  I'm going to guess I
6   changed it over probably somewhere
7   around 2000, in that area.  But
8   that's a guess.
9       Q.  So since about 2000 your
10  driver's license has been from
11  Pennsylvania?
12      A.  I would say that's about
13  right.
14      Q.  Do you have any nicknames
15  or aliases you go by?
16      A.  No.
17      Q.  A question I have to ask,
18  so don't take this personally:  Are
19  you under the influence of drugs or
20  alcohol right now?
21      A.  No.
22      Q.  Are you taking any
23  medications that could interfere with
24  your ability to remember events?

## Page 7

1       A.  No.
2       Q.  Any reason you can't
3   testify fully and truthfully?
4       A.  No.
5       Q.  What did you do to prepare
6   for today's deposition?
7       A.  Not too much.  I read the
8   complaint when -- way back when, and
9   just had some conversations with my
10  attorney, Mike.
11      Q.  Okay.  And I don't want to
12  know what you and your attorney
13  discussed but, outside of your
14  attorney, did you talk to anybody
15  else about today's deposition?
16      A.  Other than I was -- other
17  than that I was having it, no.
18      Q.  Just to let people know
19  where you were today if they tried to
20  find you?
21      A.  Right, right.
22      Q.  Okay.  And you didn't
23  review any documents other than the
24  complaint you filed?

## Page 8

1       A.  Right.  And that was a
2   while ago.
3       Q.  When did you graduate from
4   high school?
5       A.  1990.
6       Q.  And from where?
7       A.  Paramus Catholic Boys High
8   School.
9       Q.  Is that in Paramus, New
10  Jersey?
11      A.  It is.
12      Q.  And do you have any
13  education after high school?
14      A.  I do.
15      Q.  Can you describe that?
16      A.  I have, I guess you would
17  say credits on a pharmacology
18  toxicology degree, but I never
19  finished.
20      Q.  And where were you studying
21  pharmacology?
22      A.  At the time it was
23  Philadelphia College of Pharmacy and
24  Science, and now it's the University

## Page 9

1   of Sciences in Philadelphia -- or
2   Pennsylvania.  USP they call it.
3       Q.  And when were you studying
4   there?
5       A.  From '90 to '96, on and
6   off.
7       Q.  Did you move to
8   Pennsylvania for college?
9       A.  I was going to college
10  here, but I never moved here as a
11  result of it.
12      Q.  What was your first job
13  after high school?
14      A.  My first job after high
15  school?  I don't even remember.
16      Q.  Let's try going backwards
17  the other direction.
18          Are you currently
19  employed?
20      A.  No, not right now.  I just
21  got laid off in January.
22      Q.  I'm sorry to hear that.
23      A.  Thank you.
24      Q.  What was your last

e91329e8-6cd5-4bce-9a68-796783853645

| Page 10 | Page 12 |
|---|---|
| 1 employment? | 1 Q. And since 1997, you have |
| 2 A. Project manager for a | 2 been doing the same kind of project |
| 3 communications company. | 3 management work? |
| 4 Q. What company was that? | 4 A. Yes. At different levels, |
| 5 A. That was -- the name of the | 5 but yes. |
| 6 company directly I worked for was | 6 Q. Have you ever worked in |
| 7 Adesta Broadband Networks, | 7 banking? |
| 8 A-D-E-S-T-A. | 8 A. No. |
| 9 Q. And what kind of projects | 9 Q. Financial services? |
| 10 did you manage there? | 10 A. No. |
| 11 A. The project that I was | 11 Q. Ever worked in the credit |
| 12 managing there was for a company | 12 card business? |
| 13 called Open Range Communications | 13 A. Excuse me, say that again. |
| 14 Wireless Broadband Federally | 14 Q. Credit card business? |
| 15 Subsidized. | 15 A. No. |
| 16 Q. How long had you been with | 16 Q. Do you have any family |
| 17 Adesta? | 17 members who ever worked in banking? |
| 18 A. Six months. | 18 A. Not that I know of. |
| 19 Q. And where did you work | 19 Q. Any family members work in |
| 20 before Adesta? | 20 financial services? |
| 21 A. Metro PCS. | 21 A. Not that I know of. |
| 22 Q. And what did you do there? | 22 Q. Do you read any newspapers |
| 23 A. Project manager. | 23 regularly? |
| 24 Q. Same types of projects? | 24 A. Not newspapers. Not |

| Page 11 | Page 13 |
|---|---|
| 1 A. Yep. | 1 regularly at least. |
| 2 Q. And how long were you at | 2 Q. Do you read any newspapers |
| 3 Metro PCS? | 3 occasionally? |
| 4 A. Nine months. | 4 A. Yes. |
| 5 Q. Did you have a series of | 5 Q. What do you read |
| 6 project management stints at | 6 occasionally? |
| 7 different broadband companies? | 7 A. I would say Daily News, New |
| 8 A. Yeah. And they are all | 8 York. |
| 9 contract work, so that kind of gives | 9 Q. Any other papers you read |
| 10 you an idea of the reason why they | 10 occasionally? |
| 11 are in short increments like that. | 11 A. No. |
| 12 Most of them last between six and 18 | 12 Q. And when you say |
| 13 months, these projects that we get | 13 occasionally, is this -- |
| 14 brought on for. | 14 A. Maybe twice a month. |
| 15 Q. When did you start doing | 15 Q. Okay. Do you read any |
| 16 these projects? | 16 magazines regularly? |
| 17 A. I started in the telecom | 17 A. No. |
| 18 industry in '97. | 18 Q. Read any magazines |
| 19 Q. And have you had any other | 19 occasionally? |
| 20 businesses or employment, other than | 20 A. Trade magazines. |
| 21 telecom, since '97? | 21 Q. Telecom trade magazines? |
| 22 A. No. I did have a business, | 22 A. Yes. |
| 23 but it was in telecom, a consulting | 23 Q. Any other magazines? |
| 24 business. | 24 A. No. |

| Page 14 | Page 16 |
|---|---|
| 1    Q.  Do you read any websites<br>2  regularly for news?<br>3    A.  Yes.<br>4    Q.  What websites?<br>5    A.  Locally, NBC10.com.  I<br>6  might look at the Wall Street Journal<br>7  site every now and then.  And CNN<br>8  probably every other day or every<br>9  couple days to see -- to catch up on<br>10  the news.<br>11    Q.  And how often would you say<br>12  you go to NBC10.com?<br>13    A.  Usually daily for weather.<br>14    Q.  Any TV news programs you<br>15  watch regularly?<br>16    A.  Regularly, yeah.  I guess<br>17  the morning six o'clock news I<br>18  usually, you know, watch for 20<br>19  minutes in the morning.<br>20    Q.  Any particular station you<br>21  like?<br>22    A.  Whatever doesn't have a<br>23  commercial when I have the remote in<br>24  my hand. | 1    Q.  And how often do you stay<br>2  there?<br>3    A.  It depends on the time of<br>4  the year.  You know, summertime, I'm<br>5  there for weeks at a time.<br>6  Wintertime, I'm there maybe three<br>7  times a month, four times a month.<br>8    Q.  Do you go there on<br>9  weekends?<br>10    A.  Yes, primarily.  No, that's<br>11  not true, not just weekends.  My<br>12  parents are down that way too, so<br>13  that's kind of where I stay when go<br>14  to visit my parents.<br>15    Q.  Is it near the beach?<br>16    A.  It is.<br>17    Q.  Have you been involved in a<br>18  lawsuit before this one as a<br>19  plaintiff or a defendant?<br>20    A.  No.<br>21    Q.  And another question I need<br>22  to ask --<br>23    A.  I got sued.  Excuse me.<br>24  Maybe I don't understand that |

| Page 15 | Page 17 |
|---|---|
| 1    Q.  Any other news programs you<br>2  watch regularly?<br>3    A.  Not regularly, no.<br>4    Q.  The six o'clock news,<br>5  that's local news?<br>6    A.  Yeah.  Traffic, you know,<br>7  things like that.<br>8    Q.  Traffic, weather?<br>9    A.  Yes.<br>10    Q.  How long have you resided<br>11  at the Ellie Drive, Philadelphia<br>12  address?<br>13    A.  January of '01 I bought the<br>14  house.<br>15    Q.  And do you own the property<br>16  you mentioned in Ortley Beach?<br>17    A.  My family does.<br>18    Q.  Do you know who is the<br>19  owner of record?<br>20    A.  I couldn't tell you.<br>21    Q.  Do you have title to the<br>22  property?<br>23    A.  No, I don't, not at this<br>24  point. | 1  completely.<br>2    Q.  Yeah, if you got sued that<br>3  would be --<br>4    A.  And it settled out of<br>5  court?<br>6    Q.  Yep.<br>7    A.  Okay.  Then the answer to<br>8  that would be yes.<br>9    Q.  When were you sued?<br>10    A.  I guess we paid -- we<br>11  actually made the payment the end of<br>12  last -- somewhere of October of '08,<br>13  right in that area.<br>14    Q.  Who sued you?<br>15    A.  One of -- a neighbor of a<br>16  property that I own with somebody<br>17  else claims to have gotten hurt on<br>18  our property.<br>19    Q.  Personal injury claims?<br>20    A.  Um-hum.<br>21    Q.  Yes?<br>22    A.  Yes, please.  I'm sorry.<br>23  Yes.<br>24    Q.  What property was this? |

e91329e8-6cd5-4bce-9a68-796783853645

| Page 18 | Page 20 |
|---|---|
| 1    A.  This was a property, 3426<br>2 East Clearfield Street in<br>3 Philadelphia.<br>4    Q.  Any other lawsuits you have<br>5 been involved in?<br>6    A.  No.<br>7    Q.  Have you ever been<br>8 convicted of a crime?<br>9    A.  I have a DUI.  And I went<br>10 through the Pennsylvania ARD program,<br>11 which I'm not sure really where that<br>12 leaves it.  I'm pretty sure it's<br>13 supposed to have been expunged, but I<br>14 never checked up on it.<br>15    Q.  How long ago was this?<br>16    A.  I think it was May of '05,<br>17 but I can't be 100 percent certain of<br>18 the day.  It was either April or<br>19 May.  '05 sounds like the right year.<br>20    Q.  Any other criminal<br>21 convictions?<br>22    A.  No.<br>23    Q.  Do you belong to any<br>24 consumer rights groups? | 1    A.  No.  TD Bank, as I know it,<br>2 was what Commerce turned into.  I<br>3 didn't even know that they were kind<br>4 of an entity of their own.  Locally,<br>5 it was always Commerce, as far as I<br>6 know.<br>7    Q.  You had your checking<br>8 accounts at Commerce Bank?<br>9    A.  Um-hum.<br>10    Q.  Yes?<br>11    A.  Yes.  Sorry.<br>12    Q.  It's a little unnatural.<br>13    A.  Yes.<br>14    Q.  Did you have savings<br>15 accounts at Commerce Bank?<br>16    A.  Yes.<br>17    Q.  When did you open your<br>18 accounts at Commerce Bank?<br>19    A.  I can't say for certain.  I<br>20 mean, you guys probably know better<br>21 than I would.  But it's got to be<br>22 going back to 2003, or even before<br>23 that.  It's definitely before that,<br>24 because I remember going to Commerce |

| Page 19 | Page 21 |
|---|---|
| 1    A.  No.<br>2    Q.  Have you ever contributed<br>3 money to any nonprofit whose mission<br>4 includes rooting out consumer fraud?<br>5    A.  No.<br>6    Q.  Ever buy a gift card from a<br>7 bank?<br>8    A.  Yes.<br>9    Q.  From which banks?<br>10    A.  From TD Bank.  And I might<br>11 have bought a few when it was still<br>12 Commerce, I can't remember exactly.<br>13 I can't recall there for a while.<br>14 I'm not sure whether or not -- I<br>15 definitely bought the ones when they<br>16 TD Bank; whether or not they were<br>17 Commerce Bank ones that I bought as<br>18 well, I can't remember 100 percent.<br>19    Q.  Did you have an account at<br>20 Commerce Bank before it merged into<br>21 TD Bank?<br>22    A.  Oh, yeah.<br>23    Q.  Did you have an account at<br>24 TD Bank before the merger? | 1 as a potential mortgage for when I<br>2 bought that house.<br>3      So it might even have been<br>4 in the late '90s that I had accounts<br>5 there, because they were always a big<br>6 local Philadelphia presence,<br>7 Commerce.<br>8      MR. LALLI:  Could we go off<br>9 the record for one second?<br>10      MR. BASSMAN:  Sure.<br>11      (Discussion off the<br>12 record.)<br>13 BY MR. BASSMAN:<br>14    Q.  Have you ever bought gift<br>15 cards from any banks other than TD<br>16 Bank or Commerce Bank?<br>17    A.  No.  At least none that I<br>18 remember.<br>19    Q.  And, again, I just want to<br>20 find out to the best of your memory<br>21 today.<br>22    A.  Is American -- I think I<br>23 might have bought something with<br>24 American Express once. |

| Page 22 | Page 24 |
|---|---|
| 1  Q.  Okay. | 1  say I remember buying them once from |
| 2  A.  Is that considered a bank | 2  TD Bank. |
| 3  as far as your question goes? | 3  Q.  And how about from |
| 4  Q.  I wasn't thinking of it, | 4  Commerce? |
| 5  but it's helpful to know.  I was | 5  A.  I can remember one time at |
| 6  going ask you about credit cards | 6  Commerce buying them. |
| 7  next. | 7  Q.  And when did you buy gift |
| 8  A.  Okay.  Is that how they | 8  cards at TD Bank? |
| 9  describe those, the American Express | 9  A.  It would have been the |
| 10  gift cards? | 10  holidays before this previous one, so |
| 11  Q.  When did you buy an | 11  what's that?  Figure November, |
| 12  American Express gift card? | 12  December of '08.  Not this holiday, |
| 13  A.  I can't even remember the | 13  the previous one. |
| 14  date. | 14  Q.  And when did you buy gift |
| 15  Q.  Do you remember where you | 15  cards at Commerce? |
| 16  bought it? | 16  A.  That would have been like I |
| 17  A.  No. | 17  guess that same holiday time of like |
| 18  Q.  Do you remember any details | 18  '06, '07. |
| 19  about the transaction of buying the | 19  Q.  When you bought gift cards |
| 20  American Express gift card? | 20  at TD, which -- physically which |
| 21  A.  Not really, no.  I think I | 21  branch did you go? |
| 22  might have bought them to go on | 22  A.  I'm pretty sure it was with |
| 23  vacation or something in lieu of like | 23  one on Frankford.  It's like the 6500 |
| 24  a traveler's check. | 24  block of Frankford Avenue in |

| Page 23 | Page 25 |
|---|---|
| 1  Q.  How many times did you buy | 1  Philadelphia. |
| 2  gift cards from TD or Commerce? | 2  Q.  And do you recall |
| 3  A.  It's a guess, but maybe | 3  physically which branch you bought |
| 4  three. | 4  the Commerce gift cards in? |
| 5  MR. LALLI:  Can you -- I'm | 5  A.  No, that's going back.  It |
| 6  sorry.  I'm just going to object. | 6  would be a guess. |
| 7  Can you flush that question | 7  Q.  Would it have been a branch |
| 8  out? | 8  in Philadelphia? |
| 9  MR. BASSMAN:  Sure. | 9  A.  Most likely. |
| 10  BY MR. BASSMAN: | 10  Q.  Starting with the first |
| 11  Q.  What I mean by times -- | 11  purchase, the ones at Commerce Bank, |
| 12  MR. LALLI:  Just, can you | 12  the time you went to Commerce Bank, |
| 13  do Commerce and then TD? | 13  how many cards did you purchase that |
| 14  MR. BASSMAN:  Sure. | 14  time? |
| 15  MR. LALLI:  Just so we have | 15  A.  Probably two or three. |
| 16  it clear. | 16  Q.  Do you recall what the |
| 17  MR. BASSMAN:  Sure. | 17  denomination was? |
| 18  BY MR. BASSMAN: | 18  A.  Totaling probably about |
| 19  Q.  How many times did you buy | 19  either 100 or $150. |
| 20  gift cards from TD Bank?  And by | 20  Q.  Was that evenly split |
| 21  times, I mean each discrete purchase | 21  between the cards? |
| 22  time, regardless of how many cards | 22  A.  Probably. |
| 23  you bought at that one time. | 23  Q.  And why did you buy gift |
| 24  A.  At TD Bank, I'm going to | 24  cards from Commerce at that time? |

Case 1:09-cv-01062-RBK-AMD Document 79-5 Filed 09/17/10 Page 9 of 25 PageID: 4324
ORAL DEPOSITION OF ANGELO CAPIZZI 9/19/2010

8 (Pages 26 to 29)

| Page 26 | Page 28 |
|---|---|
| 1     A. Just to either give out as | 1   now. |
| 2   gifts or to have, you know, in my | 2     A. Um-hum. |
| 3   wallet. | 3     Q. For those signs, do you |
| 4     Q. What do you mean when you | 4   remember anything other than they |
| 5   say to have in your wallet? | 5   said no fees, no costs gift cards? |
| 6     A. In lieu of cash. | 6     A. No. It's all I remember. |
| 7     Q. The gift cards you bought | 7     Q. Did you see any other |
| 8   from Commerce Bank, did you, in fact, | 8   advertisements outside of -- and this |
| 9   give those away to people? | 9   is going back to the time when you |
| 10     A. Yeah. I would say yes. | 10   bought the Commerce gift cards. |
| 11     Q. You gave all of them away? | 11     A. Right. |
| 12     A. From what I remember. | 12     Q. Had you seen any other |
| 13     Q. Do you remember to whom you | 13   advertisements for Commerce gift |
| 14   gave them? | 14   cards outside of the posters and |
| 15     A. Not the Commerce ones, no. | 15   signs in the branch? |
| 16   That's going back quite a ways. | 16     A. I'm pretty sure I remember |
| 17     Q. Were these personal gifts | 17   seeing some billboards along 95. |
| 18   or were they gifts related to your | 18     Q. Do you remember what the |
| 19   business work? | 19   billboards said? |
| 20     A. It might have been people | 20     A. No, I don't remember. |
| 21   that I come across in my business. | 21     Q. Anything -- any other |
| 22   And it might have been just for | 22   advertising you saw? |
| 23   somebody that did a favor for me, as | 23     A. Possibly on TV, but I'm not |
| 24   a thank you. | 24   sure. |

| Page 27 | Page 29 |
|---|---|
| 1     Q. And how did you find out | 1     Q. Anything else? |
| 2   about Commerce Bank's gift card | 2     A. No. |
| 3   program? | 3     Q. And, again, it's just |
| 4     A. It was pretty heavily | 4   whatever you remember. So if you |
| 5   advertised. I mean, you couldn't not | 5   don't remember, that's perfectly |
| 6   see a billboard when you walked into | 6   fine. |
| 7   the branch. I remember there were | 7     A. Right, that's pretty much |
| 8   posters up on the wall, a big sign | 8   the answers. I really, other than |
| 9   out in the front. | 9   those couple of things, I can't think |
| 10     Q. What do you remember the | 10   of anything else I would have saw. |
| 11   posters in the branch saying about | 11     Q. Any reason that you bought |
| 12   the gift card program? | 12   gift cards as opposed to some other |
| 13     A. No-fee, no-cost gift cards. | 13   type of gift at the time? This is, |
| 14     Q. Do you remember anything | 14   again, the Commerce bank. |
| 15   else from what was on those posters | 15     A. Any reason? |
| 16   and signs? | 16     Q. Yeah. |
| 17     A. At the time of the TD ones, | 17     A. No. |
| 18   I remember the green and the white, | 18     Q. Did the advertising that |
| 19   because it was pretty close from when | 19   you saw for Commerce Bank's gift |
| 20   it just changed over from the red and | 20   cards influence your decision about |
| 21   the blue, I guess it was. There | 21   whether to buy them? |
| 22   being a little bow. | 22     A. Sure. You see no fee, no |
| 23     Q. I just want to focus on the | 23   cost. |
| 24   Commerce time, before the TD right | 24     Q. And what did you understand |

## Page 30

1    no fee, no cost to mean?
2        A.   That card was
3    essentially going to be worth what I
4    paid for it.  I was paying a premium
5    to have the card.  In my mind it was
6    kind of the equivalent to cash.
7        Q.   You were not going to have
8    to pay a purchase fee?
9        A.   Right.  Nor would it lose
10   any value.
11       Q.   When you bought your
12   American Express gift card, was there
13   a purchase fee?
14       A.   I don't think so.
15       Q.   When you went to buy the
16   gift cards at Commerce Bank, I assume
17   you went physically into the branch
18   that day to buy the cards?
19       A.   I would assume that's
20   correct.
21       Q.   And did you meet with a
22   customer service representative?
23       A.   From what I remember -- as
24   opposed to who?

## Page 31

1        Q.   As opposed to the teller.
2        A.   Oh, I thought -- I thought
3    I did them at the teller, at the, you
4    know, main window or the main counter
5    when you walk in.
6        Q.   So you bought the gift
7    cards from the teller at the Commerce
8    Bank branch?
9        A.   From what I remember, yes.
10   For the TD Bank one, I definitely
11   remember going to the teller.
12       Q.   And for the Commerce one
13   you are not sure?
14       A.   I can't say 100 percent,
15   but I don't remember sitting down
16   especially buying bank cards or gift
17   cards.
18       Q.   And tell me what you
19   remember about talking to the teller
20   at Commerce Bank about your request
21   to buy gift cards?
22       A.   Nothing really stands out
23   in my mind.
24       Q.   Do you remember any of the

## Page 32

1    conversation?
2        A.   "May I please have three
3    gift cards?"
4            I mean other than that, no,
5    not really.  It was a normal
6    transaction like any other
7    transaction, and nothing really
8    stands out about it.
9        Q.   When you bought the gift
10   cards, do you remember what kind of a
11   package they came in?
12       A.   Not the Commerce ones.
13       Q.   And, again, thank you for
14   clarification.  I was just asking you
15   about the Commerce ones right now.
16           For the Commerce cards that
17   you purchased, do you remember
18   reading any materials that came with
19   the package, whatever form it was?
20       A.   No.  I wouldn't have read
21   anything that came with it.
22       Q.   Why not?
23       A.   They're gift cards.
24       Q.   Do you recall that there

## Page 33

1    was some paper that came with it?
2        A.   No.
3        Q.   Did you read any writing
4    that was on the gift card itself?
5        A.   No.
6        Q.   When you gave the Commerce
7    Bank gift cards away, do you remember
8    what you -- what packaging you gave
9    them away in?  As in, you know, was
10   it a Hallmark card that they were
11   enclosed in or a box or something
12   like that?
13       A.   I can't remember for the
14   Commerce cards.  That's back
15   quite a ways.
16       Q.   To the best of your
17   knowledge -- and, again, I understand
18   this may be something you don't
19   know.
20           But just to the best of
21   your knowledge, what you know sitting
22   here today, were any fees ever
23   charged to the cards, gift cards you
24   bought from Commerce Bank?

| Page 34 | Page 36 |
|---|---|
| 1  A. I wouldn't know. | 1 to give the cards to Mr. DiGiovanni |
| 2  Q. And, again, this is another | 2 after you bought them? |
| 3 one I understand you may not know, so | 3  A. Oh, probably within a |
| 4 this is just the best of your | 4 couple of weeks, within 14 days. |
| 5 knowledge. | 5  Q. By the way, I think I |
| 6  A. Okay. | 6 forgot to ask. |
| 7  Q. After you gave away the | 7  When you bought the |
| 8 cards that you bought from Commerce | 8 Commerce cards, how long a gap was |
| 9 Bank, were any of those cards lost or | 9 there between the time you bought |
| 10 stolen? | 10 them and the time you gave them away? |
| 11  A. I have no idea. | 11  A. I'm going to have to answer |
| 12  Q. The second time you bought | 12 I don't know. Like I said, that was |
| 13 gift cards you said was from TD Bank | 13 quite a while ago. |
| 14 in the holiday season of 2008? | 14  Q. Would it have been within, |
| 15  A. Correct. | 15 you know, a month or so? |
| 16  Q. And why did you buy gift | 16  MR. LALLI: Objection. |
| 17 cards then? | 17  THE WITNESS: I really |
| 18  A. Same thing. You see the | 18 couldn't say. |
| 19 promotion and you just, I guess, kind | 19 BY MR. BASSMAN: |
| 20 of figure to do it while you are | 20  Q. Going back to the TD |
| 21 standing in line to do your other | 21 purchase in 2008. |
| 22 banking. | 22  You remember going into the |
| 23  Q. And how many cards did you | 23 branch on Frankford Avenue to buy |
| 24 buy at that time from TD? | 24 those? |

| Page 35 | Page 37 |
|---|---|
| 1  A. I think I bought three. | 1  A. Yes. |
| 2  Q. Do you recall what the | 2  Q. And did you go to the |
| 3 denominations were? | 3 branch that day specifically to buy |
| 4  A. I'm pretty sure they were | 4 gift cards or to do other business? |
| 5 probably three $50 cards, or in that | 5  A. Other business as well. |
| 6 general area. | 6  Q. And you noticed the signs |
| 7  Q. And did you give each of | 7 up and decided to buy gift cards? |
| 8 those cards away? | 8  A. Yep. |
| 9  A. I did. | 9  Q. What signs do you recall |
| 10  Q. To whom did you give them? | 10 seeing in the branch? |
| 11  A. I gave all of them to the | 11  A. The same theme. No-fee |
| 12 same person, a friend of mine, Rich. | 12 check cards. No fee, no cost. I |
| 13  Q. What is Rich's last name? | 13 can't remember exactly what it said. |
| 14  A. DiGiovanni. D-I, capital | 14  MR. LALLI: You just said |
| 15 G, I-O-V-A-N-N-I. | 15 check cards. |
| 16  Q. And is Mr. DiGiovanni | 16  THE WITNESS: Did I? |
| 17 someone you work with? | 17  MR. LALLI: Yeah. |
| 18  A. No, a friend, a college | 18  THE WITNESS: Gift card, |
| 19 friend, or a friend since college. | 19 check card, I mean -- |
| 20  Q. Personal friend? | 20  MR. LALLI: I just want it |
| 21  A. Um-hum. | 21 to be clear, that's all. |
| 22  Q. Yes? | 22  THE WITNESS: If you say I |
| 23  A. Yes. | 23 said it, I did. It's synonyms in my |
| 24  Q. And how long did you wait | 24 head. |

## Page 38

1  BY MR. BASSMAN:
2      Q.  Regardless of what you may
3  have just said a minute ago, do you
4  remember the sign talking
5  specifically about gift cards?
6      A.  Yeah.  And so much so that
7  there was like ribbons and bows and
8  stuff on it, which kind of gives you
9  the idea of a gift.
10     Q.  And these were the signs
11 you remember were that green and
12 white?
13     A.  Right.
14     Q.  Around the time that you
15 bought the gift cards from TD Bank,
16 2008, had you seen any other
17 advertising for TD gift cards outside
18 of the branch?
19     A.  I mean, nothing that I can
20 really remember specifically.  I
21 remember it was a huge campaign, and
22 everybody was giving them to one
23 another.
24     Q.  But you don't remember

## Page 39

1  seeing any specific newspaper ads,
2  billboards, anything like that?
3      A.  No.
4      Q.  And I think you said
5  earlier, you bought your TD gift
6  cards from the teller?
7      A.  Yes.
8      Q.  Do you recall if the teller
9  was a man or a woman?
10     A.  No.
11     Q.  When you bought the cards
12 from the teller, do you remember any
13 of the details of that conversation?
14     A.  Nothing more than just
15 asking for the cards and getting
16 them, and maybe making a deposit or
17 withdrawal or whatever I was doing.
18     Q.  Nothing more specific?
19     A.  No.
20     Q.  When you bought the TD gift
21 cards, what kind of a package did
22 they come in?
23     A.  Those were in a box.
24     Q.  Were all three in one box

## Page 40

1  or --
2      A.  Three separate boxes.
3          MR. LALLI:  Barak, do you
4  want to use the exemplar?
5          MR. BASSMAN:  Let's hold
6  off for now on the exemplar.  Maybe a
7  little later.
8          MR. LALLI:  Okay.
9          MR. BASSMAN:  I might save
10 that for Steve since he is a huge fan
11 of the exemplar.  I may want to be
12 here for that.
13         MR. LALLI:  He does like
14 explaining it on the record, doesn't
15 he?
16 BY MR. BASSMAN:
17     Q.  The three separate boxes
18 that you got the gift cards in from
19 TD Bank, what color were they?
20     A.  I believe they were green
21 and black.
22     Q.  And did they have an
23 elastic ribbon around them?
24     A.  Maybe a gold one, yeah.

## Page 41

1  It's hard to say.  I really don't
2  remember exactly.  I don't remember
3  if the ribbon was a picture of a
4  ribbon or if it was a physical
5  plastic, like elastic ribbon around
6  it.  I don't remember.
7      Q.  Did you open any of the
8  boxes?
9      A.  No.
10     Q.  Did you see what was put in
11 the boxes before you got them?
12     A.  Yeah.  I must have opened
13 them to see if the cards were in
14 there.
15     Q.  And did you open them after
16 you came home to see if the cards
17 were in there?
18     A.  I probably would have did
19 it before I left.
20     Q.  When you opened the boxes
21 to see if the card was there, did you
22 notice any other material in the box?
23     A.  No.  The packing material
24 that it came in.

e91329e8-6cd5-4bce-9a68-796783853645

Page 42

1    Q.   Did you notice any insert
2  or paperwork in there?
3    A.   No.
4    Q.   Anyplace where you could
5  write To, From, gift message,
6  something like that?
7    A.   Not that I remember.
8    Q.   And, again, to the best of
9  your knowledge, were any fees ever
10 charged against those gift cards that
11 you bought from TD Bank?
12   A.   I wouldn't know.
13   Q.   Did Mr. DiGiovanni ever
14 tell you that fees were charged
15 against those cards?
16   A.   No.
17   Q.   Did you ever ask him?
18   A.   No.
19   Q.   Did Mr. DiGiovanni ever
20 tell you that he had any trouble
21 using the gift cards you gave him?
22   A.   No.
23   Q.   Do you know if he kept the
24 gift cards himself or gave them to

Page 43

1  anybody in turn?
2    A.   I have no idea.
3    Q.   After you gave him the gift
4  cards, did you ever talk to him about
5  them again?
6    A.   No.
7    Q.   When you gave
8  Mr. DiGiovanni the gift cards that
9  you bought from TD, did you give him
10 the gift cards in the same boxes that
11 TD gave them to you in or did you
12 repackage the card?
13   A.   Same boxes.
14   Q.   Did you take anything out
15 of the boxes?
16   A.   No.
17   Q.   By the way, does
18 Mr. DiGiovanni live in Philadelphia?
19   A.   No.  He's got an Delaware
20 address.
21   Q.   Where does he live?
22   A.   Right now him and his wife
23 are split, so he's been staying with
24 his parents in New Jersey.

Page 44

1    Q.   Where in New Jersey?
2    A.   I think Blackwood, the name
3  of the town is, I'm not sure exactly,
4  or Deptford.  I've only been there
5  once or twice.  I don't even know the
6  address.
7    Q.   Do you know his parents'
8  names?
9    A.   Mr. and Mrs. DiGiovanni.
10 Not to be a wise ass, but --
11   Q.   I take it you don't know
12 their first names?
13   A.   No, I don't.
14   Q.   By the way, after you
15 bought your gift cards from Commerce
16 Bank, did you have any other contact
17 in any way with Commerce Bank about
18 those gift cards?
19   A.   No.
20   Q.   Same question for TD Bank.
21   A.   No.
22   Q.   Did you ever call any
23 customer service lines at TD or
24 Commerce about the gift card program?

Page 45

1    A.   No.
2    Q.   Have you ever accessed --
3  did you ever access the Commerce Bank
4  website?
5    A.   Yes.
6    Q.   Did you ever read anything
7  on the website about gift cards?
8    A.   Not that I remember.
9    Q.   Did you ever access the TD
10 Bank website?
11   A.   Yes.
12   Q.   Ever read anything on the
13 TD Bank website about gift cards?
14   A.   Not that I remember.
15   Q.   And when you bought the
16 gift cards at Commerce, was the
17 amount deducted from your checking
18 account, the amount that it cost you
19 to buy the card?
20   A.   What, the value of the
21 card?
22   Q.   Yes.
23   A.   I don't know if it was
24 deducted or if I had brought cash to

e91329e8-6cd5-4bce-9a68-796783853645

Page 46

1  the teller.  I don't remember.  In
2  either case, I don't remember.
3      Q.  So you might have bought
4  the gift cards with cash, it might
5  have been deducted, you can't recall?
6      A.  Correct.
7      Q.  And for the gift cards that
8  you bought from TD Bank, did you ever
9  come to learn if any of them were
10  lost or stolen?
11      A.  No.
12      Q.  I assume -- my question is
13  a little ambiguous.
14          No, you never learned
15  that that happened?
16      A.  Correct.  Not only did I
17  never learn that that happened, I
18  have no idea whether it happened or
19  not.
20      Q.  Okay.  How come you haven't
21  bought any gift cards since holiday
22  season 2008?
23      A.  You know, frankly, you hear
24  about fees like that, and it's not

Page 47

1  what you assumed it was, so you
2  wouldn't make that purchase again.
3      Q.  How did you hear about
4  fees?
5      A.  Like I said earlier, I
6  can't really remember exactly where I
7  heard it, but I heard people talking
8  about these cards losing value over
9  time.
10      Q.  Do you remember
11  approximately when you first heard
12  that?
13      A.  That same -- right after I
14  bought those TD -- the last TD Bank
15  cards; so the holiday season, not
16  this one past, the one before.  So
17  what's that, '08.
18      Q.  Do you remember any
19  specific person who made these
20  comments to you?
21      A.  No, I can't remember who
22  said it.  I'm trying to think of it.
23      Q.  After you heard these
24  rumors about fees that might eat up

Page 48

1  the value of the gift card, did you
2  warn Mr. DiGiovanni that there might
3  be fees?
4      A.  No.
5      Q.  Why not?
6      A.  Why embarrass myself?
7      Q.  Were you at all concerned
8  that he wouldn't use the cards fast
9  enough, the fee would kick in, and he
10  would be upset with you for not
11  telling him about it?
12          MR. LALLI:  Objection.
13  BY MR. BASSMAN:
14      Q.  You can answer.
15      A.  I still wouldn't at that
16  time, and neither do I know now, what
17  the fee structure was, how much value
18  was being lost from cards.  So, no, I
19  didn't.
20      Q.  By the time you had heard
21  that there might be fees associated,
22  these rumors that there might be fees
23  associated with the gift cards that
24  you bought from TD Bank, had you

Page 49

1  given the cards away already?
2      A.  Yes.
3      Q.  Did you call anyone at TD
4  Bank to ask them if there were fees
5  associated with the cards you bought?
6      A.  No.
7      Q.  Did you go back to the
8  branch to ask?
9      A.  No.
10      Q.  Why not?
11      A.  It wasn't a big enough
12  issue in my life at the time to kind
13  of pursue it.  You know, I was pretty
14  busy.  I didn't know if it was true
15  or not.  It just wasn't -- it was the
16  holiday season.  It wasn't my top
17  three -- you know, list of three
18  things to do.
19      Q.  And did you do anything
20  around this holiday season 2008 to
21  follow-up on these rumors, any kind
22  of investigation?
23      A.  Other than talking to a few
24  friends of mine, and finally talking

Page 50

1    to Michael, who I knew is an attorney
2    and who was kind of dialed into these
3    things.
4          MR. LALLI:  When you say
5    Michael, can you just clarify which
6    Michael?
7          MR. BASSMAN:  Sure.
8    BY MR. BASSMAN:
9          Q.  Michael, I assume, is
10   Michael Berman?
11         A.  Correct.
12         Q.  Your counsel in this case?
13         A.  Yes.
14         Q.  When did you first meet
15   Mr. Berman?
16         A.  I can't recall a specific
17   date.
18         Q.  Have you known him more
19   than ten years?
20         A.  No.
21         Q.  More than five years?
22         A.  Yes.
23         Q.  How did you meet him?
24         A.  Through mutual friends.

Page 51

1          Q.  Was this the time when
2    Mr. Berman owned a restaurant in
3    Philadelphia?
4          A.  Before.
5          Q.  And you stayed in touch
6    with him over the years?
7          A.  I have.
8          Q.  And do you recall
9    approximately when you first
10   contacted Mr. Berman about your
11   concerns about gift card fees in
12   particular?
13         A.  It would have been the
14   holidays of '08.
15         Q.  He was one of the people
16   you called up when you started
17   hearing these rumors?
18         A.  Right.  Because if anybody
19   I knew was going to have an answer to
20   it or tell me where to get an answer,
21   it was going to be Mike.
22         Q.  And when did you retain him
23   to represent you as your lawyer?
24         A.  Pretty much at that, at

Page 52

1    that junction.
2          Q.  Did you have any
3    conversations with Mr. Berman about
4    gift cards before you retained him?
5          A.  No.
6          Q.  By the way, have you ever
7    read any press releases issued by
8    Commerce or TD Bank about gift cards?
9          A.  Read a press release?  No.
10         Q.  Have you ever read any
11   articles in a publication called
12   E-Commerce Times?
13         A.  No.
14         Q.  You mentioned earlier you
15   don't understand exactly how the fee
16   structure would work on Commerce or
17   TD gift cards.
18              Do you have any
19   understanding as to what fees may
20   have applied to the Commerce Bank
21   gift cards that you bought?
22         A.  No.
23         Q.  Do you have any
24   understanding as to what fees may

Page 53

1    have applied to the TD Bank gift
2    cards that you bought?
3          A.  No.
4          Q.  And just to clarify my
5    question, I don't mean what fees may
6    have actually been charged, but what
7    was potentially chargeable.
8          A.  And the answer is still no.
9          Q.  Okay.  Did you ever receive
10   a gift card yourself?
11         A.  Yes.
12         Q.  How many?
13         A.  More than I can count.
14   Quite a few.  I'll say at least ten,
15   if not more.
16         Q.  And do you remember from
17   what banks they were?
18         A.  They were all from TD Bank,
19   with the exception of one or two of
20   those American Express ones.
21         Q.  Do you remember who gave
22   you the TD gift cards?
23         A.  The biggest giver of them
24   was a friend of mine, Harry Smith, or

Case 1:09-cv-01062-RBK-AMD   Document 79-5   Filed 09/17/10   Page 16 of 25 PageID: 4331
ORAL DEPOSITION OF ANGELO CAPIZZI, 3/18/2010

15 (Pages 54 to 57)

| Page 54 | Page 56 |
|---|---|
| 1 actually a business acquaintance, | 1 which would have been like Sprint PCS |
| 2 Harry Smith. | 2 or Nextel or Verizon. These general |
| 3    Q.  When you say Mr. Smith was | 3 contractors are contractors that bid |
| 4 a business acquaintance, can you | 4 directly to the client to do and they |
| 5 explain -- | 5 win work. |
| 6    A.  He was one of the general | 6         And as a kind of a, I guess |
| 7 contractors I managed. | 7 as a representative of the client, I |
| 8    Q.  And did you have any | 8 manage their work and just make sure |
| 9 personal relationship with Mr. Smith? | 9 that they are meeting, you know, |
| 10    A.  As far as a business | 10 quality and on schedule. |
| 11 relationship, it was personal, to say | 11    Q.  And do you recall when you |
| 12 hi, go out for drinks, one another's | 12 received these TD Bank gift cards? |
| 13 birthday parties. | 13    A.  It's going to be the |
| 14    Q.  Is it your understanding | 14 holidays going back just about every |
| 15 that he gave you -- Mr. Smith gave | 15 year from '05 on, '06 on. |
| 16 you these gift cards in order to | 16    Q.  So you recall in '05, in |
| 17 further the business relationship? | 17 '06, in '07, in '08, each year |
| 18    A.  I don't know why he gave | 18 receiving TD Bank gift cards? |
| 19 them to me.  I mean, I don't know | 19    A.  Yep. |
| 20 what his motive was for giving them | 20    Q.  What about the last holiday |
| 21 to me. | 21 season in '09? |
| 22    Q.  I'm just asking your best | 22    A.  This past one this, year? |
| 23 understanding. | 23    Q.  Yeah. |
| 24        MR. LALLI:  Objection. | 24    A.  I have received no gift |

| Page 55 | Page 57 |
|---|---|
| 1 He's answered the question. | 1 cards this year.  With the exception |
| 2        You can answer again. | 2 of some restaurant gift cards, which |
| 3        THE WITNESS:  Right.  I | 3 I don't know if that's in the same |
| 4 mean, I really don't know why, you | 4 category. |
| 5 know -- people give things away at | 5    Q.  Yeah, we can leave those |
| 6 the holidays.  For what reason, you | 6 aside. |
| 7 know, people do what they do, I have | 7    A.  Okay. |
| 8 no idea. | 8    Q.  But no bank gift cards in |
| 9 BY MR. BASSMAN: | 9 2009? |
| 10    Q.  Besides Mr. Smith, who else | 10    A.  No. |
| 11 gave you a TD gift card? | 11    Q.  To the best of your |
| 12    A.  Multiple contractors that I | 12 knowledge, focusing on the cards you |
| 13 would have managed.  That was kind of | 13 received, did any of the cards you |
| 14 like for, you know, those few years | 14 received have fees charged against |
| 15 there that seemed to be what | 15 them? |
| 16 everybody was giving. | 16    A.  I really wouldn't know. |
| 17    Q.  And, again, these were | 17    Q.  Did you ever have any |
| 18 contractors you worked with in your | 18 difficulties spending or using the TD |
| 19 business? | 19 Bank gift cards you received? |
| 20    A.  That I managed, correct. | 20    A.  No. |
| 21    Q.  When you say managed them, | 21    Q.  Did you use the entire |
| 22 could you explain that? | 22 value of the gift cards that you |
| 23    A.  I represented the carriers | 23 received within 12 months of getting |
| 24 in most part, in most instances, | 24 them? |

| Page 58 | Page 60 |
|---|---|
| 1    A.  I wouldn't know if I was<br>2  able to use the entire value, because<br>3  I don't know whether or not any<br>4  deductions were made from it.<br>5    Q.  Let me rephrase my<br>6  question.<br>7      Did you use any of the gift<br>8  cards to make a purchase that you --<br>9  and, again, focusing on the gift<br>10 cards you received -- more than a<br>11 year after they were given to you?<br>12    A.  I can't say for sure.<br>13    Q.  Did you ever have to get a<br>14 replacement card for one of the gift<br>15 cards that was given to you?<br>16    A.  Under what circumstances<br>17 would you get a replacement?<br>18    Q.  For instance, if your card<br>19 was lost or stolen.<br>20    A.  The answer to that's no.<br>21 But thinking about it, I wouldn't<br>22 know if I lost them.  How would you<br>23 know if you lost something?<br>24    Q.  You don't remember | 1  receiving them like that.<br>2    Q.  Do you remember receiving<br>3  TD Bank gift cards from Mr. Smith and<br>4  others in -- enclosed in holiday<br>5  cards, like the kind you buy at a<br>6  drugstore?<br>7    A.  Yes.<br>8      MR. BASSMAN:  We've been<br>9  going for a little bit, so why don't<br>10 we take a break?<br>11     MR. LALLI:  Sure.<br>12     MR. BASSMAN:  Off the<br>13 record.<br>14    (Recess.)<br>15 BY MR. BASSMAN:<br>16    Q.  Mr. Capizzi, you testified<br>17 earlier that you currently still have<br>18 checking and savings accounts at TD<br>19 Bank?<br>20    A.  And other accounts.<br>21    Q.  What other accounts do you<br>22 have?<br>23    A.  I have an IRA there, a SEP<br>24 IRA. |

| Page 59 | Page 61 |
|---|---|
| 1  contacting TD Bank and asking them to<br>2  replace a card?<br>3    A.  Correct.<br>4    Q.  Did you register yourself<br>5  as the owner of any of the TD Bank<br>6  gift cards that you received?  By<br>7  that I mean register with TD Bank.<br>8    A.  I wouldn't know that that's<br>9  something -- why would you do that?<br>10 The answer's no.<br>11    Q.  Did you ever try to check<br>12 the balance on any of the cards that<br>13 you received?<br>14    A.  Not that I remember.<br>15    Q.  When you received TD Bank<br>16 gift cards, do you recall what<br>17 packaging you got them in?<br>18    A.  No.<br>19    Q.  Do you recall if you<br>20 received any TD Bank gift cards in<br>21 the green box that you saw when you<br>22 bought gift cards yourself from TD<br>23 Bank?<br>24    A.  No.  I don't remember ever | 1    Q.  Any others?<br>2    A.  No.  Just -- no, not now.<br>3    Q.  Do you know the numbers of<br>4  any of your accounts at TD Bank?<br>5    A.  No.<br>6    Q.  Do you have a debit card<br>7  with you from TD Bank?<br>8    A.  Maybe.<br>9    Q.  Is maybe yes?<br>10    A.  Maybe is I don't know.  I<br>11 would have to look in my wallet.<br>12    Q.  Could you please take a<br>13 look in your wallet?<br>14    A.  Sure.<br>15      No, I don't have one -- oh,<br>16 cancel that.  Yes, I do.<br>17    Q.  Can you read off the<br>18 account number?<br>19    A.  4482 7501 7662 0507.<br>20    Q.  And I notice that card<br>21 looks like it was issued originally<br>22 by Commerce Bank?<br>23    A.  It does, yes.  It's<br>24 probably expired now.  It never made |

e91329e8-6cd5-4bce-9a68-796783853645

Page 62

1  it out of my wallet.
2        MR. BASSMAN:  Is there an
3  expiration date on that, Mike?
4        MR. LALLI:  Yeah, it's not
5  expired.
6        THE WITNESS:  No?
7        MR. LALLI:  August 11 is
8  the expiration date.
9        THE WITNESS:  Oh, look at
10  that.
11        MR. BASSMAN:  Thanks.
12        MR. HARVEY:  Could I take a
13  look at that please?
14        MR. LALLI:  Sure, Steve.
15        MR. HARVEY:  Thank you.
16  BY MR. BASSMAN:
17    Q.  Mr. Capizzi, on the
18  accounts you have with TD Bank, are
19  you the only person whose name is
20  listed on those accounts?
21    A.  Yes.
22    Q.  They're not joint with
23  anybody else?
24    A.  No.  Not that I know of, at

Page 63

1  least.  I'm  no great financier.
2    Q.  Do you currently possess
3  any documents related to any of the
4  gift cards that you bought or
5  received?
6    A.  No.
7    Q.  And by documents that could
8  be a receipt, a bank statement that
9  would show a deduction that was made
10  on your account to buy the card.  Any
11  document.
12    A.  Not that I could think of,
13  no.  I mean, it's possible that it's
14  in a stack of papers somewhere, but
15  nothing that I'm aware of.
16    Q.  Have you searched your
17  records to see if you have any
18  documents relating to your gift cards
19  that you bought or received?
20    A.  No.
21    Q.  Do you recall specifically
22  retaining any documents related to
23  any of the gift cards you bought or
24  received?

Page 64

1    A.  No.
2    Q.  Did you supply any
3  documents to your attorneys in
4  connection with this lawsuit?
5    A.  No.
6    Q.  Did you ever contact any
7  state or federal government agency in
8  connection with gift card fees?
9    A.  No.
10    Q.  Have you ever reviewed any
11  written materials from any state or
12  government agency or official about
13  gift card fees?
14    A.  The only thing I could
15  think of, and I'm not even sure if it
16  fits, is the paperwork for this
17  lawsuit.
18    Q.  Anything else?
19    A.  No.
20    Q.  And when you say the
21  paperwork for this lawsuit, are you
22  thinking of anything other than the
23  complaint that you filed?
24    A.  Just that --

Page 65

1        THE WITNESS:  Is that what
2  that is, Mike, that you read me that
3  day that we reviewed, was the
4  complaint, right, what it's called?
5        I'm really not sure of the
6  terms of all the different paperwork,
7  but it was the complaint as far as I
8  know it.
9  BY MR. BASSMAN:
10    Q.  And when you received gift
11  cards, I think you mentioned earlier
12  they came in drugstore-type greeting
13  cards?
14    A.  From what I remember.  And
15  I can't say that they all came that
16  way.  Some might have been handed to
17  me.
18    Q.  Just handed to you without
19  any packaging?
20    A.  Correct.
21    Q.  And did any of the cards
22  that you received come with any terms
23  and conditions, like a separate
24  document setting out terms and

e91329e8-6cd5-4bce-9a68-796783853645

Page 66

1  conditions of the cards?
2      A.  Not that I remember, no.
3      Q.  Did any of the gift cards
4  that you received come with any other
5  sort of document or brochure that was
6  prepared by TD Bank?
7      A.  Not that I remember.
8      Q.  When you received gift
9  cards, did you try to spend them as
10  soon as you received them, or do you
11  recall putting any aside to spend
12  later?
13      A.  Both.
14      Q.  How did you make those
15  decisions?
16      A.  There was really not too
17  much thought given to them.
18      Q.  Were there any gift cards
19  that you received that you recall not
20  using?
21      A.  No, but I can't say for
22  certain.  There could be one stuck in
23  the back of a drawer somewhere that I
24  don't know about.

Page 67

1      Q.  And do you recall ever
2  encountering any difficulties in
3  trying to use a TD Bank gift card?
4      A.  No.
5      Q.  Do you think that Commerce
6  Bank misled you in any way in
7  connection with its gift card
8  program?
9          MR. LALLI:  Objection.
10  BY MR. BASSMAN:
11      Q.  You can answer.
12      A.  Sure.  I mean, you see a
13  sign that says no fees and you find
14  out there's fees, you feel misled.
15      Q.  Anything else?
16      A.  No.
17      Q.  Same question for TD Bank.
18      A.  Same answer.
19      Q.  Did Commerce Bank do
20  anything that harmed you?
21          MR. LALLI:  Objection.
22  BY MR. BASSMAN:
23      Q.  You could answer.
24      A.  If you want to consider

Page 68

1  being, you know, potentially
2  embarrassed, over a card losing, you
3  know, for a gift that you give, if
4  you want to consider that harm, yes.
5          If the cards I use lost
6  value, which I can't say if they did
7  or if they didn't, that would have
8  been a harm.
9      Q.  Any other harm?
10      A.  Not that I could really
11  think of.  They went after this -- it
12  seems they went after a whole pool of
13  people and, you know, gathered a lot
14  of fees that were unbeknownst to
15  anyone.
16          So am I harmed?  Yeah, to a
17  point.  But I think bigger is the
18  group that kind of has been taken by
19  this.
20      Q.  And if I ask you the same
21  question about TD Bank, would you
22  give me the same answer?
23      A.  I would.
24      Q.  If there were any fees

Page 69

1  charged on the cards that you
2  purchased from either Commerce or TD
3  Bank, would you like the court to
4  order those fees be refunded to you
5  or to the people to whom you gave the
6  cards?
7          MR. LALLI:  Objection.
8          THE WITNESS:  I really
9  don't know who should get that money
10  back.
11  BY MR. BASSMAN:
12      Q.  Do you have a personal
13  opinion either way?
14      A.  No.
15      Q.  Would your answer change if
16  I asked you about the cards you
17  received as opposed to the cards that
18  you purchased?
19          MR. LALLI:  Same objection.
20          THE WITNESS:  No.
21  BY MR. BASSMAN:
22      Q.  Same answer?
23      A.  Same answer.
24      Q.  If you win this case, what

e91329e8-6cd5-4bce-9a68-796783853645

| Page 70 | Page 72 |
|---|---|
| 1 would you like the court to order TD<br>2 Bank to do?<br>3      MR. LALLI: Objection.<br>4 BY MR. BASSMAN:<br>5    Q. You can answer.<br>6    A. What would I like them to<br>7 do? I mean, I really can't say one<br>8 way or the other. That's for them to<br>9 decide what to do.<br>10    Q. Do you have any personal<br>11 opinion?<br>12    A. I'd like to see, you know,<br>13 the class be made whole. I'd like to<br>14 see people get what they expect.<br>15    Q. You'd like to see the fees<br>16 refunded?<br>17    A. Sure.<br>18    Q. But you are not sure to<br>19 whom?<br>20    A. Right. Yeah, I guess who<br>21 would you? I don't know.<br>22    Q. Outside of the fees being<br>23 refunded, anything else -- and,<br>24 again, just asking you your personal | 1 TD Bank?<br>2    A. No, that would be no.<br>3    Q. Outside of your attorneys,<br>4 whom have you spoken to about this<br>5 lawsuit?<br>6    A. No one.<br>7    Q. No one at all?<br>8    A. Like I said earlier, only<br>9 to say that I was going to be busy<br>10 today because I was being deposed for<br>11 a court case that I was involved in.<br>12 I don't even know if I specified who<br>13 the court case was about.<br>14    Q. Have you ever spoken to<br>15 Bradley Mann?<br>16    A. No. I don't know who<br>17 Bradley Mann is.<br>18    Q. Margaret Munthali?<br>19    A. No.<br>20    Q. Fern Rutberg?<br>21    A. Excuse me?<br>22    Q. Have you ever spoken to a<br>23 woman named Fern Rutberg?<br>24    A. No. |

| Page 71 | Page 73 |
|---|---|
| 1 opinion -- anything else that you<br>2 would like the court to order?<br>3    A. I really don't have an<br>4 opinion either way. I mean, it's for<br>5 the court to decide.<br>6    Q. Would you ever buy a gift<br>7 card again from TD Bank?<br>8    A. No.<br>9    Q. Never?<br>10    A. No.<br>11    MR. LALLI: Can you re-ask<br>12 that?<br>13    THE WITNESS: Well, yeah.<br>14    MR. LALLI: You said never,<br>15 and he said no. I just want to make<br>16 sure it's clear.<br>17 BY MR. BASSMAN:<br>18    Q. Would you ever again buy a<br>19 gift card from TD Bank?<br>20    A. I'm going to say that the<br>21 better answer is I really can't say.<br>22 I don't know.<br>23    Q. Do you have any current<br>24 plans to buy a gift card again from | 1    MR. LALLI: Is her name<br>2 really that funny?<br>3    THE WITNESS: It is kind<br>4 of.<br>5 BY MR. BASSMAN:<br>6    Q. Ever spoken to a woman<br>7 named Chawezi or Bertha Mwantembe?<br>8    A. No, I have never spoken to<br>9 her.<br>10    Q. And, finally, have you ever<br>11 spoken to a woman named Sandra<br>12 Elmoznino?<br>13    A. No.<br>14    Q. Do you have a Facebook<br>15 page?<br>16    A. I do.<br>17    Q. Have you ever posted<br>18 anything about this lawsuit on your<br>19 Facebook page?<br>20    A. No.<br>21    Q. Ever posted anything about<br>22 gift cards on your Facebook page?<br>23    A. No.<br>24    Q. Do you have a page on any |

| Page 74 | Page 76 |
|---|---|
| 1  other social networking site? | 1  Commerce Bank and then TD Bank, do |
| 2      A.  LinkedIn, I think.  I don't | 2  you receive monthly statements? |
| 3  know if that's a page or a mention. | 3      A.  Yes. |
| 4  I don't know.  It's like -- do you | 4      Q.  And you receive those |
| 5  know what LinkedIn is? | 5  monthly statements in the mail? |
| 6      Q.  Yes. | 6      A.  Yes. |
| 7          Outside of LinkedIn and | 7      Q.  In any of the monthly |
| 8  Facebook, any other social networking | 8  statements from Commerce and TD Bank |
| 9  sites? | 9  that have been mailed to you, were |
| 10      A.  No. | 10  any advertisements for gift cards |
| 11      Q.  Did you ever read any | 11  stuffed in or included? |
| 12  written representations from TD or | 12      A.  They might have been.  I |
| 13  Commerce Bank about the costs that | 13  don't know. |
| 14  they incur in maintaining or | 14      Q.  You don't remember one way |
| 15  replacing gift cards? | 15  or the other? |
| 16      A.  No. | 16      A.  No.  There's always so much |
| 17      Q.  Same question for oral | 17  stuff in those envelopes, you know, |
| 18  representations? | 18  you kind of just tear them open and |
| 19      A.  No. | 19  move on. |
| 20          (Telephone interruption.) | 20      Q.  You don't remember any |
| 21  BY MR. BASSMAN: | 21  advertisements stuffed into your |
| 22      Q.  You understand that in your | 22  statements? |
| 23  complaint you are asking the court to | 23      A.  No, not with my statements |
| 24  appoint you as a representative of a | 24  about gift cards.  I think I've seen |

| Page 75 | Page 77 |
|---|---|
| 1  class of other purchasers and holders | 1  ones about home equity loans. |
| 2  of gift cards? | 2      Q.  I'm just asking -- |
| 3      A.  Yes. | 3      A.  Maybe because that's what |
| 4      Q.  What do you understand your | 4  I've been thinking about recently. |
| 5  obligations to be as a class | 5      Q.  I'm just asking about gift |
| 6  representative? | 6  cards. |
| 7      A.  To represent the class. | 7          When you purchased gift |
| 8      Q.  And what do you need to do | 8  cards from Commerce Bank, was it your |
| 9  to represent the class? | 9  understanding that those cards were |
| 10      A.  Just be honest and answer | 10  governed by a set of terms and |
| 11  your questions and show that what | 11  conditions? |
| 12  happened to me happened to a lot of | 12      A.  I'm sorry.  Say it again, |
| 13  other people.  And I guess my | 13  please. |
| 14  situation is somewhat characteristic | 14      Q.  Sure.  When you bought gift |
| 15  of what a lot of other people have | 15  cards from Commerce Bank -- |
| 16  been through. | 16          MR. LALLI:  I'm sorry.  Are |
| 17      Q.  Do you have any obligations | 17  you limiting it just to Commerce? |
| 18  to the other class members? | 18          MR. BASSMAN:  Just Commerce |
| 19      A.  Just to be honest and open | 19  Bank for that first time. |
| 20  and forthright. | 20  BY MR. BASSMAN: |
| 21      Q.  Do you have any obligations | 21      Q.  Did you understand at that |
| 22  to look out for their interests? | 22  time that there was a set of terms |
| 23      A.  Yes. | 23  and conditions that govern the cards? |
| 24      Q.  As an account holder at | 24      A.  I don't think I -- no. |

| Page 78 | Page 80 |
|---|---|
| 1    Q.  Did you give it any<br>2 thought?<br>3    A.  I didn't give it any<br>4 thought.<br>5    Q.  Would your answer change if<br>6 I asked you about your TD Bank gift<br>7 card purchase?<br>8    A.  No.<br>9    Q.  Same answer?<br>10    A.  Yes.<br>11    Q.  By the way, where does<br>12 Harry Smith live?<br>13    A.  In Deptford, New Jersey, I<br>14 think.  What exact town, I'm not<br>15 sure.  But it's in South Jersey.<br>16 Blackwood, Deptford.<br>17    Q.  That general area?<br>18    A.  Washington -- I think maybe<br>19 Washington Township, actually.  Yeah,<br>20 that's right, Washington Township.<br>21    Q.  Does he have a work address<br>22 separate from his home?<br>23    A.  Yes.<br>24    Q.  What is his work address? | 1    A.  I'd rather not guess on<br>2 that.<br>3    Q.  Do you remember any<br>4 particular person at Magnus & Sons<br>5 giving you the gift card?<br>6    A.  No.<br>7    Q.  Magnus & Sons, I assume, is<br>8 the name of a business?<br>9    A.  Correct.<br>10    Q.  Where is Magnus & Sons<br>11 located?<br>12    A.  Folcroft, Pennsylvania.<br>13    Q.  Do you know the street<br>14 address?<br>15    A.  No.<br>16    Q.  Did Mr. Smith tell you -- I<br>17 assume Mr. Smith did not tell you at<br>18 what branch he bought the gift cards<br>19 that he gave you?<br>20    A.  You assume correctly.<br>21    Q.  The answer would be the<br>22 same for Magnus & Sons?<br>23    A.  Yes.  I would not know what<br>24 branch they bought them from. |

| Page 79 | Page 81 |
|---|---|
| 1    A.  I don't know the number,<br>2 but it's Greentree Road in Washington<br>3 Township.  The name of the business<br>4 is Excalibur.<br>5    Q.  How do you spell Excalibur?<br>6    A.  Like the sword,<br>7 E-X-C-A-L-I-B-U-R.  There's swords<br>8 hanging all over the office.  That's<br>9 all you think about when you walk in<br>10 there.<br>11    Q.  He has a collection?<br>12    A.  Yeah, he does.<br>13    Q.  Do you remember the names<br>14 of any other the contractors who gave<br>15 you gift cards?<br>16    A.  Yes.<br>17    Q.  Who are they?<br>18    A.  Magnus & Sons.<br>19    Q.  Who else?<br>20    A.  Let's just leave it to<br>21 those two right now, because anything<br>22 else is just speculation.<br>23    Q.  It would be just a pure<br>24 guess? | 1    Q.  Outside of giving you the<br>2 card and wishing you happy holidays,<br>3 did you have any conversations with<br>4 Harry Smith about the terms or the<br>5 use of the gift cards?<br>6    A.  No.<br>7    Q.  Same answer for Magnus &<br>8 Sons?<br>9    A.  Same answer.<br>10    Q.  You mentioned earlier that<br>11 you felt like you might be<br>12 potentially embarrassed that the<br>13 cards that you gave to Mr. DiGiovanni<br>14 might incur fees.<br>15    A.  Um-hum.<br>16    Q.  Do you recall that<br>17 testimony?<br>18    A.  I do.<br>19    Q.  You didn't seek any medical<br>20 treatment in connection with that<br>21 potential embarrassment, did you?<br>22    A.  No, I did not.<br>23    Q.  Have you posted any<br>24 information about this lawsuit on any |

| Page 82 | | Page 84 | |
|---|---|---|---|
| 1 | website? | 1 | Q. Did you close it? |
| 2 | A. No. | 2 | A. No. |
| 3 | MR. BASSMAN: Off the | 3 | Q. What is your current |
| 4 | record. | 4 | balance in your savings account with |
| 5 | (Recess.) | 5 | TD Bank? |
| 6 | MR. HARVEY: We didn't | 6 | A. I couldn't tell you. |
| 7 | produce any information related to | 7 | Q. Is it zero? |
| 8 | gift card purchases by Mr. Capizzi; | 8 | A. I have no idea. I haven't |
| 9 | we didn't find any record of those. | 9 | looked. |
| 10 | Using the account number | 10 | Q. When was the last time you |
| 11 | that he just gave to me, which | 11 | checked? |
| 12 | apparently is a closed account, but | 12 | A. The savings account, I |
| 13 | Mr. Bassman is going to ask him about | 13 | couldn't remember. I don't remember. |
| 14 | that, I just made a request to see if | 14 | Q. Do you get monthly |
| 15 | they could use that number to | 15 | statements for your savings account? |
| 16 | identify any gift card purchases. | 16 | A. I don't know if they are |
| 17 | And I should hear back what | 17 | monthly or quarterly. |
| 18 | the records say within -- I'm hopeful | 18 | Q. You receive regular |
| 19 | within ten or 15 minutes by an | 19 | statements throughout the year, |
| 20 | e-mail, and I'll let you know if we | 20 | though? |
| 21 | have some information. | 21 | A. Yes. |
| 22 | MR. LALLI: Okay. | 22 | Q. Do you read them? |
| 23 | MR. HARVEY: We did agree | 23 | A. No, not always. |
| 24 | to provide you information relating | 24 | Q. When was the last time you |

| Page 83 | | Page 85 | |
|---|---|---|---|
| 1 | to gift card purchases by any of | 1 | deposited money into the savings |
| 2 | these -- or by any of these | 2 | account? |
| 3 | plaintiffs, and that one we didn't | 3 | A. I would say the last time |
| 4 | find. | 4 | there was a deposit into that account |
| 5 | But as I said, we may -- | 5 | would have probably been in late |
| 6 | with the use of that number, might be | 6 | January, mid January. I had just |
| 7 | able to get information that we | 7 | lost my job, that was going to be the |
| 8 | didn't have previously. | 8 | -- that's when the last payment would |
| 9 | MR. LALLI: That's fine. | 9 | have went in, would have been a |
| 10 | Me and Mr. Bassman spoke about it | 10 | direct deposit from my last check. |
| 11 | earlier. Fine, on the same page. | 11 | Q. And your IRA with TD Bank, |
| 12 | BY MR. BASSMAN: | 12 | what is the balance in that? |
| 13 | Q. Mr. Capizzi? | 13 | A. I'm going to assume |
| 14 | A. Yes. | 14 | somewhere around 12,000, 13,000. |
| 15 | Q. What is the current balance | 15 | But, you know, they fluctuate with |
| 16 | in your checking account at TD Bank? | 16 | the market. |
| 17 | A. Negative 1,100. | 17 | Q. Right. Do you have your |
| 18 | Q. And when did you just incur | 18 | IRA with TD AmeriTrade as opposed to |
| 19 | an overdraft? | 19 | TD Bank? |
| 20 | A. Last month, I believe. A | 20 | A. No, I think it's with TD |
| 21 | month and a half ago. | 21 | Bank. I had opened it when it was |
| 22 | Q. Is your checking account | 22 | Commerce Bank. The account manager |
| 23 | still active with TD Bank? | 23 | is John Bang, I remember his name. |
| 24 | A. I'm not sure. | 24 | Q. How do you spell the last |

| Page 86 | Page 88 |
|---|---|
| 1   name? | 1   other disputes? |
| 2     A.  Bang, B-A-N-G. | 2     A.  There were other times when |
| 3     Q.  Would you remember was he | 3   maybe I didn't like the outcome of |
| 4   in a particular facility? | 4   something, but to call it a dispute, |
| 5     A.  I met him at the branch on | 5   no. |
| 6   Woodhaven Road. | 6     Q.  What didn't you like the |
| 7     Q.  And what city and state? | 7   outcome of? |
| 8     A.  In Philadelphia, | 8     A.  Maybe the way I was treated |
| 9   Pennsylvania. | 9   at a branch or something like that. |
| 10     Q.  Do you recall when you | 10     Q.  And what about the way you |
| 11   opened that account? | 11   were treated at a branch made you |
| 12     A.  Probably end of year '06 | 12   unhappy? |
| 13   for tax -- you know, I'm pretty sure | 13     A.  It just may be the way I |
| 14   it was 2006.  It might have been | 14   was spoken to.  A personal type of |
| 15   2005. | 15   thing, not a business procedure. |
| 16     Q.  You mentioned that your | 16     Q.  Okay.  Just you went in one |
| 17   checking account is negative $1,100. | 17   day to transact some business and the |
| 18   Have you incurred any | 18   teller happened to be rude? |
| 19   overdraft fees? | 19     A.  Yes. |
| 20     A.  Oh, yes. | 20     Q.  Things alone those lines? |
| 21     Q.  Is this the first time you | 21     A.  That would be an example, |
| 22   incurred overdraft fees on that | 22   yes. |
| 23   account? | 23     MR. BASSMAN:  Okay.  Why |
| 24     MR. LALLI:  Objection. | 24   don't we go off the record. |

| Page 87 | Page 89 |
|---|---|
| 1   BY MR. BASSMAN: | 1     (Recess.) |
| 2     Q.  You can answer. | 2     MR. HARVEY:  Using his |
| 3     A.  Is it the first time?  I'm | 3   account number which he gave to me |
| 4   going to say this is the first period | 4   just a few minutes ago, we found a |
| 5   of time I've received them, yeah. | 5   record of two gift cards for $25 each |
| 6     Q.  Okay. | 6   that were purchased on November 21, |
| 7     A.  It's always been that when | 7   2008. |
| 8   checking accounts went to zero, you | 8     They didn't have the time, |
| 9   couldn't make any other withdrawals | 9   in the time we were given, to see the |
| 10   from them. | 10   transactions with those gift cards. |
| 11     Q.  Outside of the overdraft | 11   That information may be available, |
| 12   fee situation that happened just | 12   and I'll investigate that and I'll |
| 13   recently and outside of the | 13   turn that over to you if it is.  But |
| 14   allegations relating to gift cards in | 14   that's all I have right now. |
| 15   this complaint, have you had any | 15     MR. LALLI:  Okay.  That |
| 16   other difficulties in your | 16   corresponds with his testimony today. |
| 17   relationship with Commerce Bank or TD | 17     MR. BASSMAN:  We have no |
| 18   Bank? | 18   further questions. |
| 19     MR. LALLI:  Objection. | 19     EXAMINATION |
| 20   BY MR. BASSMAN: | 20   BY MR. LALLI: |
| 21     Q.  You can answer. | 21     Q.  Angelo, I only have one |
| 22     A.  Any other difficulties? | 22   question, and I think you already |
| 23   I'd ask you to define difficulty. | 23   testified to it. |
| 24     Q.  Sure.  Have you had any | 24     But do you promise to |

Page 90

1  fairly and adequately protect the
2  interest of the class?
3      A.  I do.
4          MR. LALLI:  That's it.
5          MR. BASSMAN:  Thank you
6  very much.
7          (The deposition concluded
8  at 12:43 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 91

1          WITNESS CERTIFICATION
2
3
4          I hereby certify that I
5  have read the foregoing transcript of
6  my deposition testimony, and that my
7  answers to the questions propounded,
8  with the attached corrections or
9  changes, if any, are true and
10  correct.
11
12
13
14
_____   _____
15  DATE        ANGELO CAPIZZI
16
17
18
_____
19  PRINTED NAME
20
21
22
23
24