EXHIBIT "H"

1

1          IN THE UNITED STATES COURT
           FOR THE DISTRICT OF NEW JERSEY
2          Civil Action No. 1:09-CV-01062-RBK-AMD

3

4   BRADLEY MANN, et al,:

5          Plaintiff,   :

6      v.              :  Deposition of

7   TD BANK, NA, et al, :   NIKUNJ BULSARA

8          Defendant.   :

9

10          Transcript of deposition taken

11   by and before CYNTHIA BAUERLE, a Certified

12   Shorthand Reporter and Notary Public, at the

13   offices of ELCHEN, CRUTCHLOW & McELROY, LLP,

14   40 Ethel Road, Edison, New Jersey 08817, on

15   Wednesday, May 19, 2010 commencing at 12:20

16   p.m.

17

18

19

20

21

22

23

24

25    Job No. NJ258553

2

```
 1    A P P E A R A N C E S :
 2
 3        SILVERMAN & FODERA, P.C.
 4        BY: MICHAEL P. LALLI, ESQ.
 5        1835 Market Street, 26th Floor
 6        Philadelphia, Pennsylvania 19103
 7        215-561-2100
 8        Representing Nikunj Bulsara
 9
10        PEPPER HAMILTON LLP
11        BY: ANGELO A. STIO, III, ESQ.
12        301 Carnegie Center, Suite 401
13        Princeton, New Jersey 08543-1147
14        609-452-0808
15        Representing the Defendant
16
17
18
19
20
21
22
23
24
25
```

3

```
 1            - - - - -
 2          I N D E X
 3            - - - - -
 4                    PAGE
 5    WITNESS: Nikunj Bulsara
 6    EXAMINATION BY Mr. Stio.................4
 7    EXAMINATION BY Mr. Lalli...............120
 8    CONTINUED EXAMINATION BY Mr. Stio.......121
 9          - - - - - - - -
10        E X H I B I T S
11          - - - - - - - -
12    NO.    DESCRIPTION          PAGE
13    Bulsara-1 Photocopy of gift card    39
14    Bulsara-2 Photocopy of gift card    45
15    Bulsara-3 Plaintiff's First Amended Class
16        Action Complaint        88
17
18        SPECIAL REQUESTS
19        PAGE   LINE
20         108    15
21
22
23
24
25
```

4

```
 1    NIKUNJ BULSARA after having been first duly
 2    sworn, was examined and testified as follows:
 3    EXAMINATION BY MR. STIO:
 4        Q.    Good afternoon, Mr. Bulsara. My
 5    name is Anglo Stio. I am an attorney with
 6    Pepper Hamilton and I'm here to take your
 7    deposition today. It is in the matter of Mann
 8    versus TD Bank North and you are a named
 9    plaintiff in that case. Before I start taking
10    your deposition, I'd like to just give you a
11    few instructions that will allow this
12    deposition to go smoother and allow the court
13    reporter to memorialize everything that occurs
14    today.
15        The first instruction is that you were
16    just given an oath to tell the truth. Even
17    though we are not in a court of law you will
18    be expected to testify truthfully and penalty
19    of perjury would apply if you did not testify
20    truthfully. Do you understand that
21    instruction?
22        A.    Yes.
23        Q.    Second instruction is that we
24    need you to answer verbally. No nonverbal
25    gestures because the court reporter needs to
```

5

```
 1    take down everything that is said. Do you
 2    understand that instruction?
 3        A.    Yes.
 4        Q.    If you need to take a break at
 5    any time, just let me know. I would ask,
 6    though, that if you are going to take a break,
 7    we take a break after you answer a question.
 8    Not in the middle of a question, fair?
 9        A.    Okay.
10        Q.    Last instruction is that one of
11    my jobs is to give you intelligent questions
12    that you understand. If you don't understand
13    a question, I ask you to stop me. Tell me you
14    don't understand it and I'll try to make it
15    understandable. By the same token, if you
16    answer a question, we'll assume that you
17    understood it. Is that fair?
18        A.    Yes.
19        Q.    Why don't we start with --
20        MR. LALLI: Before we -- it is
21    usual stipulations, but we are going to have
22    him read and sign.
23        MR. STIO: Okay. I wasn't here
24    for what your stipulations were, but I'm fine
25    with him reading and signing. I'm fine with
```

2 (Pages 2 to 5)

6

```
1    you preserving your objections for trial, but
2    I don't know what other ones there were.
3             MR. LALLI:  The other one was
4    the weird old signing and sealing or filing of
5    the deposition.  That's waved.  That might be
6    a Pennsylvania thing.
7             MR. STIO:  There is nothing in
8    New Jersey.  I don't know what that is, but
9    I'm fine with the other two.
10            MR. LALLI:  Thank you.
11       Q.    Mr. Bulsara, am I pronouncing
12   that right?
13       A.    Yes.
14       Q.    Where do you reside?
15       A.    173 Plainfield
16   P-l-a-i-n-f-i-e-l-d Avenue in Edison
17   E-d-i-s-o-n New Jersey 08817.
18       Q.    Thank you.  How long have you
19   lived there?
20       A.    Basically I would say all my
21   life.
22       Q.    All your life?
23       A.    Well, basically I was born in
24   New York.
25       Q.    Where did you go to college?
```

7

```
1        A.    Johns Hopkins.
2        Q.    What was your degree?
3        A.    Biomedical engineering.
4        Q.    When did you graduate?
5        A.    I didn't finish.
6        Q.    Okay.  Are you still at Johns
7    Hopkins?
8        A.    Basically I am a few credits
9    short of it.
10       Q.    When did you start?
11       A.    In 2000.
12       Q.    When did you stop going
13   full-time to Johns Hopkins?
14       A.    2005.
15       Q.    In 2005 did you take on
16   employment at that time?
17       A.    Yes.
18       Q.    What was your first job in 2005
19   after you leave Johns Hopkins?
20       A.    Well, basically I started -- I
21   co-founded a business.
22       Q.    What was the business's name?
23       A.    Royal Gem Star Corporation.
24       Q.    Royal Gem Star?
25       A.    Yes.
```

8

```
1        Q.    What does that do?
2        A.    Outsource OEM manufacturing.
3        Q.    What does OEM stand for?
4        A.    Basically Other Equipment
5    Manufacture.
6        Q.    How long were you at Royal Gem
7    Star?
8        A.    Basically up to 2008.
9        Q.    And you were the co-founder.
10   Who is your other co-founders?
11       A.    Basically they are overseas.
12   They are basically in China and Thailand.  Do
13   you want me to name names?
14       Q.    They are individuals?
15       A.    They are individuals.
16       Q.    Okay.  But no family members.
17   No one in New Jersey?
18       A.    My father.
19       Q.    He is a co-founder, as well?
20       A.    Technically, yes.
21       Q.    Who is your father?
22       A.    Thakor Bulsara.
23       Q.    Can you spell that for me?
24       A.    T-h-a-k-o-r.  Bulsara,
25   B-u-l-s-a-r-a.  I would like to add one thing
```

9

```
1    about the educational part.
2        Q.    Yes.
3        A.    Basically I've done something at
4    Cambridge University.
5        Q.    Okay.  What did you do at
6    Cambridge University?
7        A.    Basically -- it's basically
8    called a TKT.  It is a language management
9    course.
10       Q.    So if I can try to describe this
11   accurately.  You took one course at Cambridge
12   University during the time you also were going
13   to Johns Hopkins?
14       A.    What it is is a certification
15   basically to teach a language, foreign
16   language speakers of nonEnglish.
17       Q.    So it's more than one course.
18   It is a series of courses?
19       A.    Yes.
20       Q.    When did you go to Cambridge?
21       A.    Basically I self-taught.  I
22   basically took the examination in Boston,
23   Massachusetts.
24       Q.    Time frame now?
25       A.    In 2009.
```

3 (Pages 6 to 9)

10

1    Q.    So we have you up until 2008 you
2  are at Royal Gem Star?
3    A.    Right.  I also would like to add
4  another thing on educational.  I've taken
5  economic classes at Rutgers University in New
6  Brunswick, New Jersey.
7    Q.    When did you do that?
8    A.    I would have to say -- I don't
9  recall.  It was a while ago.
10   Q.    Before Johns Hopkins or after
11 Johns Hopkins?
12   A.    Basically in the summer sessions
13 in between.
14   Q.    So as far as --
15   A.    I don't know exactly the time
16 frames.  I would have to look at the details.
17   Q.    That's fine.  As far as
18 education, we have you were at Johns Hopkins.
19 You are a biomechanical engineering student.
20 You go there full-time from approximately
21 2000, 2005.  You are a few credits shy of your
22 undergraduate degree, correct?
23   A.    Right.
24   Q.    You then founded Royal Gem Star
25 in 2005 with your father and a number of other

11

1  individuals overseas.  You out source OEM
2  manufacturing?
3    A.    Right.
4    Q.    Okay.
5    A.    Can you basically say that one
6  more time basically what you just said because
7  it may be inaccurate what you just said.
8    Q.    About what you do at Royal Gem
9  Star?
10   A.    Yes.  Well, basically what you
11 are saying is that -- what you just said that
12 it was founded in 2005.  In legal speed
13 basically it was incorporated in 2007.
14   Q.    Okay.  But in 2005 you go to
15 work for them, but it's officially
16 incorporated in 2007?
17   A.    Basically there is a lot of due
18 diligence to set everything up.  It is not
19 that simple.  It wasn't that simple to
20 basically set up manufacturing of that nature.
21   Q.    But in 2005 you start to the due
22 diligence, then two years later you
23 incorporate?
24   A.    Exactly.
25   Q.    And you stay there until 2008?

12

1    A.    Right.
2    Q.    Why do you leave?
3    A.    Well, basically the nature of
4  the business is jewelry manufacturing of gold
5  and basically gold prices skyrocketed during
6  that time.  It was an unforeseen circumstance.
7  There is a currency crisis of the US dollar.
8  Basically the clientele of basically
9  independent jewelers, they are basically
10 filing bankruptcy.  So basically it was a bad
11 period during that time to say the least and
12 that's what happened.
13   Q.    So the company is no longer in
14 existence?
15   A.    No, it is not dissolved.  It is
16 just suspended.
17   Q.    Suspended.  After you leave
18 Royal Gem Star or after Royal Gem Star
19 suspends its operations, to be accurate, what
20 is your next job?
21   A.    I'm basically a media consultant
22 for a company called Media Mall Technologies,
23 Inc.
24   Q.    Media Mall Technologies, Inc.
25 What does Media Mall Technologies do?

13

1    A.    They sell software called Play
2  On.
3    Q.    What does Play On do?
4    A.    Basically what it is I can give
5  you in layman's terms or basically technical
6  terms.  Which would you like?
7    Q.    I prefer layman's terms.
8    A.    So basically what it is, it
9  allows you to watch things like Hulu, if you
10 know what Hulu is.  Hulu and Net Flix.  Things
11 you would watch on the web like ESPN, NHL,
12 MLB.  It allows you to watch what you would
13 see on the web on your TV using what is called
14 a DLNA device, such as PS3 and XBox 360.
15 There is a bunch of other OEM devices out
16 there that we basically interface with.  We
17 interface with the Wii.  Nintendo.
18   Q.    So it provides for -- a 30,000
19 foot high view, it provides internet access on
20 home games?
21   A.    No.  No.  Basically -- okay.
22 You are trying to watch a video.  A common
23 person would not want to watch video on their
24 PC for an extended period of time.  Let's say
25 hypothetically a movie you would watch on

4 (Pages 10 to 13)

14

1   Hulu.com.  Some movies can be 30 minutes, one
2   hour, one hour 30 minute episodes or movies.
3   Whatever they may be.
4       Q.   Right.
5       A.   So basically it allows you to
6   watch what you would see on your PC on your TV
7   and basically it's a software that interfaces
8   the PC with the TV.
9           MR. LALLI:  Through, like, Play
10  Station?
11          THE WITNESS:  Through what is
12  called a DLNA device and what DLNA is, is
13  basically something similar to what I Triple E
14  is.  If you know what I Triple E is.  It's
15  basically a conglomerate or firm such as Sony,
16  Microsoft, Phillips, LG and a host of others
17  that came up with the idea to basically make
18  one common -- it is called universal plug and
19  play technology to do this type of streaming.
20  It is called intravideo streaming from your PC
21  to your TV.
22      Q.   And you are still at Media Mall
23  Technologies today?
24      A.   Yes.
25      Q.   And your title is media

15

1   consultant?
2       A.   Well, I mean, basically it is a
3   loose term.  What it is, is a start-up
4   company.  We only have about ten people in the
5   company, so I do a host of different jobs that
6   take on different projects, so I don't exactly
7   have a title to give you.
8       Q.   Are you one of the founders of
9   Media Mall Technologies?
10      A.   No.
11      Q.   Any ownership interest in the
12  company?
13      A.   No.
14      Q.   And where are they located?
15      A.   Basically incorporated in
16  Seattle, Washington.
17      Q.   Do they have a New Jersey
18  office?
19      A.   No.
20      Q.   You work from home?
21      A.   Yes.
22      Q.   And what is your date of birth?
23      A.   10/19/1982.
24      Q.   And do you own the home at 173
25  Plainfield Avenue?

16

1       A.   No.
2       Q.   Your parents?
3       A.   Yes.
4       Q.   You are not married?
5       A.   No.
6       Q.   Besides the jobs that we just
7   mentioned after you went to Johns Hopkins,
8   have you ever worked in the banking or
9   financial services industry?
10      A.   No.
11      Q.   How about any member of your
12  family?
13      A.   No.
14      Q.   What newspapers do you regularly
15  read?
16      A.   What do you mean by regularly?
17      Q.   Once a week.  More than once a
18  week.  Do you get any newspaper subscriptions
19  to the house?
20      A.   No, I don't get any newspaper
21  subscriptions to my house.
22      Q.   Do you purchase any newspapers
23  in the morning?
24      A.   Basically sometimes the Sunday
25  Star Ledger.  There are times I basically read

17

1   other newspapers, but basically not on a
2   weekly period.
3       Q.   What do you read?
4       A.   Wall Street Journal, Financial
5   Times.  Washington Post.
6       Q.   Anything else?
7       A.   Nothing that can come to my mind
8   right now.
9       Q.   How about magazines?
10      A.   I have no magazine subscriptions
11  whatsoever.
12      Q.   Do you read any magazines
13  regularly?
14      A.   No.
15      Q.   How about websites?  Got any
16  blogs that you go to regularly?  Any websites
17  you visit regularly?
18      A.   What do you mean by regularly?
19      Q.   What is your home page when you
20  log on to your computer?  What pops up?
21      A.   Www.Google.com.
22      Q.   Do you visit any websites on a
23  more than twice a week basis?
24          MR. LALLI:  For any purpose or
25  for news?

5 (Pages 14 to 17)

18

1    Q.   For news.
2    A.   Well, when you ask me this
3 question, it is kind of hard to come up with
4 something just off the top of my head.
5    Q.   So you don't know if you go
6 to --
7    A.   Well, you are asking basically
8 do I go to a news site more than twice a week?
9    Q.   Here is the question.  Let's
10 give a hypothetical.
11    A.   Okay.
12    Q.   There is a news event that
13 happens today and you want to find out about
14 it and you go to your computer.  What website
15 would you go to?
16    A.   The BBC.
17    Q.   Any others that you visit?
18    A.   Not that I can think of.
19    Q.   Do you belong to any consumer
20 organizations?
21    A.   What does that mean?
22    Q.   An organization that, you know,
23 is incorporated or its purpose is to advance
24 consumer rights.
25    A.   What does that mean?

19

1    Q.   Advocate for consumer rights.
2    A.   No.
3    Q.   Are you a member of any
4 organizations?
5    A.   Such as?
6    Q.   Any.
7    A.   Now.  Right now?
8    Q.   Yes.
9    A.   Not that I can think of.
10    Q.   How about ever?
11    A.   I was a boy scout.  That's the
12 first thing I can think of.  Let's see.  It's
13 kind of a vague question.  I mean, membership
14 could mean anything.  Like, you could have a
15 video card membership.  You could have a
16 Triple A membership.
17    Q.   I'm talking about a trade
18 association.  Your local Lion's group.  A
19 chamber of commerce.  Anything like that?
20    A.   No.  Oh, I can think of one now.
21 There is one called Net IP.  Network of Indian
22 Professionals.
23    Q.   How long have you been a member
24 of that?
25    A.   It's not a membership type of

20

1 thing.  Basically it is like a networking.
2    Q.   Now, one of the primary, I
3 guess, issues in this case deals with gift
4 cards.  Have you ever bought a gift card?
5    A.   Yes.
6    Q.   Why don't we talk about the gift
7 cards you purchased.  Which ones have you
8 purchased?
9    A.   From where?
10    Q.   A gift card.
11    A.   I've purchased gift cards from
12 Wal-Mart.  I'm not 100 percent sure if I
13 bought the TD or I should say Commerce Bank
14 gift card or if it was handed -- the ones in
15 question that were given to me, were given to
16 me from my father.  Any other ones there's
17 basically like a dozen or so cards involved.
18 I really cannot recall who bought them, when
19 they were bought or anything like that and
20 there's no way for me to look that up.
21    Q.   All right.  Let's try to break
22 that down.  You've bought gift cards from
23 Wal-Mart, correct?
24    A.   Correct.
25    Q.   Let's focus just on that.  When

21

1 did you buy the gift cards from Wal-Mart?
2    A.   Let's see.  I would have to say
3 in 2009.  I mean, maybe even earlier this
4 year.  I'm not exactly sure.
5    Q.   How many gift cards did you buy
6 from Wal-Mart?
7    A.   I would like to clarify this
8 answer because what it was is basically a
9 promotion they were giving.  If you buy
10 something they would give you a gift card, so
11 technically I don't know if exactly it implies
12 I bought the gift card or basically it's part
13 of the promotion.
14    Q.   Okay.
15    A.   And I can break down exactly --
16    Q.   Can you walk me through how you
17 get a gift card from Wal-Mart?
18    A.   So basically they had a
19 promotion where basically you buy an XBox 360
20 and I think I mentioned that before what that
21 was, and basically you buy it for $200 and
22 they give you a $100 gift card as I gratuity
23 with the XBox 360 purchase.  It's a promotion
24 that was either run from them or Microsoft.
25 I'm not exactly sure, but I have these gift

6 (Pages 18 to 21)

22

1   cards.
2        Q.     You have more than one?
3        A.     Yes.
4        Q.     You got a gift card with each
5   purchase of this XBox?
6        A.     Yes.
7        Q.     How many gift cards do you have
8   from Wal-Mart?
9        A.     I'm not exactly sure.  Just like
10  maybe two.
11       Q.     Do you know the denominations?
12       A.     $100.
13       Q.     Do they come in any type of
14  packaging?
15       A.     No.
16       Q.     How do they come?  Just a gift
17  card that is loose?
18       A.     They come as is with a gift
19  card.
20       Q.     You say "as is."  Just a gift
21  card.  Not on a piece of cardboard.  Not in a
22  box.  Not in an envelope?
23       A.     No.
24       Q.     Who gives you the gift card?
25       A.     The cashier.

23

1        Q.     Does the cashier tell you
2   anything at the time she gives you the gift
3   card?
4        A.     No.
5        Q.     And did you purchase the XBox
6   for the purpose of getting the gift card?
7        A.     Technically, yes.  I mean,
8   technically because it's a good deal to get
9   XBox if you factor it in for a $100.  I mean,
10  you cannot beat that kind of deal, so a lot of
11  people jump on it.  There was a line outside,
12  like, for 200 people just for 20 XBox's.
13       Q.     Your intent was to buy the XBox
14  at the cheapest price.  Not to walk away with
15  the gift card, correct?
16       A.     Basically, yes.
17       Q.     Have you used the gift card?
18       A.     Yes.
19       Q.     And is the gift card for any
20  store or just for Wal-Mart?
21       A.     No, it's just for Wal-Mart and
22  Wal-Mart.com and it never expires.
23       Q.     How do you know it never
24  expires?
25       A.     Because after this matter came

24

1   up, I double checked it whether it expires or
2   not.
3        Q.     How did you do that?
4        A.     I called them up.
5        Q.     Where did you get the number to
6   call them up?
7        A.     1-800-Wal-Mart.
8        Q.     Was it a number on the back of
9   the gift card?
10       A.     I don't recall, but I'm sure
11  it's 1-800-Wal-Mart.
12       Q.     Do you have the gift cards with
13  you in your wallet now?
14       A.     The Wal-Mart one?
15       Q.     Yes.
16       A.     I don't think so.  No.
17       Q.     Do you recall what the back of
18  the Wal-Mart gift cards say?
19       A.     No, I do not recall.
20       Q.     So you call up 1-800-Wal-Mart
21  and you find out that the card never expires.
22  Do you ask any other questions about it?
23       A.     Not really.  Not that I recall,
24  no.
25       Q.     You don't ask if there are any

25

1   fees associated with it?
2        A.     I do not recall.
3        Q.     And you call Wal-Mart after this
4   whole issue arises with this litigation?
5        A.     Yes.
6        Q.     And when do you make that call
7   to Wal-Mart?
8        A.     I can't give you an exact date.
9        Q.     How about an estimate?
10       A.     Some time this year.  I really
11  don't know.
12       Q.     So you have the Wal-Mart gift
13  cards.  Now, you also mentioned there is a
14  number of other gift cards that you don't know
15  if you bought or your father bought, correct?
16       A.     Uh-huh.
17       Q.     Okay.  Tell me about those gift
18  cards.
19       A.     Like what?
20       Q.     I don't know what the number of
21  other gift cards you are talking about.
22       A.     You are talking about the
23  Commerce Bank gift card?
24       Q.     If that is what they are.  You
25  said there are about 12 other cards.

7 (Pages 22 to 25)

26

1    A.    That is what I was referring to,
2  Commerce Bank.
3    Q.    We have about 12 other Commerce
4  Bank cards.
5    A.    I don't know.  What it is, is
6  basically you would have to -- since this
7  matter is in litigation, I was hoping that,
8  you know, either defense counsel or counsel
9  would furnish what the gift cards were because
10  I didn't want to go into the details with TD
11  Bank directly, so basically there are, from my
12  understanding, more than a dozen cards
13  involved in this, and since this was such a
14  long period ago, it's kind of hard to remember
15  each denomination of them.  I mean, it's
16  probably hard to remember when you give
17  somebody a gift card and it's kind of
18  embarrassing to ask them, oh, did I give you a
19  gift card for this amount?  I mean, so I
20  didn't go through that step of basically doing
21  that type of due diligence, just to clarify.
22    Q.    You said just from your
23  understanding there are about 12 gift cards.
24  How did you gain your understanding that there
25  are 12 gift cards?

27

1    A.    From my father.  He has a good
2  memory.
3    Q.    What did he tell you?
4    A.    What I just told you.
5    Q.    That there's 12 gift cards?
6    A.    There's a number of gift cards
7  in that type of amount.  I'm not exactly sure
8  how many there are.
9    Q.    Do you know the denominations of
10  the gift cards?
11    A.    I don't recall, no.
12    Q.    And do you know who purchased
13  these gift cards?
14    A.    Like, as I said, it's probably
15  my father.  Could be me.  Basically how the TD
16  Bank or I should say Commerce Bank system
17  worked at the time is that profiles are
18  linked.  Our profiles were linked, so it's
19  intermingled in that type of sense.
20    Q.    Why did you purchase gift cards
21  from Commerce Bank?
22    A.    To give away.  To give to
23  friends basically.  It's more -- how can I
24  say?  Classy to give a gift card, I would
25  think, than to just give straight cash, so

28

1  that's why that idea came up.
2    Q.    Before you or your father goes
3  to Commerce Bank, did you investigate any
4  alternatives to those gift cards?
5    A.    As in?
6    Q.    Other gift cards.
7    A.    Not really.
8    Q.    What made you choose Commerce
9  Bank?
10    A.    That's a good question.  At the
11  time we had a good relationship with Commerce
12  Bank.  It was convenient to do so.  It was
13  open late.
14        MR. LALLI:  Did you mean -- I
15  want to clear it up.  That's all.  What made
16  you choose Commerce Bank to buy the gift cards
17  from or what made you choose Commerce Bank
18  to --
19    Q.    What made you choose Commerce
20  Bank for the gift cards?
21    A.    Well, I mean, like I said, at
22  the time it was convenient to do so because
23  their open late and it's easy to go to the
24  branch and just buy a card.
25    Q.    You said open weight?

29

1    A.    No.
2        MR. LALLI:  Open late.
3    A.    Sorry.
4    Q.    What branch did you buy these
5  at?
6    A.    I believe they were bought in
7  the Edison, New Jersey branch on Route 27.  I
8  don't know the exact address of it.  It's
9  basically a landmark on Route 27.  And like I
10  said, they could be bought at other locations.
11  That factors into the convenience aspect.
12  When you asked me what made you buy a TD Bank
13  gift card, that's basically the whole aspect
14  of it.  You can go to another branch and buy a
15  gift card if you have a TD Bank account number
16  or I should say Commerce Bank account number.
17    Q.    Do you know the period of time
18  when these gift cards were purchased?
19    A.    I believe, like, in 2007.
20    Q.    And do you have any idea,
21  sitting here today, who these gift cards were
22  given to?
23    A.    Like I mentioned before, I could
24  basically dig up the information, but I would
25  have to basically ask people if I give them a

8 (Pages 26 to 29)

30

1  gift card and I just didn't want to do so
2  because it's embarrassing to do so and for
3  both me to do to so and for them, so I didn't
4  go through that process of doing so yet, but I
5  mean, at trial I would be more than happy to
6  -- basically if that is a pressing issue, I
7  would be happy to basically dig through that.
8      Q.   Well, it is a pressing issue.
9  It is a class action, so why don't we try to
10  find out who you gave these gift cards to.  Is
11  there a list of people you usually give gift
12  cards to?
13     A.   No.
14     Q.   How would you go about
15  determining who received these gift cards?
16     A.   I would basically give them a
17  phone call.  I really don't know how I would
18  even venture to think about asking people if I
19  gave you a gift card or not.  Some people I
20  don't even talk to anymore.  Some people have
21  moved, like, to other parts of the country.
22  It's really hard to get in touch with people
23  like that.  It's such a long period ago.
24     Q.   Do you know if these people
25  spent the money on the gift cards?

31

1      A.   I have no idea.
2      Q.   Do you know if these people were
3  charged fees?
4      A.   Have no idea.  This is something
5  that basically Commerce Bank, TD Bank would
6  know this because it's handled by them.
7      Q.   How would Commerce Bank or TD
8  Bank know this if you don't know who you gave
9  them to?  How are Commerce Bank or TD Bank
10  supposed to know who you gave them to?
11     A.   Well, basically when you buy a
12  gift card, you have to have an account with
13  Commerce Bank.  You cannot buy the card
14  without an account.  So basically when you
15  purchase it, they log your account number and
16  under your account number they basically put
17  it on your profile that you bought this card,
18  so if those cards needed to be dug up, the
19  actual numbers in question, they could be dug
20  up.
21     Q.   How do you know that
22  information?
23     A.   I just know that information
24  because I tried to buy a gift card without
25  using my account number.  I just remembered

32

1  that detail.
2      Q.   You tried to buy a gift card
3  where?  At Commerce Bank?
4      A.   Yes.
5      Q.   When did you do that?
6      A.   I believe 2007.
7      Q.   Tell me about that.  You walk
8  into the store.  Take it from there.  Describe
9  what happens.
10     A.   They say you need an account and
11  basically I don't believe I even had an
12  account at that time over there that I had,
13  like, a memory of my account number, so I had
14  to basically go back home and just, you know,
15  I was really busy at the time, so I had to go
16  back home and just not buy the card that day.
17     Q.   Did you go back another day and
18  buy the card?
19     A.   I don't even remember, to be
20  honest with you.
21     Q.   But sitting here today, you have
22  no idea whether or not any of the cards, the
23  12 cards -- approximately 12 cards were
24  charged any fees, correct?
25     A.   Well, okay.  So were you given

33

1  the actual two cards that I have possession
2  of?
3      Q.   We are going to go into those in
4  a second.
5          MR. LALLI:  Does that question
6  include those two cards?
7      A.   Does that question include those
8  two cards?
9      Q.   It includes those two cards if
10  the 12 cards you are talking about includes
11  those two cards.
12     A.   I would say it would include
13  those two cards.
14     Q.   Sitting here today, do you have
15  any knowledge as to whether or not fees were
16  charged to any of the 12 cards?
17     A.   Of course I do.
18     Q.   What knowledge do you have?
19     A.   One of the cards was a $25 card.
20  It was charged -- the full card was depleted
21  by fees.
22     Q.   The full card was depleted by
23  fees?
24     A.   One hundred percent of the card
25  was depleted by fees.  There was another card

9 (Pages 30 to 33)

34

1  that I have possession of that was given to
2  me. Sixty percent of the value of the card is
3  depleted with fees.
4       Q.   Let's talk about the full card
5  that was depleted by fees. If it was a $25
6  card and it was a full card depleted by fees,
7  do you know where you got the card from?
8       A.   My father.
9       Q.   Do you know when he gave it to
10 you?
11      A.   The one --
12      Q.   Talking about the one fully
13 depleted by fees.
14      A.   I was given that for my
15 birthday.
16      Q.   In what year?
17      A.   2009.
18      Q.   In 10/19/09? That is when you
19 were given it, right?
20      A.   Yes.
21      Q.   And today it is May 19, 2010 and
22 you are telling me it's completely depleted by
23 fees, that card?
24      A.   Yes, that is what I was told by
25 the representative when I called the back of

35

1  the card, the number on the back of the card,
2  the toll free number and that's what I was
3  told.
4       Q.   So the one card is $25. Full
5  card was depleted by fees given to you in
6  October 19, 2009 and actually to the day,
7  seven months later, it is completely depleted
8  by fees. That's your testimony?
9       A.   It was depleted in October of
10 2009 when -- when I tried to use the card in
11 October 2009, the card was depleted at that
12 time.
13      Q.   Okay. So it was depleted at the
14 same time your father gave it to you on your
15 birthday?
16      A.   That's what I found out
17 basically.
18      Q.   Do you know when your father
19 purchased that card?
20      A.   I have no idea.
21      Q.   So before you even get to use
22 the card, there's no fees on it?
23      A.   Exactly.
24           MR. LALLI: Can you clear that
25 question up? You said there was no fees on

36

1  it.
2       Q.   There's no denomination left of
3  the $25, correct? That's what I meant.
4       A.   There was no money on the card
5  at all.
6       Q.   Now, let's move to there is a
7  card you said that 60 percent of the fees were
8  depleted.
9       A.   Right.
10      Q.   How do you know there is 60
11 percent of the fees are depleted on that card?
12      A.   Well, because after I called
13 regarding the first card I mentioned, I
14 checked about this card and I've noticed that
15 the fees were depleted on that one, too, and I
16 was assuming that I could use that card and
17 the fees basically were assessed on those
18 cards.
19      Q.   Okay. And the card that was 60
20 percent depleted, is that a $25 denomination
21 card?
22      A.   I believe so.
23      Q.   Who gave you that card?
24      A.   I believe my father.
25      Q.   And when did your father give

37

1  you that card?
2       A.   I don't even recall, to be
3  honest with you. That one it was a while ago.
4  It was in maybe -- I would have to basically
5  look into that one when it was given to me. I
6  really don't know when it was given to me.
7       Q.   How would you look into it?
8       A.   Maybe I would ask him. Maybe I
9  would press him on finding out how -- when do
10 you think -- when he would have given it to
11 me. Look back in the memories of that. I
12 don't know how.
13      Q.   Your father has a good memory
14 you testified to earlier.
15      A.   He is getting older now. I
16 don't know how great his memory is now, but he
17 has a great memory to -- some things he has a
18 good memory of, yes.
19      Q.   So you have knowledge that at
20 least two cards had fees charged and these are
21 two cards that were given to you by your
22 father, correct?
23      A.   Yes.
24      Q.   Did the card, when your father
25 gave it to you -- let's start with the fully

10 (Pages 34 to 37)

38

1  depleted card. Did that come in any type of
2  package?
3       A.   I don't remember.
4       Q.   Did it come with any terms and
5  conditions?
6       A.   I don't remember.
7       Q.   How about the card that was 60
8  percent depleted? Did that come in any type
9  of packaging?
10      A.   I don't remember.
11      Q.   And did it come with any terms
12 and conditions?
13      A.   I don't remember.
14      Q.   But the two cards that are here
15 are the two cards that you produced in
16 discovery?
17      A.   Yes. Exactly.
18      Q.   When your father gives you the
19 fully depleted card in October of 2009, do you
20 read the card?
21      A.   What do you mean by read?
22      Q.   Do you read the front and the
23 back of the card?
24      A.   I read -- I mean, there is
25 basically graphics on the card, so there is

39

1  not much to read. You take basically the
2  insignia of the card, the Visa logo, the debit
3  card on the back. It says gift card, so I
4  didn't really -- I don't know.
5       Q.   You don't recall reading it, do
6  you?
7       A.   What do you mean by that?
8       Q.   If there's -- you know what?
9  The best way to do this is to go through the
10 cards themselves.
11           (At which time, a photocopy of
12 gift card was marked Bulsara-1 for
13 identification.)
14      Q.   I'm going to show you what has
15 been marked as Bulsara-1 and I'll represent to
16 you that this is a photocopy that was produced
17 by your counsel as part of answers or requests
18 for production of documents, and earlier you
19 mentioned there were two cards in question.
20 Have you ever seen this document before?
21      A.   I have seen this document, but I
22 do not know which card you are referring to
23 because I didn't memorize the card number
24 itself, so yes.
25      Q.   That's fair. But it's one of

40

1  the two cards that you discussed that had
2  depleted funds, correct?
3       A.   If the number is the same, yes.
4       Q.   Do you have the cards on you
5  that have depleted funds on them?
6       A.   I do.
7       Q.   Can we just check to see if one
8  of those -- can we confirm?
9           MR. LALLI: I can represent that
10 this is the card -- this is a copy of one of
11 the cards that you gave me.
12      A.   Let me see where I would have
13 that.
14           (At which time, an
15 off-the-record discussion took place.)
16      Q.   Mr. Bulsara, now that you've
17 taken your card out of your wallet and you
18 compared it, Bulsara-1, is that one of the two
19 cards that you just testified to that had
20 depleted funds on it?
21      A.   Yes.
22      Q.   But you don't know whether it's
23 the one that was fully depleted or if it was
24 the one that was 60 percent depleted?
25      A.   I believe, to the best of my

41

1  knowledge, because I do not remember --
2  memorize the actual 16 digit number, I believe
3  that this is the one with the 100 percent
4  depleted -- 100 percent assessed fees.
5       Q.   Now, when we talked earlier you
6  said you don't know what I mean by did you
7  read the card. Can you look at Bulsara-1 and
8  Bulsara-1 has the front of the card and the
9  back of the card photocopied, correct?
10      A.   Yes.
11      Q.   We are going to look at the back
12 of the card. Would you agree with me that
13 there is writing on the back of the card?
14      A.   Yes.
15      Q.   Did you ever read that writing
16 at the time the card was given to you?
17      A.   At the time, no.
18      Q.   Have you ever read the back of
19 that card?
20      A.   Yes.
21      Q.   Does the back of that card
22 disclose that monthly service fees will be
23 charged to this card if they are not used
24 within a certain period of time?
25      A.   Yes.

11 (Pages 38 to 41)

42

1    Q.    And looking at it today, what is
2  your understanding of how much will be charged
3  to this card if it's not used during a certain
4  period of time?
5    A.    It says a monthly service fee of
6  $2.50 will be deducted from your balance
7  starting on the first day of the month
8  immediately following the 365th day after the
9  date your card was purchased, but the dilemma
10 in this situation is I do not know when this
11 card was purchased.
12   Q.    But in this situation it really
13 doesn't matter when the card was purchased
14 because at the time the card was given to you
15 by your father, the full amount of cash has
16 been depleted, correct?
17   A.    Yes, but can you repeat the
18 question one more time?
19        (At which time, the last
20 question was read back.)
21   A.    Well, it does matter.  I mean,
22 you know, when it was purchased, of course,
23 because if it was purchased -- if I had known
24 when it was purchased, then this -- the
25 verbiage would be very apparent to me, but if,

43

1  of course, if one were not to know when it was
2  purchased, it would be hard to know when those
3  fees would be assessed.
4    Q.    Assuming you knew it was
5  purchased on the day your father gave it to
6  you, what would you have done that would have
7  changed the situation you are in right now?
8    A.    I wouldn't -- I mean, it's kind
9  of hard to predict.  Maybe I would have used
10 the card right away.  Maybe I would have
11 waited.  I have no idea what I would have
12 done.
13   Q.    The card is given to you and it
14 has no money on it because the fees had been
15 depleted, correct?
16   A.    Right.  Sorry.  Repeat the
17 question.
18   Q.    The date your father gives you
19 the card on your birthday, it has no money on
20 it because all of the money has been eaten up
21 from fees, correct?
22   A.    Yes, but I did not know that.
23   Q.    Right.  But even if you knew the
24 issue date, it wouldn't have changed the fact
25 that at the time your father gave you the

44

1  card, there's no money on it, correct?
2    A.    What do you mean by wouldn't
3  make a difference?
4    Q.    It wouldn't make a difference to
5  your situation.
6    A.    What situation?
7    Q.    You have a card that has no
8  denomination on it that's been eaten up by
9  fees.
10   A.    Right.
11   Q.    And you said, yes, but I didn't
12 know the issue date.  It's of no consequence
13 to your situation because regardless of when
14 the issue date was, you still have a card with
15 no fees and you couldn't change that on the
16 date it was given to you.
17   A.    Of course it would have changed
18 things because if I had known when it was
19 purchased, then basically I would have -- I
20 could take and account these fees and I would
21 have acted accordingly and probably tried to
22 avoid these fees.
23   Q.    Okay.  According to your
24 deposition testimony you said on October 19th
25 the card had no more fees on it, correct?

45

1    A.    No, I didn't say no more fees.
2  I said there is no value on it.
3    Q.    No value on it.  Okay.
4    A.    And I found out after the fact
5  when I tried to use the card.
6    Q.    Right.  But the time your father
7  gave it to you, the fees are all incurred
8  while the card is in your father's possession,
9  correct?
10   A.    I believe so.
11   Q.    So no fees are incurred while
12 it's in your possession.  That is what I'm
13 trying to get at.
14   A.    I would say, yes.
15   Q.    Let's go to the second card.
16        (At which time, a photocopy of a
17 gift card was marked Bulsara-2 for
18 identification.)
19   Q.    Mr. Bulsara, I'm going to show
20 you what has been marked as Bulsara-2.  Can
21 you take a look at it?
22   A.    Yes.
23   Q.    Have you ever seen that before?
24   A.    Yes.
25   Q.    Is that a copy of the front and

12 (Pages 42 to 45)

46

1    back of one of the gift cards that you've
2    testified to?
3        A.    Yes.
4        Q.    And is it --
5        A.    Back up one second.  Let me
6    verify something.
7        Q.    Okay.
8        A.    Yes.
9        Q.    Is it your understanding that
10   this is the card Bulsara-2 that had 60 percent
11   -- approximately 60 percent --
12       A.    Approximately.  I didn't
13   calculate the exact arithmetic behind it.
14       Q.    Approximately 60 percent of the
15   value depleted?
16       A.    Yes.
17       Q.    On the back of this card it has
18   the same writing as the back of Bulsara-1,
19   correct?  Same disclosures?
20       A.    Yes.
21       Q.    And you never read the back of
22   Bulsara-2?
23       A.    No.  I did not after -- until
24   this incident happened regarding Bulsara-1.
25       Q.    Let's start with Bulsara-1.  You

47

1    get Bulsara-1 on your birthday.  What do you
2    do with the card?
3        A.    From what I recall, I held on to
4    the card for approximately a number of days,
5    like, basically a few days.  I don't know
6    exactly how many days, but then I went to CVS,
7    from what I recall, and I tried to use the
8    card there, and it came up as declined and it
9    was an embarrassing situation, so I mean, I
10   called up the back of the card, the number on
11   the back of the card, and I found out
12   basically it was assessed the whole -- the
13   fees were assessed on the card that depleted
14   the whole card's value.
15       Q.    Do you recall anything else from
16   the conversation when you call up the number
17   on the back of Bulsara-1?
18       A.    Yes.
19       Q.    Tell me exactly the sum and
20   substance of what happened.
21       A.    Okay.  Well, I talked to the
22   representative and, you know, it was a
23   pleasant conversation at first, but I just
24   wanted to somehow -- I was explaining my
25   plight where basically it was given to me on

48

1    my birthday.  I would like to get the fees
2    back.  Is there something I can do and, you
3    know, she said, no.  And basically so then I
4    had to talk to another representative and by
5    that time basically I was basically looking
6    into seeing what I can do regarding this gift
7    card to get the value back, and basically to
8    sum up, I was escalated to a supervisor, which
9    basically told me to, quote unquote, serve
10   process on Commerce, TD Bank.
11       Q.    That is the word they used?
12       A.    Yes, and they told me that they
13   are in -- Fort Lauderdale is card holder
14   services, yes.
15       Q.    That is what the supervisor told
16   you?
17       A.    Yes.
18       Q.    Did you take notes of this
19   conversation?
20       A.    Well, I asked for her ID number
21   and she told me that this conversation is
22   being basically -- she -- to basically sum it
23   up in candid and layman's, she basically dared
24   me to do something about it in a legal aspect.
25       Q.    Did you take notes of the

49

1    conversation?
2        A.    No, it didn't come to mind to
3    take notes of the conversation.
4        Q.    But this all happened within a
5    few days of your father giving you the card?
6        A.    Approximately.
7        Q.    Do you have any other
8    conversations with the customer service
9    representative or Commerce or TD Bank with
10   respect to Bulsara-1 after that first
11   conversation?
12       A.    Well, if it got to the stage
13   where it was escalated to someone in charge
14   and they told me to basically file a lawsuit,
15   there's not much I can do about it, so I
16   didn't call back.
17       Q.    So you have one phone call and
18   on this phone call --
19       A.    No, I did not have one phone
20   call.  It was -- there were multiple phone
21   calls involved in this.
22       Q.    Do all the phone calls occur on
23   the same day?
24       A.    I think so.
25       Q.    And --

13 (Pages 46 to 49)

50

1   A.   It could be a period of two
2 days. It could be a period of one day.
3   Q.   Fine. That's fair. And are you
4 calling -- you have the initial phone call.
5 You called the 1-800 number.
6   A.   No, sir, it's not a 1-800
7 number. It's a 1-866 number.
8   Q.   Okay.
9   A.   Toll free number.
10   Q.   You call a toll free number. Do
11 you continue to call or does someone from TD
12 or Commerce call you back?
13   A.   No. I never got a call back.
14   Q.   So you keep calling and speaking
15 to different people?
16   A.   When you mean keep calling, it
17 makes it seem like there are several calls.
18 There were not several calls. If I had to
19 estimate -- if I had to estimate, maybe there
20 were two or three calls done.
21   Q.   Two or three calls. And the
22 last call is a call with a supervisor. Is
23 that accurate?
24   A.   Yes.
25   Q.   And is that the call where the

51

1 supervisor, quote, dares you to take action?
2   A.   Yes. And I mean, just to
3 basically add something just to clarify with
4 you for all due respect basically, I mean, I
5 stipulated to her that basically it's not only
6 there is a legal dilemma in this. There is a
7 moral dilemma in this, so basically that's how
8 it got to that level, to an escalated level in
9 the first place.
10   Q.   Let's talk about the legal
11 dilemma. What is the legal dilemma?
12   A.   Basically I'm not a lawyer and I
13 can't really quote basically the statutes
14 involved with this, but there is a legal
15 dilemma here.
16   Q.   I'm trying to figure out what
17 the legal dilemma is in your terms. Please
18 tell me what you think a legal dilemma is.
19   A.   Basically, I mean, it's not very
20 apparent to an end user that these fees being
21 assessed the way these fees are being
22 assessed, how they are assessed to -- I mean,
23 I can't really -- I can't give it to you in
24 legal terms. Basically if I had to tell you
25 in common terms it wasn't right that the end

52

1 user has to suffer the fees when they have no
2 paperwork behind it. It's not explained
3 correctly. Basically that is the nature of
4 it. That's what basically what I ran through
5 with her because, I mean, obviously she wasn't
6 a lawyer, so it does not make sense to
7 basically speak in those type of terms, but
8 that's basically what the conversation was
9 about.
10   Q.   Okay. And the moral dilemma.
11 What is the moral dilemma?
12   A.   It was given to me on my
13 birthday. It's kind of like a tough thing to
14 go through. I really needed money at the
15 time, so I basically tried to use the card at
16 CVS.
17   Q.   But the disclosure on the back
18 of that card does disclose the $2.50 fee per
19 month, correct?
20   A.   It does not make it so clear
21 about the nature of how the fees would be
22 assessed.
23   Q.   How would you make it clear?
24   A.   Maybe I would --
25       MR. LALLI: I'm going to object,

53

1 but you can answer the question.
2   A.   I'm not prepared to answer in a
3 legal means right now. I would be happy to do
4 so at trial.
5       MR. LALLI: I don't think he is
6 asking you anything legal. He's asking you
7 personally how would you make it? Was that
8 what the question is? How would it be clear
9 for you?
10   Q.   Correct.
11   A.   Okay. Well, basically it would
12 be more clear if it was somehow stipulated
13 that this card was bought at this time and
14 maybe you would be assessed a fee after a
15 certain amount of time maybe, but it's kind of
16 hard to basically be on the spot and come up
17 with an answer for you like that in terms of
18 what can be a remedy to that.
19   Q.   I'm not asking for a remedy.
20 You said it was unclear.
21   A.   No. What I mean by remedy is
22 that it's kind of hard to be on the spot and
23 come up with some sort of terminology or
24 verbiage to explain to an end user what is
25 implied by this to them. It's kind of hard to

14 (Pages 50 to 53)

54

1  do so, so I can't really basically come up
2  with some kind of verbiage for you like that.
3      Q.   The back of Bulsara-1 says a
4  monthly service fee of $2.50 will be deducted
5  from your balance starting on the first day of
6  the month immediately following the 365th day
7  after the card was purchased; is that correct?
8      A.   When is the 365th day?
9      Q.   Is that correct?
10     A.   What was the question?
11     Q.   Does the back of card say a
12 monthly service fee of $2.50 will be deducted
13 from your balance starting on the first day of
14 the month immediately following the 365th day
15 after the date your card was purchased?
16     A.   It does say that.
17     Q.   And your father, when he
18 purchased the card, he knows the date, doesn't
19 he?
20     A.   I don't think so.  I don't know.
21 I really don't know.
22     Q.   You have no idea whether your
23 father can read a calendar.  Is that your
24 testimony?
25     A.   Is that an insult?

55

1      Q.   No, I'm asking a question.
2      A.   How could -- what does a
3  calendar have to do with this?  Where is there
4  a calendar on the card?
5      Q.   On the day your father walks in
6  and he purchases the card, he knows on that
7  day that a purchase occurred, doesn't he?
8      A.   When?
9      Q.   On the day he purchases the
10 card.
11         MR. LALLI:  I think you're
12 misunderstanding.  The question was, on the
13 day he purchased the card, he knows that's
14 what day -- he knows whatever day that is.  He
15 didn't ask you does your dad remember when he
16 purchased the card, right?
17     Q.   I'm just asking when your father
18 purchases the card, he knows the day that
19 transaction occurred?
20     A.   When the day he purchases it,
21 yes.
22     Q.   Did you have any conversations
23 with the bank with respect to Bulsara-2, the
24 card in Bulsara-2?
25     A.   What do you mean bank?  What do

56

1  you mean by bank?
2      Q.   Commerce Bank, the customer
3  service people.
4      A.   What do you mean by that?  Do
5  you mean the number on the back of this card?
6      Q.   Any people at the bank.
7      A.   Well, I would have to say that
8  with my prior testimony, the number on the
9  back of card is the same number that was also
10 -- basically that's the number that it would
11 start with.
12     Q.   But did you have separate -- we
13 talked about conversations with respect to
14 Bulsara-1.  There was about two or three.  Did
15 you have any separate conversations with
16 respect to Bulsara-2?
17     A.   I do not recall.  It was a while
18 ago.  I would have to basically -- I would
19 have to really think about it.  Basically look
20 through my records, my phone records.
21     Q.   Your phone records.  Are there
22 any other records that would show?
23     A.   I mean, I don't even know if I
24 would have my phone records because it was
25 such a while ago.  I don't even know how long

57

1  the phone carrier would keep those type of
2  records, but if I needed to do so and I was
3  available, I'm sure maybe I can dig up when
4  the phone calls were made and how long they
5  were.
6      Q.   But Mr. Bulsara, I'm not trying
7  to trick you here.  What I'm trying to say is,
8  did you talk about both Bulsara-1 and
9  Bulsara-2 during your conversations or were
10 there separate times?
11     A.   Okay.  That is a good question.
12 I don't think this card was mentioned.  I only
13 believe that this card was mentioned.
14         MR. LALLI:  When you say this
15 card, you pointed to Bulsara-1?
16         THE WITNESS:  Yes.  Sorry.
17     Q.   Excuse me.  For the record, let
18 me get this straight.  You make phone calls
19 with respect to Bulsara-1 to the customer
20 service?
21     A.   Yes.  Just to make it clear,
22 Bulsara-1 is the one given to me on my
23 birthday that was the -- that's when the call
24 originated.  That's the scope of this matter
25 with these phone calls.

15 (Pages 54 to 57)

58

1     Q.    You don't have any phone calls
2  with respect to Bulsara-2 that you know of?
3     A.    Not that I recall, no.
4     Q.    Thank you.  Did you ever talk to
5  your father about Bulsara-1?
6     A.    Oh, yes.
7     Q.    Tell me what you talked to your
8  father about.
9     A.    Well, I told him the card has no
10  value and he said, why not?  Why not?  Try to
11  basically talk to them about it and that's
12  what I tried to do.
13     Q.    Any other conversations?
14     A.    Such as?
15     Q.    About Bulsara-1.
16     A.    Like such as?
17     Q.    Any conversations.
18     A.    That's kind of a broad question.
19  Like, what do you mean by this card and
20  talking about this?
21     Q.    Have you ever talked to your
22  father about the card that was given to you on
23  your birthday that was fully depleted in
24  value?
25     A.    I did.  I talked to him about

59

1  this and I said that this card was depleted in
2  value.
3     Q.    And his response is?
4     A.    Well, he said he'll try to do
5  something about it.  There's -- so that's
6  basically the nature of the conversation.  I
7  mean, any conversation I had with my father is
8  kind of hard to recall during that time.  We
9  are talking about six or seven months ago
10  here.
11     Q.    Okay.
12     A.    So for me to give something oath
13  to say I had this and this conversation is
14  hard to do, so.
15     Q.    I want to know what you remember
16  today.  You don't have to guess.  You recall
17  having one conversation with your father where
18  he said this card has no more value, correct?
19     A.    Yes.
20     Q.    And he says, why don't you do
21  something about it, correct?
22     A.    No.  I think you are basically
23  misinterpreting what I mean by -- what he said
24  do something about it.  What I mean he said do
25  something about it, he meant try to basically

60

1  get the fees reversed in this case because --
2  and I would like to add to that notion because
3  there are a lot of other cards bought from
4  Commerce Bank, so basically what he meant by
5  do something about it is try to maybe get the
6  fees reversed and basically resolve this
7  matter amicable, which I tried to do
8  legitimately.
9     Q.    You have that conversation.  Do
10  you recall any other conversations with your
11  father about Bulsara-1?
12     A.    He knows that I'm in this
13  litigation.  He is my father.  He has a right
14  to know.
15     Q.    Okay.  Tell me about that
16  conversation with your father.
17     A.    What do you mean by that?  I
18  mean, he knows about Michael.
19     Q.    How does he know about Michael?
20     A.    I mean, he knows that I'm going
21  through this litigation.
22     Q.    Okay.  How does he know about
23  that?
24     A.    Because I told him.
25     Q.    Okay.  What do you say to your

61

1  father?
2     A.    I said, dad, I'm going to maybe
3  be a class representative in a class action
4  against TD Bank and the predecessor Commerce
5  Bank.
6     Q.    When do you tell him that?
7     A.    I would have to say in -- I
8  can't give you an exact date.
9     Q.    This year, 2010?
10     A.    Yes.
11     Q.    Within the last three weeks?
12     A.    I mean, we've had a few
13  conversations about this, so it's kind of hard
14  to basically pinpoint an exact date.
15     Q.    Let's talk about the
16  conversations that you've had.  You said a
17  few.  More than five or less than five?
18     A.    Oh, less than five.
19     Q.    Start with the first time you
20  talked to your father about this litigation.
21  What occurred during that conversation?
22     A.    What do you mean by that?
23     Q.    Tell me about that conversation
24  with your father the first time you talked
25  about this litigation.

16 (Pages 58 to 61)

62

1      A.     What do you mean by that,
2  though? I mean, what do you mean?
3      Q.     Where were you when you talked
4  to your father the first time?
5      A.     At home.  At the address that
6  was given to you.
7      Q.     Who was present?
8      A.     My father.
9      Q.     Who else?
10      A.     Nobody.
11      Q.     So it's you and your father.
12  What do you say to your father?
13      A.     What I've stated before.  That
14  basically I'm going to be a class
15  representative in a class action against --
16  possible class representative in a class
17  action against TD Bank and their predecessor,
18  Commerce Bank.
19      Q.     What is your father's response?
20      A.     Well, he was concerned obviously
21  because it adds a tension to me, but also, you
22  know, it is a moral issue and he said it's the
23  right thing to do, so I took his advice also
24  and it's my personal -- just for the record,
25  it's my own -- I feel the same way.  I totally

63

1  feel the same way.
2      Q.     Anything else you can remember
3  from that first conversation?
4      A.     What do you mean by that?
5      Q.     Is there anything else that you
6  haven't told me that you can remember sitting
7  here today that your father said to you?
8      A.     Like what?
9      Q.     Anything.
10      A.     Like, I mean, what do you mean
11  by that?  See, the thing is, we have
12  conversations.  We talk about like, oh, you
13  have nice sunglasses.  I mean, what do you
14  mean by that exactly, counsel?
15      Q.     You have a conversation with
16  your father.
17      A.     Right.
18      Q.     And you are talking about this
19  gift card litigation.
20      A.     Yes.
21      Q.     Is there anything else he says
22  to you with respect to this gift card
23  litigation during that first conversation?
24      A.     No.  I mean, he does not -- he
25  did not go into much detail about it because

64

1  he's not a lawyer.  So he does not know the
2  nature of the litigation.
3      Q.     Does he ask you what it's going
4  to cost you?
5      A.     No.
6      Q.     Does he ask you who your
7  attorney is?
8      A.     Yes.
9      Q.     So he does that during the first
10  conversation you have?
11      A.     Well, he asked because I
12  mentioned it.  I mentioned the firm Silverman
13  and Fodera.
14      Q.     Let's go back to what you said
15  you mentioned to him.  So far during the
16  first conversation what I think you said is,
17  one, dad, I'm going to be a class
18  representative, correct?
19      A.     Yes.
20      Q.     Two, I'm being represented by
21  Silverman and Fodera, correct?
22      A.     I would like to back up once
23  again.  I said possible class representative.
24      Q.     Possible.  Sure.
25      A.     Because I didn't know at that

65

1  time, but now I do.
2      Q.     Two, you said you are going to
3  be represented by the firm Silverman and
4  Fodera, correct?
5      A.     Yes.
6      Q.     What else do you tell your
7  father with respect to litigation during that
8  first conversation?
9      A.     I don't really recall.  I mean,
10  basically it's kind of hard to recall and be
11  put on the spot and basically detail that
12  whole kind of conversation basically, to be
13  quite honest with you.
14      Q.     So the answer is you don't
15  remember?
16      A.     What do you mean by that?
17      Q.     What you do you think I mean by
18  that?
19      A.     I really don't know what you
20  mean by that.  You are asking me about this
21  gift card what I talked to my father about.  I
22  mean, I've just told you basically what I
23  thought you would like to hear from me the
24  honest truth, but I think maybe you want to
25  hear something else.  I really don't know what

66

1  you want to hear.
2        Q.    What I'm trying to get at is I
3  do not want to show up at trial and have you
4  remember a bunch of things that you don't
5  remember today.  All I want you to do is tell
6  me what you remember speaking to your father
7  about and if the only thing you remember
8  speaking to your father about is I told him I
9  was represented by Silverman and Fodera and I
10  told him that I was going to be a --
11        A.    I did mention that there are a
12  dozen other cards involved.  This got
13  discovered because of my father, so that I
14  would like to add in that, but that was
15  already stated.  There's not much more I can
16  add to be put on the spot like that, to be
17  quite honest with you.  I think I made myself
18  perfectly clear on this one.
19        Q.    So you don't remember anything
20  else from that first conversation, correct?
21        A.    What do you mean like that?  I
22  mean, are you trying to say, like, what I was
23  wearing that day or what?
24        Q.    No.  The sum and substance of
25  what you talked to your father about.

67

1        A.    I think we mentioned the
2  weather.  It was raining or something.  I'm
3  not exactly sure.
4        Q.    The litigation.  Anything else
5  about the litigation?
6        A.    Not that I recall.
7        Q.    Your father.  Let's talk about
8  what he said just with respect to the
9  litigation.  We don't care about the weather.
10  We don't care about what you are wearing.
11        What does he say to you with respect to
12  the litigation during that first conversation?
13        A.    Well, like I said -- mentioned
14  before, he was concerned that that would add a
15  tension to me because I've already been
16  through a lot these last few years, so he was
17  concerned about me.  So, you know, basically
18  that is what it was.  That's the nature of the
19  conversations any father and son would have.
20        Q.    Does he ask you about the cost
21  of the litigation?
22        A.    No.
23        Q.    Did he ask you where you found
24  your attorney?
25        A.    I don't think so.

68

1        Q.    Does he ask you what the
2  litigation is about?
3        A.    Oh, yes.
4        Q.    Okay.
5        A.    He did ask that, obviously.
6        Q.    What did you tell him the
7  litigation is about?
8        A.    Well, it's about basically the
9  dormancy fees involved with the card were not
10  adequately advertised to the end user, and I
11  would like to say for the record, I am not an
12  attorney, so I don't know all the legal
13  aspects of the litigation to be totally
14  precise about it.  I'm just basically giving
15  it to you in layman's terms.
16        Q.    That is all I'm asking you to
17  do, Mr. Bulsara.  Does he ask you what is a
18  class representative?
19        A.    Oh, yes.
20        Q.    And what was your answer to him?
21        A.    Well, basically you represent a
22  class of members that basically are, quote
23  unquote, victims of the alleged litigation.
24        Q.    And who are the members that are
25  the victims --

69

1        A.    Anyone who has bought a gift
2  card that has been assessed dormancy fees.
3        Q.    Anyone who has bought the gift
4  cards are the members.  Is that what you are
5  saying?
6        A.    You just totally misread.
7  Anybody who has bought the gift card and has
8  been assessed dormancy fees.
9        Q.    Okay.  The members that you are
10  representing was anyone who has bought a gift
11  card and has been assessed dormancy fees?
12        A.    This is a legal aspect to be
13  discussed during discovery.  I exactly don't
14  know who would be a member.  It's kind of a
15  legal aspect to be asking who would be a
16  member of the class action, who would not.
17  I'm just assuming that if one were to be
18  assessed a dormancy fee, I assume that
19  basically there would be a member of the class
20  action and they would be -- have to be
21  notified that, hey, you've been assessed fees.
22  There is a class action here.
23        Q.    You and your father, are you
24  both members of the class?
25        MR. LALLI:  Objection.  You can

18 (Pages 66 to 69)

70

1   answer, if you know.
2      A.   No.
3      Q.   No.  Okay.
4      A.   What does that mean exactly in
5   legal speak?  What does this mean?
6      Q.   The members of the class that
7   you said were assessed dormancy fees, are you
8   representing your father in that litigation?
9      A.   Am I representing him?
10     Q.   As a class representative.
11     A.   I'm assuming I am, yes.
12     Q.   Let's talk about Bulsara-1.  All
13  right?  There's $25 in fees that are assessed
14  to this card, correct?
15     A.   Yes.
16     Q.   Let's assume for the purposes of
17  this hypothetical that you -- your complaint,
18  the allegations are correct and the bank did
19  not adequately disclose the fees.  Who does
20  that money go back to?
21     MR. LALLI:  Objection.  You can
22  answer the question.
23     THE WITNESS:  I would like to
24  defer if there is an objection.
25     MR. LALLI:  No.  No.  I'm

71

1   instructing you to answer the question, if you
2   can answer.
3      MR. STIO:  Could you read it
4   back?
5      (At which time, the last
6   question was read back.)
7      A.   The person -- it is a tricky
8   matter.  I would say basically the person that
9   bought the card or maybe the person who
10  received the card.  It's really a sticky
11  situation.  I really don't know.  I think the
12  valid point would be the person who bought the
13  card should be given a new card back and let
14  them figure out who they gave it to or maybe
15  do something about it and give it to -- let
16  them figure it out.  It's really a tough --
17  that's a really tough question.
18     Q.   Does your father have any
19  records relating to the transaction of
20  purchasing the cards?
21     A.   Not that I recall.
22     Q.   So we focused on that first
23  conversation that you had with your father.
24  You said there were a few others.  Let's talk
25  about the second time you talked to your

72

1   father about the litigation.  What do you say
2   to him?
3      A.   I really don't know.  When I
4   basically discussed what has been discussed, I
5   was basically being all inclusive of any and
6   all conversations about this, so basically if
7   you want -- when you try to break it down into
8   conversation one, conversation two or whatnot,
9   it's pretty tough to basically pinpoint what
10  has been said in this conversation and what
11  has been said in this conversation.  You get
12  my drift?
13     Q.   Got you.  So everything you've
14  discussed here that occurred is the sum and
15  substance of what happened with respect to
16  your conversations with your father, correct?
17     A.   Well, I mean, maybe there is
18  something I'm missing.  Maybe there is
19  basically something I'm forgetting because I
20  mean, a deposition I'm basically put on the
21  spot and being asked to present an answer
22  within a very short time frame.  I'm sure
23  maybe there is maybe something else discussed.
24  I really don't know.  I don't remember.  Maybe
25  I should talk to him again and maybe ask him.

73

1   It makes me wonder should I ask him what we've
2   talked about.  Maybe make notes of it.  I
3   really don't know.
4      Q.   But you don't have notes of
5   those conversations?
6      A.   No.  And no normal person would
7   take notes with their father about a
8   conversation, just to be quite candid.  Can we
9   take a water break, if you don't mine?
10     Q.   Absolutely.
11     (At which time, a short recess
12  was taken.)
13     (At which time, the last
14  question was read back.)
15     Q.   Mr. Bulsara, during this
16  deposition we started to talk about gift cards
17  that you've received or purchased and from my
18  notes we talked about gift cards for Wal-Mart,
19  that you received from Wal-Mart.
20  Approximately 12 gift cards from Commerce
21  Bank.  Two of which, at least two of which you
22  received.  The others we don't know who the
23  recipients are, who they were given to, but
24  your father had purchased them, correct?
25     A.   Correct.

19 (Pages 70 to 73)

74

1    Q.    Are there any other gift cards
2  that you --
3    A.    I would like to add to that
4  basically because as I had mentioned before,
5  the profiles vis-a-vis Commerce Bank at that
6  time profiles were linked, so basically if I
7  had purchased a card or he had purchased a
8  card -- let's just make this very simple here.
9  Okay?  So let's say I go to the branch and
10  basically a profile is linked.  They are just
11  going to basically pull up any old account
12  number you have on that profile if it's linked
13  and basically paste it on that.  Do you get
14  what I'm saying?  That is from my
15  understanding of it.
16    Q.    No.  I don't understand.
17    A.    You don't understand?
18    Q.    No.
19    A.    You asked if I had purchased a
20  card and I had told you before that I don't
21  recall exactly what I had done when I had done
22  it because it's kind of hard for me to
23  recollect that long ago, so what I was trying
24  to say is basically -- that's basically a
25  summation of what I'm trying to say.  You get

75

1  what I'm trying to say now?
2    Q.    Is your testimony that you don't
3  know if you are a purchaser of the Commerce
4  Bank card or a recipient of a Commerce Bank
5  card?
6    A.    That is what I am saying.  I
7  don't remember if I purchased myself a
8  Commerce gift card or not and I'm not in a
9  position to basically say, yes, I did or no,
10  I didn't, but what is apparent is that I have
11  these gift cards in my possession and I have
12  them right here, Bulsara-1 exhibit one
13  Bulsara-2.  These were given to me from my
14  father.
15    Q.    Correct.
16    A.    Just to be clear.
17    Q.    The other gift cards, other than
18  Bulsara-1 and Bulsara-2 that you are talking
19  about with respect to Commerce Bank.
20    A.    Right.
21    Q.    Your testimony is, you don't
22  know whether you purchased them or your father
23  purchased them?
24    A.    These?
25    Q.    No, sir.  The other ones, other

76

1  than Bulsara-1 and Bulsara-2.  You do not know
2  whether you purchased them or your father
3  purchased them, correct?
4    A.    Exactly.
5    Q.    Okay.  And it's your
6  understanding that the profiles are linked,
7  correct?
8    A.    It's to my understanding that
9  profiles are linked.
10    Q.    Do you and your father have a
11  joint account at Commerce Bank?
12    A.    Yes.  That is exactly what I was
13  trying to get at.
14    Q.    Now I understand.  Thank you.
15    A.    See what I'm saying?
16    Q.    Yes.
17    A.    And I know there's just maybe
18  one or two accounts like that.  They are
19  accounts that are closed, so it's really hard
20  for me to basically dig up that kind of
21  information without basically going too deep
22  into that and asking for all different kinds
23  of records.  You know what I'm saying?
24    Q.    Sitting here today, do you ever
25  remember walking into a Commerce Bank branch

77

1  or a TD Bank branch and you personally
2  purchasing a gift card?
3    A.    I do not remember.
4    Q.    Other than the Commerce Bank
5  gift cards and the Wal-Mart gift cards, have
6  you purchased any other gift cards?
7    A.    Can you basically be more
8  specific with that question?  In my whole
9  entire life?
10    Q.    Yes, sir.
11    A.    It's hard for me to recall, to
12  be quite honest with you.
13    Q.    In your whole entire life have
14  you ever received a gift card, other than the
15  Wal-Mart gift cards that we discussed and the
16  Commerce gift cards we discussed?
17    A.    I believe so.
18    Q.    What gift cards do you recall
19  receiving?
20    A.    Macy's gift card.
21    Q.    When did you receive that?
22    A.    I really don't know.
23    Q.    Who gave it to you?
24    A.    That also I really don't recall.
25    Q.    Do you know the denomination?

20 (Pages 74 to 77)

78

1     A.   I really don't recall.
2     Q.   Did you use the gift card?
3     A.   I believe so.
4     Q.   How soon did you use it after
5  you received it?
6     A.   I really don't know.
7     Q.   Did you read any writing on the
8  gift card, the Macy's gift card?
9     A.   No.
10     Q.   What type of packaging did the
11  Macy's gift card come in?
12     A.   It doesn't come in packaging.
13     Q.   Does it come in an envelope?
14     A.   No.
15     Q.   Is it attached to a piece of
16  cardboard?
17     A.   No.
18     Q.   Do terms and conditions
19  accompany the Macy's gift card?
20     A.   Not that I recall.
21     Q.   Was there a 1-800 or toll free
22  number on the Macy's gift card?
23     A.   Not that I recall.
24     Q.   Did you call any 1-800 or toll
25  free number with respect to the Macy's gift

79

1  card?
2     A.   No.
3     Q.   Did you incur any fees with
4  respect to the Macy's gift card?
5     A.   No, not that I recall.
6     Q.   When you got the Macy's gift
7  card, what were the factors that you thought
8  of when you received it?  Do you think I need
9  to spend this quickly?  Did you think I'll
10  save it for a rainy day?  What was your
11  thought process?
12     A.   My thought process was basically
13  save it for a rainy day or something like that
14  because basically, from my understanding, that
15  gift card does not expire.
16     Q.   And how do you know that that
17  gift card does not expire?
18     A.   Because there is no expiration
19  date on the card.
20     Q.   On the front of the card?
21     A.   I believe so.
22     Q.   When did you receive -- if I've
23  asked this already, I apologize.  When did you
24  receive the Macy's gift card?
25     A.   I don't recall.

80

1     Q.   Was it before or after you
2  received Commerce Bank gift cards Bulsara-1
3  and Bulsara-2?
4     A.   I would have to venture to say
5  before.
6     Q.   Any other gift cards besides
7  Macy's gift card?
8     A.   Not that I recall.  And just for
9  the record, I would like to stipulate that
10  it's kind of hard for somebody to recall gift
11  cards being given because of time frames being
12  involved.  The normal person, I mean, if it's
13  a question of two years ago or three years ago
14  or five years ago, it is kind of hard to
15  basically remember have you received a gift
16  card.  What you did with the gift card.  That
17  kind of thing, just for the record.
18     Q.   Do you recall seeing any
19  advertising for TD Bank or Commerce Bank gift
20  cards?
21     A.   In the branch.
22     Q.   You did.  Okay.
23     A.   They are banners.  It is
24  aggressively advertised in their branch, from
25  what I recall.

81

1     Q.   And this advertising is with
2  respect to gift cards?
3     A.   I believe so.
4     Q.   What do you recall about the
5  advertising?
6     A.   It's hard for me to remember,
7  point out literature on the banners.
8  Basically if I had to recall what it was, it's
9  basically gift cards at the most convenient
10  bank.  Something of that nature.
11     Q.   Anything else that you can
12  recall sitting here today?
13     A.   You know, when I look at
14  banners, the normal I spend maybe five seconds
15  looking at a banner, then I pass through, so I
16  don't really study a banner and basically
17  remember all the literature on the banner and
18  basically also I would like to put that on the
19  record.
20     Q.   Sure.  Why do you purchase gift
21  cards or why have you purchased gift cards?
22     A.   I had mentioned before because
23  basically it is more of -- I had felt or had
24  felt in the past that it is a more classy way
25  of giving a gift than giving straight cash to

21 (Pages 78 to 81)

82

1  somebody.  That's the best way to put it.
2      Q.    Okay.  How did you come about
3  retaining Silverman and Fodera as your
4  attorneys?
5      A.    It's a funny story, actually.  I
6  had read about you.  You had given basically
7  -- you had basically made a statement
8  regarding a matter regarding TD Bank, the TD
9  Bank litigation where basically I had stumbled
10 upon Silverman and Fodera.
11     Q.    But me, Anglo Stio, made a
12 statement?
13     A.    Angelo Stio.  A person by the
14 last name of Harvey.  A person by the last
15 name Goldberg.
16     Q.    And where did you see that
17 information?
18     A.    Www.Google.com.  If you search
19 for TD Bank gift card.
20     Q.    So when did you do that search?
21     A.    What do you mean?
22     Q.    You said you stumbled upon
23 Silverman and Fodera because you saw a
24 statement made by me.
25     A.    Not saying you.  It could be you

83

1  or --
2      Q.    The law firm of Pepper Hamilton.
3  Yes, sir.
4      A.    Yes.
5      Q.    When did you do that search and
6  discover that statement?
7      A.    I don't recall.
8      Q.    Did you look at any other
9  attorneys?
10     A.    Not that I recall.
11     Q.    After you see that statement, do
12 you then contact Silverman and Fodera?
13     A.    Yes.
14     Q.    Do you recall when that was?
15     A.    I don't remember the exact date.
16     Q.    Do you recall who you spoke to?
17     A.    I spoke to Michael Lalli.
18     Q.    Can you estimate when that first
19 conversation was?
20     A.    It's really hard for me to
21 estimate that.
22     Q.    So you can't break it down into
23 a month?
24     A.    I wasn't expecting that kind of
25 line of questioning.  If I had to basically

84

1  dig up that kind of information, I could later
2  on, but I mean, I came into a deposition.  I
3  didn't expect that kind of line of
4  questioning, when did you contact the law
5  firm?  How did you contact a law firm and all
6  that.
7          MR. LALLI:  Nick, Angelo is just
8  asking you questions to your memory.  If you
9  can answer them, you can answer them.
10     A.    Okay.  Basically from what I
11 recall it's shortly after this matter was --
12 when I was referred to being dared to file a
13 suit.  Very shortly after that incident I had
14 basically ventured into taking legal action
15 and that's when I had initially contacted
16 Silverman and Fodera.
17     Q.    And you spoke with Michael
18 Lalli?
19     A.    Yes.
20     Q.    Did you speak to any other law
21 firms, other than Silverman and Fodera?
22     A.    Not that I recall.
23     Q.    Have you ever spoken to Bradley
24 Mann?
25     A.    No.

85

1      Q.    Angelo Capizzi?
2      A.    No.
3      Q.    Margaret Munthali?
4      A.    No.
5      Q.    Fern Ruthberg?
6      A.    No.
7      Q.    Chawezi Mwantembe?
8      A.    No.
9      Q.    Sandra Elmoznino?
10     A.    No.  Just for the record, I've
11 never heard of these people in my entire life.
12     Q.    Other than your father, did you
13 talk to anyone else, and I don't want to know
14 about your conversations with your attorneys,
15 but anyone else about this litigation?
16     A.    No.  Oh, since you bring that
17 up, card holder services because they had
18 basically dared me to file a lawsuit.
19     Q.    Right.  But we discussed your
20 conversation with them.
21     A.    Yes.
22     Q.    But other than your father, card
23 holder services, anyone else that you spoke
24 to?
25     A.    No, not that I had.

22 (Pages 82 to 85)

86

1    Q.    Did you review any documents
2  with respect to this litigation?
3    A.    What do you mean by that?
4    Q.    Any legal documents?
5    A.    What do you mean by legal
6  documents?
7    Q.    Did you review the complaint?
8    A.    I did. I asked Michael to
9  forward it to me and I roughly read through
10  it.
11    Q.    Okay. And that was the first
12  amended complaint that was filed in this case?
13    A.    I don't know which filing.
14  There are multiple filings done on this. I
15  didn't venture to basically go through all
16  those because I have an attorney, so I didn't
17  want to go through all the filings and read
18  them verbatim, but I was forwarded something
19  by Michael, yes.
20    Q.    Okay.
21        (At which time, Plaintiff's
22  First Amended Class Action Complaint was
23  marked Bulsara-3 for identification.)
24    Q.    Mr. Bulsara, I'm going to show
25  you a document that's been marked Bulsara-3.

87

1  It is entitled Plaintiff's First Amended Class
2  Action Complaint. Have you ever seen this
3  document before?
4    A.    For the record, this is not a
5  page numbered document, but I'm going to
6  venture to say this is a 50 or 60 page
7  document. I cannot say that I've read through
8  this type of document or not.
9        MR. LALLI: The question was,
10  did you ever see it?
11        THE WITNESS: Would you give me
12  a minute to look through this?
13    Q.    Absolutely. Take as much time
14  as you need.
15    A.    When was this filed?
16        MR. LALLI: You are here to
17  answer questions. Not ask them.
18        THE WITNESS: It is hard for me
19  to gauge if I've seen this exact document, to
20  be perfectly honest with you.
21    Q.    Okay.
22    A.    It's really hard for me to
23  gauge.
24    Q.    Thank you. Mr. Bulsara, have
25  you ever posted any information on the web

88

1  with respect to this lawsuit?
2    A.    No.
3    Q.    Any e-mail -- e-mailed anyone
4  about this lawsuit?
5    A.    No.
6    Q.    Have you contacted any
7  government agencies about this lawsuit?
8    A.    Can you repeat the question?
9    Q.    Sure. Have you contacted any
10  government agencies about this lawsuit?
11    A.    No.
12    Q.    Did you authorize your attorney
13  to file a complaint on your behalf in this
14  case?
15    A.    Yes.
16    Q.    Can you take a look at what's
17  marked as Bulsara-3? I'm going to direct your
18  attention to paragraph five. Do you see that,
19  sir?
20    A.    Yes.
21    Q.    That lists a bunch of
22  allegations with respect to TD Bank. Let's
23  focus in on five small Roman numeral one. Did
24  that conduct affect you?
25        MR. LALLI: Before Nick answers

89

1  any questions about the complaint.
2    A.    I would have to read this.
3        MR. LALLI: Let me finish here.
4  Before he answers any questions about them, I
5  want to put on the record that was prepared by
6  his attorney. It is a class action complaint.
7  He can answer questions, factual questions
8  about it, but as to the legalities, it was
9  prepared by his attorneys.
10        MR. STIO: Sure.
11        MR. LALLI: I think the question
12  was, did five Roman numeral one help you?
13    Q.    Mr. Bulsara, we can make this
14  easier.
15    A.    We can.
16    Q.    Let me finish the question.
17  What conduct that TD Bank or Commerce Bank
18  engaged in affected you that you are
19  complaining about in this lawsuit?
20        MR. LALLI: I'm going to object,
21  but you can answer to the best of your
22  knowledge.
23    A.    I think I've answered this
24  question already in a previous line of
25  questioning. Would you like me to repeat?

23 (Pages 86 to 89)

90

1    Q.    That would be great.
2    A.    Basically I was given the gift
3 card on my birthday and I was not able to use
4 the gift card. It caused me duress. I had to
5 go through a lot of hassle to call up TD Bank
6 and go through this matter with them and I was
7 -- at the end of the whole thing I was still
8 not able to get a resolution of it for a
9 question in this case for exhibit Bulsara-1
10 $25, so basically in this one example fees
11 were assessed and the whole card was depleted,
12 and I was not able to use the card and it was
13 a birthday gift from my father.
14    Q.    Okay.
15    A.    That caused me a lot of stress.
16    Q.    Let's talk about the stress and
17 the duress that it caused you.
18    A.    Well, I mean, that is like a
19 legal aspect, isn't it?
20    Q.    Tell me about you used the word
21 stress. I didn't use it. So in your words,
22 what does stress mean?
23    A.    Well, when you are dared to file
24 a lawsuit by a bank, I mean, it kind of leaves
25 you no choice but to go and seek out a legal

91

1 means to do so and, I mean, I'm just assuming
2 that the representative told me to do so
3 because it was such a small amount. Maybe she
4 thinks, oh, I'll just throw it in the garbage,
5 forget about it. Well, there's probably tens
6 if not tens of thousands of people affected by
7 the same thing that I've gone through, and I
8 thought to myself, hey, it is a moral dilemma
9 here.
10    Q.    And that's the stress. The
11 lawsuit itself is what's causing you stress?
12    A.    Well, I mean, let's put it this
13 way. I've taken a lot of time out of my
14 personal time to focus my attention on this
15 matter and go through all of this. What
16 seemed to be like a simple thing turns into a
17 class action lawsuit, so basically the best
18 way to put it is, there is a proverb --
19 actually never mind. Basically the best way
20 to put it is it's caused me stress because I
21 have to go through all of this. I have to go
22 through this and I'm going to be named as a
23 plaintiff in this lawsuit and I think it's the
24 right thing to do.
25    Q.    My question to you is, the

92

1 lawsuit is causing you stress or TD Bank's
2 actions caused you to --
3    A.    TD Bank's actions caused me the
4 stress.
5    Q.    What specific actions engaged in
6 by TD Bank caused you stress?
7    A.    Well, TD Bank bought Commerce
8 Bank, just for the record, and the Commerce
9 Bank card I was not able to use, and it was
10 given to me on my birthday.
11    Q.    And the fact that you were not
12 able to use it is Commerce Bank's fault,
13 correct?
14    MR. LALLI: Objection.
15    A.    And also TD Bank.
16    Q.    Okay. And why is it their
17 fault?
18    MR. LALLI: Objection, but you
19 can answer.
20    A.    Because they bought Commerce
21 Bank.
22    Q.    Why was it Commerce Bank's
23 fault?
24    MR. LALLI: Same objection. You
25 can answer.

93

1    A.    They are one and the same,
2 aren't they? It was TD Bank acquired Commerce
3 Bank and basically I'm assuming the same
4 practice is still in place from when Commerce
5 Bank was present until when TD Bank was
6 present -- is present.
7    Q.    Mr. Bulsara, let's go to
8 paragraph five Roman numeral one. It says,
9 Defendants' systematic, deceptive course of
10 conduct and advertising constituting breach of
11 contract, unjust enrichment, and violations of
12 the CFA at N.J.S.A. 56:8-2, OCC guidelines,
13 regulations and/or bulletins, 15 U.S.C section
14 45(a)(1) and other applicable law, as detailed
15 herein, is evidenced by, amongst other things
16 the following and then there is a list of
17 approximately 18 different types of conduct
18 that the complaint alleges is systematic and
19 deceptive. I'm going to go through each of
20 these 18 to determine which one you think you
21 were the victim of.
22    A.    I would rather not because this
23 is putting me on the spot. I didn't even get
24 to look at this document. It was prepared by
25 my attorney. It is not fair to be put on the

94

1  spot and basically interrogated question by
2  question, line by line on this, just for the
3  record, and I have to be very firm on that.
4      Q.   So it is your testimony that you
5  are not going to respond to the allegations
6  that are in the complaint, correct?
7      A.   I would like to go through it
8  and basically give an intelligent answer to
9  all of these allegations.
10     Q.   Sure.  We can do this the easy
11 way and you can answer these questions or we
12 can call up the judge and the judge can make
13 the call.  How do you want to proceed?
14     A.   The judge call me for what?
15 They can give me a call if they'd like.
16          MR. LALLI:  Nick.
17          MR. STIO:  Off the record.
18          (At which time, an
19 off-the-record discussion took place.)
20     Q.   Mr. Bulsara, I gave you what is
21 marked as Bulsara-3.  I asked you questions
22 about paragraph five.  Is it your testimony
23 that you have not read paragraph five before?
24     A.   I may or may not have read this
25 and there are 18 line items here.  It's kind

95

1  of hard for me to do so in ten minutes.
2      Q.   Okay.
3      A.   If you'd like to give me more
4  time, I would really love to go through all
5  this and read it.
6      Q.   Don't you think that you should
7  have done that before you filed the complaint?
8      A.   No.
9          MR. LALLI:  I'm going to object.
10     Q.   What do you think your
11 obligations are as a class representative?
12     A.   My obligations are to represent
13 the class members and basically make sure that
14 the litigation goes in the best manner for the
15 members.
16     Q.   Okay.  How do you expect to
17 fulfill those obligations?
18     A.   Well, to try my best and
19 basically understand the legality behind it
20 and read through the whole document.  They are
21 basically, like, 60 or so pages.  I'm just
22 saying that it's going to take me a while to
23 read through all of this verbatim and fully
24 understand it.
25     Q.   Sitting here today you don't

96

1  fully understand the allegations of the
2  complaint; is that correct?
3          MR. LALLI:  Objection.  You can
4  answer the question.
5      A.   I do understand.  I mean, I
6  understand in macro terms in terms of,
7  basically, in microscopic terms.  It is kind
8  of unfair to ask me about that when I have an
9  attorney.  I mean, I haven't even had the
10 chance to basically dissect all this material
11 like this.
12     Q.   Are you a victim of false
13 advertising by TD Bank or Commerce Bank?
14          MR. LALLI:  Objection.  If you
15 know, you can answer.
16     A.   What is the definition of false
17 advertising?
18     Q.   I don't know.  There is a
19 definition in the complaint that you filed.
20          MR. LALLI:  We've already put on
21 the record that the pleading I was prepared by
22 Mr. Bulsara's attorneys.
23     Q.   Okay.
24     A.   Can you repeat the question?
25          (At which time, the last

97

1  question was read back.)
2      A.   I'm not a lawyer, but I'll have
3  to say, yes.
4      Q.   What false advertising?
5      A.   False advertising in the sense
6  that basically there's an active through date
7  on the front of the card so one would assume
8  that the card is valid until the active
9  through date were through on the card.
10     Q.   Any other advertising beside
11 that that you can recall?
12     A.   Basically there is, like I
13 mentioned, things in the branch.  The banners.
14     Q.   Sure.  What is false about the
15 banners?
16     A.   It doesn't stipulate that there
17 is fees in there.  On the banners from my
18 memory I mentioned that basically I only look
19 at banners for five or ten seconds at most.
20     Q.   Do you recall ever looking at
21 the banner and then going and purchasing a
22 gift card in a Commerce Bank branch?
23     A.   Not that I recall.
24     Q.   How about a TD Bank branch?
25     A.   Not that I recall.

25 (Pages 94 to 97)

98

1    Q.    And just for the record, all of
2  your purchases were at Commerce Bank branches,
3  correct?
4    A.    Not that I recall.  I really
5  don't know.  There was a period in time where
6  basically some Commerce Banks were being
7  converted to TD Bank.  It was a murky
8  situation where some were Commerce.  Some were
9  TD.  It was that kind of situation.
10    Q.    Are you complaining in this
11  lawsuit about replacement card fees?
12    A.    That's also unfair.  I mean,
13  basically people if they lose their card, they
14  have to basically pay out of the small money
15  they have for a replacement card.  I mean, I
16  would assume that it would be a gratus thing
17  to do.  It would be good PR for TD Bank or
18  Commerce Bank for them to be so gratus, but I
19  also feel that it's unfair.
20    Q.    But did you have to pay any
21  replacement card fees?
22    A.    No, not that I recall and if
23  they were given to somebody and they lost
24  their card and they had to replace it, I
25  really don't know.  That would have to be

99

1  discovered.
2    Q.    Are you complaining that they
3  didn't disclose the amount of monthly
4  maintenance fees that were going to be
5  assessed after a certain period of time on the
6  card?
7    A.    What do you mean by that?
8    Q.    Sure.  Are you saying --
9    A.    See.
10    Q.    Can I finish my question, sir?
11    A.    Go ahead.
12    Q.    Are you saying that TD Bank
13  didn't tell you or didn't disclose that $2.50
14  was going to be charged to the card as a
15  maintenance fee on the 365th day after the
16  card was issued?  Are you saying that?
17    A.    Well, in my prior testimony I
18  had mentioned that basically it is kind of
19  hard to assess when that 365th day is when one
20  does not know when it was purchased.
21    Q.    But are you saying that they
22  didn't tell you that the monthly fee -- what
23  the monthly fee was going to be?  Let's leave
24  aside the issue date because we got that
25  already.

100

1    A.    What do you mean by who told
2  you?
3    Q.    The disclosure.
4    A.    You are talking about on the
5  back of the card?  Are you talking about the
6  branch?  Are you talking about the customer
7  service rep?
8    Q.    Anyone that told you.
9    A.    It's written on the back of the
10  card.
11    Q.    You are not complaining that it
12  is not disclosed on the back of the card,
13  correct?
14    A.    It is written on the back of the
15  card.
16    Q.    Thank you.
17    A.    As far as customer rep savviness
18  and knowing that fee, I really don't know
19  because I cannot account for everybody's --
20  every customer representative's savviness in
21  that regard.
22    Q.    You know a lot about the
23  Commerce Bank system and the profile when you
24  purchase the card.  You talked about that.
25    A.    Do I?

101

1    Q.    I thought you did.
2    A.    I did mention it because, yes.
3    Q.    Do you get a receipt when you
4  purchase a gift card?
5    A.    Not that I recall, and to be
6  quite honest about it, I believe that like I
7  had mentioned before, if you have an account,
8  it's basically added to your profile on that
9  account.
10    Q.    Do you get a regular statement
11  from Commerce Bank?
12    A.    I've had an issue where
13  basically I don't get statements forwarded to
14  me.  I had an issue.  I made that vocal with
15  them that I don't get statements forwarded to
16  me.
17    Q.    But do you generally get
18  statements?
19    A.    Generally, yes.
20    Q.    If you purchase a gift card, is
21  the statement -- does the purchase of that
22  gift card show up on the statement?
23    A.    I would have to basically verify
24  that and look through that.  Look through the
25  statements.

26 (Pages 98 to 101)



102

1      Q.    But you don't know one way or
2  the other if they do or they don't?
3      A.    I mean, is what you are asking
4  me do I recall every single statement I've --
5      Q.    No, sir. I'm asking if your
6  statement, any statement that you have seen,
7  shown up that there was a gift card?
8      A.    I've seen a statement that has a
9  gift card on there. I have seen one, a
10  statement.
11      Q.    Have you ever called the toll
12  free number and asked about the issue date?
13      A.    The calls I mentioned were
14  basically what I've mentioned before. I'm not
15  going to -- I would prefer not to reiterate
16  that whole conversation. I can go through it
17  for five minutes and I would like to be polite
18  and not waste your time. You can just go
19  through the transcript.
20      Q.    Mr. Bulsara, when you purchased
21  the card and you called that toll free number,
22  do you have any reason to believe that they
23  don't tell you what the balance on that card
24  is?
25           MR. LALLI: Objection.

103

1      A.    Can you repeat the question?
2      Q.    Sure.
3           (At which time, the last
4  question was read back.)
5      A.    What does that mean?
6      Q.    I don't know. That's in your
7  complaint, Mr. Bulsara.
8      A.    What do you mean by -- I mean,
9  what do you mean by that? See, whatever you
10  say is not verbatimly written. I can
11  basically say that whatever you say is not --
12  your line of questioning is not going to be
13  written verbatim in this complaint, so just
14  let's just try to basically be more specific
15  on this. Like, what are you trying to ask me
16  exactly?
17      Q.    I'm trying to find out why you,
18  Mr. Bulsara, are suing Commerce Bank. There
19  is a lot of allegations in here that you don't
20  know whether they apply to you or not,
21  correct?
22      A.    I would venture to say that they
23  do apply to me, but basically without and for
24  the record, 18 line items I haven't gotten the
25  chance to go through each one and basically

104

1  say yes or no to them. It is kind of hard for
2  me to say that and, for the record, I mean,
3  like I've mentioned before, they are basically
4  -- there are other cards involved. I could
5  well be a victim of the allegations here.
6      Q.    But you don't know sitting here
7  today whether you are?
8      A.    I don't think a legitimate
9  person would know if they have that many cards
10  would this apply to them, would that not apply
11  to them unless they are an attorney.
12      Q.    Have you ever read any articles
13  about gift cards?
14      A.    What do you mean by that?
15      Q.    Have you ever read any articles
16  about gift cards?
17      A.    Articles where? Articles about
18  what?
19      Q.    What do you think I mean by that
20  question?
21      A.    I might have read in maybe high
22  school what a gift card is maybe or what is a
23  gift card. You take a home economic classes
24  in high school. That type of thing.
25      Q.    Sure. That is the only articles

105

1  that you've read about gift cards is in
2  articles and home economic class?
3      A.    I'm giving you an example. I am
4  not trying to say that as an all encompassing
5  statement saying that that is the only
6  statements I've read about gift cards. Yes, I
7  have read articles about gift cards,
8  especially after filing this suit I've read
9  things on-line.
10      Q.    Sure. What have you read?
11      A.    I've read things about gift
12  cards and these fees and other people being
13  affected by it, as well.
14      Q.    Do you recall any articles that
15  you read?
16      A.    I don't recall and I can't give
17  you exact websites or anything like that.
18      Q.    Have you ever read E Commerce
19  Times?
20      A.    Never. Not that I recall.
21      Q.    Have you ever read any articles
22  by the Federal Trade Commission?
23      A.    What do you mean by that?
24      Q.    Have you ever read any articles
25  by the Federal Trade Commission?

27 (Pages 102 to 105)

106

1     A.    Ever?
2     Q.    Yes.
3     A.    Yes.
4     Q.    What articles have you read with
5   respect to gift cards from the Federal Trade
6   Commission?
7     A.    I don't recall.
8     Q.    Have you ever read a report
9   entitled Little Known Gift Card Traps?
10     A.    I want to say, no, but I'm just
11   going to say I do not recall and I would like
12   to add to that I really do not recall because
13   I generally don't recall and I don't say
14   whether I read this or not.
15     Q.    Did any bank representative make
16   any representations to you about the fees
17   associated with gift cards?
18     A.    What do you mean by that?  What
19   you consider the toll free number on the back
20   of the card a bank representative?
21     Q.    Got those.  Anything else?
22     A.    I mentioned before I do not
23   recall, and on the record, I mean, are you
24   just trying to basically reaffirm the same
25   question two or three times because I just

107

1   want to be --
2           MR. LALLI:  It was a different
3   question.  Just answer the questions.  All
4   right?
5     Q.    Have you read any Commerce Bank
6   press releases?
7     A.    What do you mean by that?
8     Q.    Paragraph 63, 64, 65 of your
9   complaint you reference a bunch of different
10   press releases.  Have you read any press
11   releases from Commerce Bank?
12     A.    No.
13     Q.    What loss have you suffered as a
14   result of Commerce Bank's action?
15           MR. LALLI:  Objection.  You can
16   answer.
17     A.    Well, in parting I think I
18   mentioned this.  The whole card's value was
19   basically depleted because of fees.  So to
20   answer your question directly, I've suffered a
21   financial loss because I could not use the
22   gift card at all and basically the whole card
23   was depleted.  I'm also suffering loss because
24   of my time involved in this matter, but I
25   mean, I'm more than happy to be involved in

108

1   this matter and go to trial.  I think that
2   this needs to be done.
3     Q.    Do you have a retainer agreement
4   with your attorney?
5     A.    What does that mean?
6     Q.    Do you have any agreement that
7   shows the relationship between you and your
8   attorney?
9     A.    Yes.
10     Q.    I'm going to request a copy of
11   that agreement.
12     A.    Okay.  Should I send that?
13           MR. LALLI:  No.  I'll take care
14   of it.
15           (Request)
16     Q.    How is your counsel being paid
17   to represent you?
18     A.    Well --
19           MR. LALLI:  Objection.  If you
20   know the answer to that.
21     A.    Okay.  From my understanding if
22   there is a settlement or basically when this
23   goes to trial, the judge decides who gets -- I
24   mean, if the lawyers get a fee in the first
25   place and how much they are awarded.

109

1     Q.    So do you know whether the judge
2   is going to decide on an hourly basis, on a
3   flat fee or contingency fee?
4     A.    I have no idea what the judge is
5   thinking.  You can give him a call.
6     Q.    Is there anything outlined in
7   the retainer agreement?
8     A.    Not that I recall and basically
9   I think it has been made pretty clear that the
10   judge decides on these matters.
11     Q.    Other than Silverman and Fodera,
12   are you aware of any other attorneys that are
13   representing you?
14     A.    Leonard Fodera, Mike Lalli.  I
15   don't know anybody else.  There are other
16   members in the law firm, but, I mean, that's a
17   decision on their part.  Not mine.
18     Q.    What search did you undertake to
19   locate documents related to your gift cards?
20     A.    What do you mean by that?
21     Q.    Did you look to any document
22   related to the 12 gift cards you relate to
23   this document?
24     A.    Documents such as -- documents
25   such as which?  Basically, like, terms or

28 (Pages 106 to 109)

110

1  basically which --
2      Q.    Any documents related to the
3  gift cards.
4      A.    Well, I mean, after the fact I
5  tried to basically verify on-line I think to
6  see exactly if the card was depleted and I saw
7  that it was depleted.
8      Q.    Sure. Mr. Bulsara, after your
9  case is filed, did you then go look for
10 documents related to this case?
11         MR. LALLI: Or before?
12     Q.    Fair.
13     A.    I did. I did. I wanted to know
14 more about it.
15     Q.    What documents did you go look
16 for?
17     A.    I can't name a document and
18 basically the docket numbers and stuff like
19 that, but basically things I've mentioned
20 before. I've seen a statement your firm has
21 given. I've seen parts -- I've seen the
22 complaint. I have not ventured to read
23 through the whole thing. I've seen things
24 people have -- how people have written on-line
25 and how they are affected.

111

1      Q.    I'm talking about documents that
2  you have in your possession or your father's
3  possession because you have a joint account
4  that relate to the gift cards, those 12 gift
5  cards that you purchased.
6      A.    I'm sure. I mean, if I had to
7  dig up those kind of records and go through
8  statements, maybe I can do so, but I mean, it
9  may come up in discovery. It is going to be
10 basically this kind of stuff. It's going to
11 be in possession of TD Bank because they keep
12 these kind of records and, see, the thing if I
13 were to even go and -- and I'm just assuming
14 this. If I had to go and basically ask for
15 records.
16         MR. LALLI: Nick, let me
17 short-circuit this. We are not talking about
18 documents you would have to obtain from the
19 bank. We are talking about documents that you
20 or your father have in your possession. Is
21 that fair?
22     Q.    There are documents?
23     A.    Yes.
24     Q.    What documents are in your and
25 your father's possession?

112

1      A.    Old statements.
2      Q.    Okay. What else? Any receipts
3  when you purchased the gift cards?
4      A.    Not that I recall, no.
5      Q.    But you haven't looked to see if
6  there are, have you?
7      A.    I mean, I don't even think that
8  they are given. I really don't remember. I
9  really don't know.
10     Q.    Boxes or terms and conditions
11 that the gift cards come in. Have you looked
12 to see if those are in your house?
13     A.    I've not looked -- I mean, have
14 not gone through that kind of measure, no.
15     Q.    Do you keep a filing cabinet or
16 some sort of filing system for your bank
17 records?
18     A.    Filing system, no.
19     Q.    Where would you look for records
20 related to gift cards, these documents that
21 you have?
22     A.    I mean, I just keep a box and I
23 just basically shove stuff in there and
24 basically at some point during cleaning I will
25 maybe throw it away, so I maybe have some

113

1  things. I may not have some things.
2      Q.    But before today you haven't
3  looked for those documents, correct?
4      A.    Documents such as statements?
5      Q.    Documents related to your gift
6  cards.
7      A.    I did look through something. I
8  think I mentioned those things to you. I
9  mean, I basically mentioned that I tried to
10 look for old statements. I tried to --
11 basically tried to do my best and if I had to
12 spend more time, I could do so. If I had to
13 spend more time in preparing more documents,
14 maybe I can.
15     Q.    What documents does your father
16 have in his possession?
17     A.    I have no idea. I don't ask him
18 about his personal life.
19     Q.    Did you ever ask your father why
20 he waited so long to give you the gift card on
21 Bulsara-1?
22     A.    I don't recall asking him that.
23 Oh, wait. I think there may have been a time
24 where basically when we were discussing this,
25 I had mentioned that the active through date

29 (Pages 110 to 113)

114

1  is 10/09 and he said, oh, yes. I thought the
2  same thing and maybe that was his assumption
3  that basically that is maybe why he held on to
4  it. It's just a theory. I'm basically
5  hypothesizing. I really don't know. I can't
6  basically say why he held on to the cards for
7  that long.
8      Q.   Are you related by blood or
9  marriage to any member of the Silverman and
10  Fodera law firm?
11     A.   No.
12     Q.   Did you go to school with any
13  members of the Silverman and Fodera law firm?
14     A.   No.
15     Q.   Grow up in the same neighborhood
16  as any of them?
17     A.   No.
18     Q.   Any business relationships with
19  any of them?
20     A.   No.
21     Q.   Before you picked up the phone
22  and you talked to Mike Lalli, have you ever
23  had any prior conversations with Mike Lalli?
24     A.   Never.
25     Q.   About anything?

115

1      A.   Never.
2      Q.   What did you do to prepare for
3  this deposition?
4      A.   Well, I was told you are a nice
5  guy, so I mean, I was just going to answer you
6  candidly, so I tried my best to do so.
7  Michael told me you are such a nice guy.
8      Q.   Nick, I think I am. So other
9  than that, you didn't do any preparation for
10 this?
11     A.   Maybe you make me want to
12 prepare. You motivate me to prepare. I would
13 really like to prepare now.
14     Q.   But my question to you is,
15 before today, you didn't prepare, correct?
16     A.   I did prepare. I did prepare
17 some. I did prepare as much as -- I didn't
18 prepare as much as I would like. I wish I
19 could read through this 60-page document.
20     MR. LALLI:  Nick, let me stop
21 you.
22     MR. STIO:  Off the record,
23 please.
24     (At which time, an
25 off-the-record discussion took place.)

116

1          MR. LALLI:  The question is what
2  did you do to prepare for today's deposition?
3          MR. STIO:  Correct.
4          MR. LALLI:  Not what you didn't
5  do. What did you do?
6      A.   Off the record.
7      Q.   No. Go ahead. What did you do?
8          MR. LALLI:  Answer the question.
9  Outside of conversations with me, what did you
10 do to prepare?
11     A.   Okay. I tried to basically look
12 at to see if our -- a lot of other people
13 were affected. I did a Google search. I see
14 that there are people affected. I just came
15 here trying to give honest testimony as to
16 what happened to me as a real life end user of
17 the card. I didn't expect a line of
18 questioning as to the legal documents. I
19 wasn't expecting that. That's basically what
20 I did to prepare. Basically I brought the
21 cards and that's it. I made myself available
22 for today.
23     Q.   Mr. Bulsara, you talked about
24 stress and duress that this has caused you.
25 Did you go see a doctor for that?

117

1      A.   No.
2      Q.   Are you taking any medications
3  for that?
4      A.   No.
5      Q.   Would you ever buy a gift card
6  from either TD Bank or Commerce Bank?
7      A.   Probably not.
8      Q.   Do you have any intentions to do
9  so?
10     A.   No.
11     Q.   Why don't we take a five minute
12 break and then we can finish up.
13         (At which time, a short recess
14 was taken.)
15     Q.   Mr. Bulsara, the gift cards in
16 your circumstances, do you believe that the
17 purchase of the gift cards in your
18 circumstances are similar to the circumstances
19 of the other people who are members of the
20 class?
21     A.   You mean, the plaintiffs or
22 basically the people who purchased gift cards?
23     Q.   Well, what is the difference
24 between the plaintiff and the people who
25 purchased gift cards?

118

1    A.    I am assuming the people who
2  purchased gift cards have to be notified that
3  there is a class action lawsuit here.  Are you
4  saying that -- are you asking me do they know
5  about it?
6    Q.    No.  Are their circumstances the
7  same as your circumstances?
8    A.    I would assume so.  I mean, I
9  assume they are pretty similar.  They may have
10 been assessed the replacement card fee, as I
11 mentioned before.
12   Q.    Any other similarities?
13   A.    I'm sure they have been given
14 cards for their birthdays.  I'm sure for
15 Christmas.  I'm sure they have been given
16 cards for Valentine's day, even Thanksgiving.
17 Black Friday.  Who knows.
18   Q.    What influenced you to be a
19 class representative as opposed to just a
20 member of the class?
21   A.    Well, I mean, I'm just venturing
22 a guess maybe because I don't know.  10,000.
23 Maybe 100,000 people affected by it.  That's
24 not many people that stepped up I see, so I
25 think it's worth while to step up.  I think

119

1  most people just throw away the card.  Just
2  forget about it.  Oh, I've been assessed a
3  fee.  Throw it in the garbage.
4    Q.    But the class action is ongoing
5  and you decide because you could have been a
6  member of the class, but you decided to be a
7  representative.  I want to know why you wanted
8  to be a representative.
9    A.    I think my story fits a lot of
10 people who would be members of the class
11 because I think a lot of people do get gift
12 cards on their birthdays from father, their
13 mother, their friends and they would be $25
14 gift cards or $50 gift cards.  Who knows.  It
15 could be any denomination.  Could be very
16 similar.  I'm sure maybe they don't know about
17 the fees.  I'm sure they don't really know
18 about it and if they were to know, I don't
19 know.  I don't know what would happen.
20   Q.    Does your father generally
21 purchase gift cards and hold on to them for
22 long periods of time?
23   A.    I don't know.
24   Q.    Okay.
25   A.    I can't make that kind of

120

1  blanket assumption.
2    Q.    I have no further questions for
3  you.
4  EXAMINATION BY MR. LALLI:
5    Q.    I have a few questions to
6  follow-up to clear some stuff up.
7    A.    Okay.
8    Q.    First, and you may have already
9  testified to this, but you promised to
10 adequately and fairly protect the interests of
11 the class?
12   A.    Yes.
13   Q.    There was a line of questioning
14 about whether you felt you suffered loss.  Do
15 you remember that line of questioning?
16   A.    Yes.
17   Q.    Okay.  And your answers went to
18 the card on Bulsara-1.  Did you also suffer a
19 loss on the card that was identified as
20 Bulsara-2?
21   A.    Yes.
22   Q.    And did the same type of conduct
23 of the bank affect Bulsara-2 as it did in
24 Bulsara-1?
25   A.    Yes.

121

1    Q.    Those are all the questions I
2  have.
3  CONTINUED EXAMINATION BY MR. STIO:
4    Q.    I have follow-up.  How do you
5  intend to adequately and fairly represent the
6  class?
7    A.    I mean, I'm ready to go to
8  trial.  I'm ready to invest my time in it and
9  do due diligence in it.  I'm ready to
10 cooperate with defense counsel and the counsel
11 representing me.  I'm ready to basically look
12 into and read all the legal documents and I
13 will try to understand to the best of my
14 ability.  Basically, to do whatever it takes.
15 If it becomes, like, a public thing where,
16 hey, it pops in the Wall Street Journal.  It
17 pops on the CNBC.  It pops up here or there,
18 hey, it has to be done.
19   Q.    Are you a holder of a card or
20 are you a recipient of a card or are you both?
21   A.    What do you mean by that?
22   Q.    In the complaint --
23   A.    What do you define a holder of a
24 card as?
25   Q.    The way you define it in the

31 (Pages 118 to 121)

122

1  complaint that was filed on your behalf, sir.
2      A.   Can I ask my attorney what --
3      Q.   You can say I don't know.
4          MR. LALLI:  Answer the question
5  to the best of your knowledge and --
6          THE WITNESS:  Can you repeat the
7  question?
8          MR. LALLI:  Understanding that
9  the complaint was drafted by your counsel.
10         (At which time, the last
11  question was read back.)
12     A.   I'm a holder in the sense that I
13  have the card in my possession.  I am a
14  recipient that I was given the card.  That is
15  the best I can answer you on that.
16     Q.   What about a purchaser?
17     A.   I don't recollect.
18     Q.   How do you intend to adequately
19  and fairly represent the purchasers of the
20  card?
21     A.   What do you mean by that?
22     Q.   Purchasers that are referenced
23  in your complaint.
24     A.   Well, I mean, for one thing
25  maybe I can ask my dad, like, what does he

123

1  feel about it, his emotions and how his son
2  was not given his birthday present.  Maybe I
3  could -- I mean, this is something that
4  basically I think that can come up in trial.
5  I think so.
6      Q.   Okay.  I have no further
7  questions.  Thank you for your time.
8      A.   Okay.
9          (At which time, the deposition
10  of Nick Bulsara was concluded at 2:56 p.m.)

124

1          E R R A T A.
2  PAGE      LINE      CHANGE
3  _____     _____     _____
4  _____     _____     _____
5  _____     _____     _____
6  _____     _____     _____
7  _____     _____     _____
8  _____     _____     _____
9  _____     _____     _____
10  _____     _____     _____
11  _____     _____     _____
12  _____     _____     _____
13  _____     _____     _____
14  _____     _____     _____
15  _____     _____     _____
16  _____     _____     _____
17  _____     _____     _____
18  _____     _____     _____
19  _____     _____     _____
20  _____     _____     _____
21  _____     _____     _____
22  _____     _____     _____
23  _____     _____     _____
24  _____     _____     _____
25

125

1          ACKNOWLEDGMENT OF DEPONENT
2
3  I,_____, do hereby certify that I
4  have read the foregoing pages, and the same is
5  a correct transcription of the answers given
6  by me to the questions therein propounded,
7  except foe the corrections or changes in form
8  or substance, if any, noted in the attached
9  Errata Sheet.
10
11  _____
12  SIGNATURE           DATE
13
14  Subscribed and sworn to before me this
15  _____
16  day of _____, 2010.
17  My commission expires: _____
18
19  _____
20  Notary Public
21
22
23
24
25

126

```
 1        C E R T I F I C A T E
 2        I, CYNTHIA BAUERLE, a Notary
 3   Public and Certified Shorthand Reporter of the
 4   State of New Jersey, do hereby certify that
 5   prior to the commencement of the examination,
 6   NIKUNJ BULSARA was duly sworn by me to testify
 7   the truth, the whole truth and nothing but the
 8   truth.
 9        I DO FURTHER CERTIFY that the
10   foregoing is a true and accurate transcript of
11   testimony as taken stenographically by and
12   before me at the time, place and on the date
13   hereinbefore set forth, to the best of my
14   ability.
15        I DO FURTHER CERTIFY that I am
16   neither a relative nor employee nor attorney
17   nor counsel of any of the parties to this
18   action, and that I am neither a relative nor
19   employee of such attorney or counsel, and that
20   I am not financially interested in the action.
21   _____
22   CYNTHIA BAUERLE, CSR No. 30XI00198500
23   Expiration: June 30, 2010
24   Notary Public of the State of New Jersey
25   Notary expiration: June 5, 2011
```

Veritext/NJ Reporting Company

800-227-8440                                          973-410-4040

**A**

**ability** 121:14 126:14
**able** 90:3,8,12 92:9
  92:12
**Absolutely** 73:10
  87:13
**access** 13:19
**accompany** 78:19
**account** 29:15,16
  31:12,14,15,16,25
  32:10,12,13 44:20
  74:11 76:11 100:19
  101:7,9 111:3
**accounts** 76:18,19
**accurate** 12:19 50:23
  126:10
**accurately** 9:11
**ACKNOWLEDG...**
  125:1
**acquired** 93:2
**acted** 44:21
**action** 1:2 3:16 30:9
  51:1 61:3 62:15,17
  69:16,20,22 84:14
  86:22 87:2 89:6
  91:17 107:14 118:3
  119:4 126:18,20
**actions** 92:2,3,5
**active** 97:6,8 113:25
**actual** 31:19 33:1
  41:2
**add** 8:25 10:3 51:3
  60:2 66:14,16 67:14
  74:3 106:12
**added** 101:8
**address** 29:8 62:5
**adds** 62:21
**adequately** 68:10
  70:19 120:10 121:5
  122:18
**advance** 18:23
**advertised** 68:10
  80:24
**advertising** 80:19
  81:1,5 93:10 96:13
  96:17 97:4,5,10
**advice** 62:23

**Advocate** 19:1
**affect** 88:24 120:23
**afternoon** 4:4
**agencies** 88:7,10
**aggressively** 80:24
**ago** 10:9 26:14 30:23
  37:3 56:18,25 59:9
  74:23 80:13,13,14
**agree** 41:12
**agreement** 108:3,6
  108:11 109:7
**ahead** 99:11 116:7
**al** 1:4,7
**allegations** 70:18
  88:22 94:5,9 96:1
  103:19 104:5
**alleged** 68:23
**alleges** 93:18
**allow** 4:11,12
**allows** 13:9,12 14:5
**alternatives** 28:4
**amended** 3:15 86:12
  86:22 87:1
**amicable** 60:7
**amount** 26:19 27:7
  42:15 53:15 91:3
  99:3
**and/or** 93:13
**Angelo** 2:11 82:13
  84:7 85:1
**Anglo** 4:5 82:11
**answer** 4:24 5:7,16
  21:8 53:1,2,17
  65:14 68:20 70:1,22
  71:1,2 72:21 84:9,9
  87:17 89:7,21 92:19
  92:25 94:8,11 96:4
  96:15 107:3,16,20
  108:20 115:5 116:8
  122:4,15
**answered** 89:23
**answers** 39:17 88:25
  89:4 120:17 125:5
**anybody** 69:7 109:15
**anymore** 30:20
**apologize** 79:23
**apparent** 42:25 51:20
  75:10

**applicable** 93:14
**apply** 4:19 103:20,23
  104:10,10
**approximately** 10:20
  32:23 46:11,12,14
  47:4 49:6 73:20
  93:17
**arises** 25:4
**arithmetic** 46:13
**articles** 104:12,15,17
  104:17,25 105:2,7
  105:14,21,24 106:4
**aside** 99:24
**asked** 29:12 48:20
  64:11 72:21 74:19
  79:23 86:8 94:21
  102:12
**asking** 18:7 30:18
  53:6,6,19 55:1,17
  65:20 68:16 69:15
  76:22 84:8 102:3,5
  113:22 118:4
**aspect** 29:11,13
  48:24 69:12,15
  90:19
**aspects** 68:13
**assess** 99:19
**assessed** 36:17 41:4
  43:3 47:12,13 51:21
  51:22,22 52:22
  53:14 69:2,8,11,18
  69:21 70:7,13 90:11
  99:5 118:10 119:2
**associated** 25:1
  106:17
**association** 19:18
**assume** 5:16 69:18
  70:16 97:7 98:16
  118:8,9
**assuming** 36:16 43:4
  69:17 70:11 91:1
  93:3 111:13 118:1
**assumption** 114:2
  120:1
**attached** 78:15 125:8
**attention** 88:18 91:14
**attorney** 4:5 64:7
  67:24 68:12 86:16

  88:12 89:6 93:25
  96:9 104:11 108:4,8
  122:2 126:16,19
**attorneys** 82:4 83:9
  85:14 89:9 96:22
  109:12
**authorize** 88:12
**available** 57:3 116:21
**Avenue** 6:16 15:25
**avoid** 44:22
**awarded** 108:25
**aware** 109:12

**B**

**B** 3:10
**back** 24:8,17 32:14
  32:16,17 34:25 35:1
  37:11 38:23 39:3
  41:9,11,13,18,21
  42:20 46:1,5,17,18
  46:21 47:10,11,17
  48:2,7 49:16 50:12
  50:13 52:17 54:3,11
  56:5,9 64:14,22
  70:20 71:4,6,13
  73:14 97:1 100:5,9
  100:12,14 103:4
  106:19 122:11
**bad** 12:10
**balance** 42:6 54:5,13
  102:23
**bank** 1:7 4:8 20:13
  25:23 26:2,4,11
  27:16,16,21 28:3,9
  28:12,16,17,20
  29:12,15,16 31:5,5
  31:7,8,9,9,13 32:3
  48:10 49:9 55:23,25
  56:1,2,6 60:4 61:4,5
  62:17,18 70:18
  73:21 74:5 75:4,4
  75:19 76:11,25 77:1
  77:4 80:2,19,19
  81:10 82:8,9,19
  88:22 89:17,17 90:5
  90:24 92:6,7,8,9,15
  92:21 93:2,3,5,5
  96:13,13 97:22,24

98:2,7,17,18 99:12
100:23 101:11
103:18 106:15,20
107:5,11 111:11,19
112:16 117:6,6
120:23
**banking** 16:8
**bankruptcy** 12:10
**Banks** 98:6
**Bank's** 92:1,3,12,22
107:14
**banner** 81:15,16,17
97:21
**banners** 80:23 81:7
81:14 97:13,15,17
97:19
**basically** 6:20,23 7:8
7:20 8:4,8,11,12 9:3
9:7,7,15,21,22
10:12 11:5,6,10,13
11:17,20 12:3,5,8,8
12:9,10,21 13:4,5,8
13:16,21 14:5,7,13
14:15,17 15:2,15
16:24,25 17:1 18:7
20:1,17 21:8,12,18
21:19,21 23:16 26:6
26:11,20 27:15,23
29:9,13,24,25 30:6
30:7,16 31:5,11,14
31:16 32:11,14
35:17 36:17 37:4
38:25 39:1 44:19
47:5,12,25 48:3,5,5
48:7,9,22,22,23
49:14 51:3,4,5,7,12
51:13,19,24 52:3,4
52:7,8,15 53:11,16
54:1 56:10,18,19
58:11 59:6,22,25
60:4,6 61:14 62:14
65:10,11,12,22
67:17 68:8,14,21,22
69:19 71:8 72:4,5,6
72:9,19,20 74:4,6
74:10,11,13,24,24
75:9 76:20,21 77:7
79:12,14 80:15 81:8

81:9,16,18,23 82:6
82:7,9 83:25 84:10
84:14 85:18 86:15
90:2,10 91:17,19
93:3 94:1,8 95:13
95:19,21 96:7,10
97:6,12,18 98:6,13
98:14 99:18 101:8
101:13,23 102:14
103:11,14,23,25
104:3 106:24
107:19,22 108:22
109:8,25 110:1,5,18
110:19 111:10,14
112:23,24 113:9,11
113:24 114:3,4,6
116:11,19,20
117:22 121:11,14
123:4
**basis** 17:23 109:2
**BAUERLE** 1:11
126:2,22
**BBC** 18:16
**beat** 23:10
**behalf** 88:13 122:1
**believe** 29:6,19 32:6
32:11 36:22,24
40:25 41:2 45:10
57:13 77:17 78:3
79:21 81:3 101:6
102:22 117:16
**belong** 18:19
**best** 39:9 40:25 82:1
89:21 91:17,19
95:14,18 113:11
115:6 121:13 122:5
122:15 126:13
**biomechanical** 10:19
**Biomedical** 7:3
**birth** 15:22
**birthday** 34:15 35:15
43:19 47:1 48:1
52:13 57:23 58:23
90:3,13 92:10 123:2
**birthdays** 118:14
119:12
**Black** 118:17
**blanket** 120:1

**blogs** 17:16
**blood** 114:8
**born** 6:23
**Boston** 9:22
**bought** 20:4,13,18,19
20:22 21:12 25:15
25:15 29:6,10 31:17
53:13 60:3 69:1,3,7
69:10 71:9,12 92:7
92:20
**box** 22:22 112:22
**Boxes** 112:10
**boy** 19:11
**Bradley** 1:4 84:23
**branch** 28:24 29:4,7
29:14 74:9 76:25
77:1 80:21,24 97:13
97:22,24 100:6
**branches** 98:2
**breach** 93:10
**break** 5:4,6,7 20:21
21:15 72:7 73:9
83:22 117:12
**bring** 85:16
**broad** 58:18
**brought** 116:20
**Brunswick** 10:6
**bulletins** 93:13
**Bulsara** 1:7 2:8 3:5
4:1,4 6:11 8:22,24
40:16 45:19 57:6
68:17 73:15 86:24
87:24 89:13 93:7
94:20 102:20 103:7
103:18 110:8
116:23 117:15
123:10 126:6
**Bulsara's** 96:22
**Bulsara-1** 3:13 39:12
39:15 40:18 41:7,8
46:18,24,25 47:1,17
49:10 54:3 56:14
57:8,15,19,22 58:5
58:15 60:11 70:12
75:12,18 76:1 80:2
90:9 113:21 120:18
120:24
**Bulsara-2** 3:14 45:17

45:20 46:10,22
55:23,24 56:16 57:9
58:2 75:13,18 76:1
80:3 120:20,23
**Bulsara-3** 3:15 86:23
86:25 88:17 94:21
**bunch** 13:15 66:4
88:21 107:9
**business** 7:21 12:4
114:18
**business's** 7:22
**busy** 32:15
**buy** 21:1,5,9,19,21
23:13 28:16,24 29:4
29:12,14 31:11,13
31:24 32:2,16,18
117:5
**B-u-l-s-a-r-a** 8:25

---

### C

**C** 2:1 126:1,1
**cabinet** 112:15
**calculate** 46:13
**calendar** 54:23 55:3
55:4
**call** 24:6,20 25:3,6
30:17 47:16 49:16
49:17,18,20 50:4,10
50:11,12,13,22,22
50:25 57:23 78:24
90:5 94:12,13,14,15
109:5
**called** 9:8 12:22 13:1
13:13 14:12,18,20
19:21 24:4 34:25
36:12 47:10 50:5
102:11,21
**calling** 50:4,14,16
**calls** 49:21,22 50:17
50:18,20,21 57:4,18
57:25 58:1 102:13
**Cambridge** 9:4,6,11
9:20
**candid** 48:23 73:8
**candidly** 115:6
**Capizzi** 85:1
**card** 3:13,14 19:15
20:4,10,14 21:10,12

21:17,22 22:4,17,19
22:21,24 23:3,6,15
23:17,19 24:9,21
25:23 26:17,19
27:24 28:24 29:13
29:15 30:1,19 31:12
31:13,17,24 32:2,16
32:18 33:19,20,22
33:24,25 34:2,4,6,6
34:7,23 35:1,1,4,5
35:10,11,19,22 36:4
36:7,11,13,14,16,19
36:21,23 37:1,24
38:1,7,19,20,23,25
39:2,3,3,12,22,23
40:10,17 41:7,8,9
41:12,13,16,19,21
41:23 42:3,9,11,13
42:14 43:10,13,19
44:1,7,14,25 45:5,8
45:15,17 46:10,17
47:2,4,8,10,11,13
48:7,13 49:5 52:15
52:18 53:13 54:7,11
54:15,18 55:4,6,10
55:13,16,18,24 56:5
56:9 57:12,13,15
58:9,19,22 59:1,18
63:19,22 65:21 68:9
69:2,7,11 70:14
71:9,10,13,13 74:7
74:8,20 75:4,5,8
77:2,14,20 78:2,8,8
78:11,19,22 79:1,4
79:7,15,17,19,20,24
80:7,16,16 82:19
85:17,22 90:3,4,11
90:12 92:9 97:7,8,9
97:22 98:11,13,15
98:21,24 99:6,14,16
100:5,10,12,15,24
101:4,20,22 102:7,9
102:21,23 104:22
104:23 106:9,20
107:22,22 110:6
113:20 116:17
117:5 118:10 119:1
120:18,19 121:19

121:20,24 122:13
122:14,20
**cardboard** 22:21
78:16
**cards** 20:4,7,11,17,22
21:1,5 22:1,7 24:12
24:18 25:13,14,18
25:21,25 26:4,9,12
26:23,25 27:5,6,10
27:13,20 28:4,6,16
28:20 29:18,21
30:10,12,15,25
31:18 32:22,23,23
33:1,6,8,9,10,11,13
33:16,19 36:18
37:20,21 38:14,15
39:10,19 40:1,4,11
40:19 46:1 60:3
66:12 69:4 71:20
73:16,18,20 74:1
75:11,17 77:5,5,6
77:15,16,18 80:2,6
80:11,20 81:2,9,21
81:21 104:4,5,9,10
105:1,6,7,12 106:5
106:17 109:19,22
110:3 111:4,5 112:3
112:11,20 113:6
114:6 116:21
117:15,17,22,25
118:2,14,16 119:12
119:14,14,21
**card's** 47:14 107:18
**care** 67:9,10 108:13
**Carnegie** 2:12
**carrier** 57:1
**case** 4:9 20:3 60:1
86:12 88:14 90:9
110:9,10
**cash** 27:25 42:15
81:25
**cashier** 22:25 23:1
**caused** 90:4,15,17
91:20 92:2,3,6
116:24
**causing** 91:11 92:1
**Center** 2:12
**certain** 41:24 42:3

53:15 99:5
**certification** 9:14
**Certified** 1:11 126:3
**certify** 125:3 126:4,9
126:15
**CFA** 93:12
**chamber** 19:19
**chance** 96:10 103:25
**change** 44:15 124:2
**changed** 43:7,24
44:17
**changes** 125:7
**charge** 49:13
**charged** 31:3 32:24
33:16,20 37:20
41:23 42:2 99:14
**Chawezi** 85:7
**cheapest** 23:14
**check** 40:7
**checked** 24:1 36:14
**China** 8:12
**choice** 90:25
**choose** 28:8,16,17,19
**Christmas** 118:15
**circumstance** 12:6
**circumstances**
117:16,18,18 118:6
118:7
**Civil** 1:2
**clarify** 21:7 26:21
51:3
**class** 3:15 30:9 61:3,3
62:14,15,16,16
64:17,23 68:18,22
69:16,19,22,24 70:6
70:10 86:22 87:1
89:6 91:17 95:11,13
105:2 117:20 118:3
118:19,20 119:4,6
119:10 120:11
121:6
**classes** 10:5 104:23
**classy** 27:24 81:24
**cleaning** 112:24
**clear** 28:15 35:24
52:20,23 53:8,12
57:21 66:18 75:16
109:7 120:6

**clientele** 12:8
**closed** 76:19
**CNBC** 121:17
**college** 6:25
**come** 17:7 18:3 22:13
22:16,18 38:1,4,8
38:11 49:2 53:16,23
54:1 78:11,12,13
82:2 111:9 112:11
123:4
**commencement**
126:5
**commencing** 1:15
**commerce** 19:19
20:13 25:23 26:2,3
27:16,21 28:3,8,11
28:16,17,19 29:16
31:5,7,9,13 32:3
48:10 49:9 50:12
56:2 60:4 61:4
62:18 73:20 74:5
75:3,4,8,19 76:11
76:25 77:4,16 80:2
80:19 89:17 92:7,8
92:12,20,22 93:2,4
96:13 97:22 98:2,6
98:8,18 100:23
101:11 103:18
105:18 107:5,11,14
117:6
**commission** 105:22
105:25 106:6
125:17
**common** 13:22 14:18
51:25
**company** 12:13,22
15:4,5,12
**compared** 40:18
**complaining** 89:19
98:10 99:2 100:11
**complaint** 3:16 70:17
86:7,12,22 87:2
88:13 89:1,6 93:18
94:6 95:7 96:2,19
103:7,13 107:9
110:22 121:22
122:1,9,23
**completely** 34:22

35:7
**computer** 17:20
  18:14
**concerned** 62:20
  67:14,17
**concluded** 123:10
**conditions** 38:5,12
  78:18 112:10
**conduct** 88:24 89:17
  93:10,17 120:22
**confirm** 40:8
**conglomerate** 14:15
**consequence** 44:12
**consider** 106:19
**constituting** 93:10
**consultant** 12:21
  15:1
**consumer** 18:19,24
  19:1
**contact** 83:12 84:4,5
**contacted** 84:15 88:6
  88:9
**contingency** 109:3
**continue** 50:11
**CONTINUED** 3:8
  121:3
**contract** 93:11
**convenience** 29:11
**convenient** 28:12,22
  81:9
**conversation** 47:16
  47:23 48:19,21 49:1
  49:3,11 52:8 59:6,7
  59:13,17 60:9,16
  61:21,23 63:3,15,23
  64:10,16 65:8,12
  66:20 67:12 71:23
  72:8,8,10,11 73:8
  83:19 85:20 102:16
**conversations** 49:8
  55:22 56:13,15 57:9
  58:13,17 60:10
  61:13,16 63:12
  67:19 72:6,16 73:5
  85:14 114:23 116:9
**converted** 98:7
**cooperate** 121:10
**copy** 40:10 45:25

108:10
**Corporation** 7:23
**correct** 10:22 20:23
  20:24 23:15 25:15
  32:24 36:3 37:22
  40:2 41:9 42:16
  43:15,21 44:1,25
  45:9 46:19 52:19
  53:10 54:7,9 59:18
  59:21 64:18,21 65:4
  66:20 70:14,18
  72:16 73:24,25
  75:15 76:3,7 92:13
  94:6 96:2 98:3
  100:13 103:21
  113:3 115:15 116:3
  125:5
**corrections** 125:7
**correctly** 52:3
**cost** 64:4 67:20
**counsel** 26:8,8 39:17
  63:14 108:16
  121:10,10 122:9
  126:17,19
**country** 30:21
**course** 9:9,11,17
  33:17 42:22 43:1
  44:17 93:9
**courses** 9:18
**court** 1:1 4:12,17,25
**co-founded** 7:21
**co-founder** 8:9,19
**co-founders** 8:10
**credits** 7:8 10:21
**crisis** 12:7
**CRUTCHLOW** 1:13
**CSR** 126:22
**currency** 12:7
**customer** 49:8 56:2
  57:19 100:6,17,20
**CVS** 47:6 52:16
**CYNTHIA** 1:11
  126:2,22

**D**

**D** 3:2
**dad** 55:15 61:2 64:17
  122:25

**dared** 48:23 84:12
  85:18 90:23
**dares** 51:1
**date** 15:22 25:8 42:9
  43:18,24 44:12,14
  44:16 54:15,18 61:8
  61:14 79:19 83:15
  97:6,9 99:24 102:12
  113:25 125:12
  126:12
**day** 32:16,17 35:6
  42:7,8 43:5 49:23
  50:2 54:5,6,8,13,14
  55:5,7,9,13,14,14
  55:18,20 66:23
  79:10,13 99:15,19
  118:16 125:16
**days** 47:4,5,6 49:5
  50:2
**deal** 23:8,10
**deals** 20:3
**debit** 39:2
**deceptive** 93:9,19
**decide** 109:2 119:5
**decided** 119:6
**decides** 108:23
  109:10
**decision** 109:17
**declined** 47:8
**deducted** 42:6 54:4
  54:12
**deep** 76:21
**Defendant** 1:8 2:15
**Defendants** 93:9
**defense** 26:8 121:10
**defer** 70:24
**define** 121:23,25
**definition** 96:16,19
**degree** 7:2 10:22
**denomination** 26:15
  36:2,20 44:8 77:25
  119:15
**denominations** 22:11
  27:9
**depleted** 33:20,22,25
  34:3,5,6,13,22 35:5
  35:7,9,11,13 36:8
  36:11,15,20 38:1,8

38:19 40:2,5,20,23
  40:24 41:4 42:16
  43:15 46:15 47:13
  58:23 59:1 90:11
  107:19,23 110:6,7
**DEPONENT** 125:1
**deposition** 1:6,10 4:7
  4:10,12 6:5 44:24
  72:20 73:16 84:2
  115:3 116:2 123:9
**describe** 9:10 32:8
**DESCRIPTION** 3:12
**detail** 32:1 63:25
  65:11
**detailed** 93:14
**details** 10:16 26:10
**determine** 93:20
**determining** 30:15
**device** 13:14 14:12
**devices** 13:15
**difference** 44:3,4
  117:23
**different** 15:5,6
  50:15 76:22 93:17
  107:2,9
**dig** 29:24 30:7 57:3
  76:20 84:1 111:7
**digit** 41:2
**dilemma** 42:9 51:6,7
  51:11,11,15,17,18
  52:10,11 91:8
**diligence** 11:18,22
  26:21 121:9
**direct** 88:17
**directly** 26:11 107:20
**disclose** 41:22 52:18
  70:19 99:3,13
**disclosed** 100:12
**disclosure** 52:17
  100:3
**disclosures** 46:19
**discover** 83:6
**discovered** 66:13
  99:1
**discovery** 38:16
  69:13 111:9
**discussed** 40:1 69:13
  72:4,4,14,23 77:15

77:16 85:19
**discussing** 113:24
**discussion** 40:15
  94:19 115:25
**dissect** 96:10
**dissolved** 12:15
**DISTRICT** 1:1
**DLNA** 13:14 14:12
  14:12
**docket** 110:18
**doctor** 116:25
**document** 39:20,21
  86:25 87:3,5,7,8,19
  93:24 95:20 109:21
  109:23 110:17
  115:19
**documents** 39:18
  86:1,4,6 109:19,24
  109:24 110:2,10,15
  111:1,18,19,22,24
  112:20 113:3,4,5,13
  113:15 116:18
  121:12
**doing** 26:20 30:4
**dollar** 12:7
**dormancy** 68:9 69:2
  69:8,11,18 70:7
**double** 24:1
**dozen** 20:17 26:12
  66:12
**drafted** 122:9
**drift** 72:12
**due** 11:17,21 26:21
  51:4 121:9
**dug** 31:18,19
**duly** 4:1 126:6
**duress** 90:4,17
  116:24

**E**
**E** 2:1,1 3:2,10 14:13
  14:14 105:18 124:1
  126:1,1
**earlier** 21:3 37:14
  39:18 41:5
**easier** 89:14
**easy** 28:23 94:10
**eaten** 43:20 44:8

**economic** 10:5
  104:23 105:2
**Edison** 1:14 6:16
  29:7
**education** 10:18
**educational** 9:1 10:4
**either** 21:24 26:8
  117:6
**ELCHEN** 1:13
**Elmoznino** 85:9
**embarrassing** 26:18
  30:2 47:9
**emotions** 123:1
**employee** 126:16,19
**employment** 7:16
**encompassing** 105:4
**engaged** 89:18 92:5
**engineering** 7:3
  10:19
**enrichment** 93:11
**entire** 77:9,13 85:11
**entitled** 87:1 106:9
**envelope** 22:22 78:13
**episodes** 14:2
**Equipment** 8:4
**Errata** 125:9
**escalated** 48:8 49:13
  51:8
**especially** 105:8
**ESPN** 13:11
**ESQ** 2:4,11
**estimate** 25:9 50:19
  50:19 83:18,21
**et** 1:4,7
**Ethel** 1:14
**event** 18:12
**everybody's** 100:19
**evidenced** 93:15
**exact** 25:8 29:8 46:13
  61:8,14 83:15 87:19
  105:17
**exactly** 10:15 11:24
  15:6 21:4,11,15,25
  22:9 27:7 35:23
  38:17 47:6,19 63:14
  67:3 69:13 70:4
  74:21 76:4,12
  103:16 110:6

**examination** 3:6,7,8
  4:3 9:22 120:4
  121:3 126:5
**examined** 4:2
**example** 90:10 105:3
**Excuse** 57:17
**exhibit** 75:12 90:9
**existence** 12:14
**expect** 84:3 95:16
  116:17
**expected** 4:18
**expecting** 83:24
  116:19
**expiration** 79:18
  126:23,25
**expire** 79:15,17
**expires** 23:22,24 24:1
  24:21 125:17
**explain** 53:24
**explained** 52:2
**explaining** 47:24
**extended** 13:24
**E-d-i-s-o-n** 6:17
**e-mail** 88:3
**e-mailed** 88:3

**F**
**F** 126:1
**fact** 43:24 45:4 92:11
  110:4
**factor** 23:9
**factors** 29:11 79:7
**factual** 89:7
**fair** 5:8,17 39:25 50:3
  93:25 110:12
  111:21
**fairly** 120:10 121:5
  122:19
**false** 96:12,16 97:4,5
  97:14
**family** 8:16 16:12
**far** 10:14,17 64:15
  100:17
**father** 8:18,21 10:25
  20:16 25:15 27:1,15
  28:2 34:8 35:14,18
  36:24,25 37:13,22
  37:24 38:18 42:15

43:5,18,25 45:6
  49:5 54:17,23 55:5
  55:17 58:5,8,22
  59:7,17 60:11,13,16
  61:1,20,24 62:4,8
  62:11,12 63:7,16
  65:7,21 66:6,8,13
  66:25 67:7,19 69:23
  70:8 71:18,23 72:1
  72:16 73:7,24 75:14
  75:22 76:2,10 85:12
  85:22 90:13 111:20
  113:15,19 119:12
  119:20
**father's** 45:8 62:19
  111:2,25
**fault** 92:12,17,23
**Federal** 105:22,25
  106:5
**fee** 42:5 52:18 53:14
  54:4,12 69:18 99:15
  99:22,23 100:18
  108:24 109:3,3
  118:10 119:3
**feel** 62:25 63:1 98:19
  123:1
**fees** 25:1 31:3 32:24
  33:15,21,23,25 34:3
  34:5,6,13,23 35:5,8
  35:22,25 36:7,11,15
  36:17 37:20 41:4,22
  43:3,14,21 44:9,15
  44:20,22,25 45:1,7
  45:11 47:13 48:1
  51:20,21 52:1,21
  60:1,6 68:9 69:2,8
  69:11,21 70:7,13,19
  79:3 90:10 97:17
  98:11,21 99:4
  105:12 106:16
  107:19 119:17
**felt** 81:23,24 120:14
**Fern** 85:5
**figure** 51:16 71:14,16
**file** 49:14 84:12 85:18
  88:13 90:23
**filed** 86:12 87:15
  95:7 96:19 110:9

122:1
**filing** 6:4 12:10 86:13
  105:8 112:15,16,18
**filings** 86:14,17
**financial** 16:9 17:4
  107:21
**financially** 126:20
**find** 18:13 24:21
  30:10 103:17
**finding** 37:9
**fine** 5:24,25 6:9 10:17
  50:3
**finish** 7:5 89:3,16
  99:10 117:12
**firm** 14:15 64:12
  65:3 83:2 84:5,5
  94:3 109:16 110:20
  114:10,13
**firms** 84:21
**first** 3:15 4:1,15 7:18
  19:12 36:13 42:7
  47:23 49:10 51:9
  54:5,13 61:19,24
  62:4 63:3,23 64:9
  64:16 65:8 66:20
  67:12 71:22 83:18
  86:11,22 87:1
  108:24 120:8
**fits** 119:9
**five** 61:17,17,18
  80:14 81:14 88:18
  88:23 89:12 93:8
  94:22,23 97:19
  102:17 117:11
**flat** 109:3
**Flix** 13:10
**Floor** 2:5
**focus** 20:25 88:23
  91:14
**focused** 71:22
**Fodera** 2:3 64:13,21
  65:4 66:9 82:3,10
  82:23 83:12 84:16
  84:21 109:11,14
  114:10,13
**foe** 125:7
**following** 42:8 54:6
  54:14 93:16

**follows** 4:2
**follow-up** 120:6
  121:4
**foot** 13:19
**foregoing** 125:4
  126:10
**foreign** 9:15
**forget** 91:5 119:2
**forgetting** 72:19
**form** 125:7
**Fort** 48:13
**forth** 126:13
**forward** 86:9
**forwarded** 86:18
  101:13,15
**found** 35:16 45:4
  47:11 67:23
**founded** 10:24 11:12
**founders** 15:8
**frame** 9:24 72:22
**frames** 10:16 80:11
**free** 35:2 50:9,10
  78:21,25 102:12,21
  106:19
**Friday** 118:17
**friends** 27:23 119:13
**front** 38:22 41:8
  45:25 79:20 97:7
**fulfill** 95:17
**full** 33:20,22 34:4,6
  35:4 42:15
**fully** 34:12 37:25
  38:19 40:23 58:23
  95:23 96:1
**full-time** 7:13 10:20
**funds** 40:2,5,20
**funny** 82:5
**furnish** 26:9
**further** 120:2 123:6
  126:9,15

───────────────
**G**
**gain** 26:24
**games** 13:20
**garbage** 91:4 119:3
**gauge** 87:19,23
**Gem** 7:23,24 8:6 10:2
  10:24 11:8 12:18,18

**generally** 101:17,19
  106:13 119:20
**gestures** 4:25
**getting** 23:6 37:15
**gift** 3:13,14 20:3,4,6
  20:10,11,14,22 21:1
  21:5,10,12,17,22,25
  22:4,7,16,18,20,24
  23:2,6,15,17,19
  24:9,12,18 25:12,14
  25:17,21,23 26:9,17
  26:19,23,25 27:5,6
  27:10,13,20,24 28:4
  28:6,16,20 29:13,15
  29:18,21 30:1,10,11
  30:15,19,25 31:12
  31:24 32:2 39:3,12
  45:17 46:1 48:6
  63:19,22 65:21 69:1
  69:3,7,10 73:16,18
  73:20 74:1 75:8,11
  75:17 77:2,5,5,6,14
  77:15,16,18,20 78:2
  78:8,8,11,19,22,25
  79:4,6,15,17,24
  80:2,6,7,10,15,16
  80:19 81:2,9,20,21
  81:25 82:19 90:2,4
  90:13 97:22 101:4
  101:20,22 102:7,9
  104:13,16,22,23
  105:1,6,7,11 106:5
  106:9,17 107:22
  109:19,22 110:3
  111:4,4 112:3,11,20
  113:5,20 117:5,15
  117:17,22,25 118:2
  119:11,14,14,21
**give** 4:10 5:11 13:4
  15:7 18:10 21:10,22
  25:8 26:16,18 27:22
  27:22,24,25 29:25
  30:11,16 36:25
  51:23 59:12 61:8
  71:15 87:11 94:8,15
  95:3 105:16 109:5
  113:20 116:15
**given** 4:16 20:15,15

29:22 32:25 34:1,14
  34:19 35:5 37:5,6
  37:10,21 41:16
  42:14 43:13 44:16
  47:25 52:12 57:22
  58:22 62:6 71:13
  73:23 75:13 80:11
  82:6 90:2 92:10
  98:23 110:21 112:8
  118:13,15 122:14
  123:2 125:5
**gives** 22:24 23:2
  38:18 43:18
**giving** 21:9 49:5
  68:14 81:25,25
  105:3
**go** 4:12 6:25 9:20
  10:20 11:14 17:16
  18:5,8,14,15 26:10
  26:20 28:23 29:14
  30:4,14 32:14,15,17
  33:3 39:9 45:15
  52:14 63:25 64:14
  70:20 74:9 86:15,17
  90:5,6,25 91:15,21
  91:21 93:7,19 94:7
  95:4 99:11 102:16
  102:18 103:25
  108:1 110:9,15
  111:7,13,14 114:12
  116:7,25 121:7
**goes** 28:2 95:14
  108:23
**going** 5:6,21 7:12
  9:12 33:3 39:14
  41:11 45:19 52:25
  60:20 61:2 62:14
  64:3,17 65:2 66:10
  74:11 76:21 86:24
  87:5 88:17 89:20
  91:22 93:19 94:5
  95:9,22 97:21 99:4
  99:14,23 102:15
  103:12 106:11
  108:10 109:2 111:9
  111:10 115:5
**gold** 12:4,5
**Goldberg** 82:15

**good** 4:4 23:8 27:1
  28:10,11 37:13,18
  57:11 98:17
**Google** 116:13
**gotten** 103:24
**government** 88:7,10
**graduate** 7:4
**graphics** 38:25
**gratuity** 21:22
**gratus** 98:16,18
**great** 37:16,17 90:1
**group** 19:18
**Grow** 114:15
**guess** 20:3 59:16
  118:22
**guidelines** 93:12
**guy** 115:5,7

**H**

**H** 3:10
**Hamilton** 2:10 4:6
  83:2
**handed** 20:14
**handled** 31:6
**happen** 119:19
**happened** 12:12
  46:24 47:20 49:4
  72:15 116:16
**happens** 18:13 32:9
**happy** 30:5,7 53:3
  107:25
**hard** 18:3 26:14,16
  30:22 43:2,9 53:16
  53:22,25 59:8,14
  61:13 65:10 74:22
  76:19 77:11 80:10
  80:14 81:6 83:20
  87:18,22 95:1 99:19
  104:1
**Harvey** 82:14
**hassle** 90:5
**head** 18:4
**hear** 65:23,25 66:1
**heard** 85:11
**held** 47:3 114:3,6
**help** 89:12
**hereinbefore** 126:13
**hey** 69:21 91:8

121:16,18
**he'll** 59:4
**high** 13:19 104:21,24
**hold** 119:21
**holder** 48:13 85:17
  85:23 121:19,23
  122:12
**home** 13:20 15:20,24
  17:19 32:14,16 62:5
  104:23 105:2
**honest** 32:20 37:3
  65:13,24 66:17
  77:12 87:20 101:6
  116:15
**hoping** 26:7
**Hopkins** 7:1,7,13,19
  9:13 10:10,11,18
  16:7
**host** 14:16 15:5
**hour** 14:2,2
**hourly** 109:2
**house** 16:19,21
  112:12
**Hulu** 13:9,10,10
**Hulu.com** 14:1
**hundred** 33:24
**hypothesizing** 114:5
**hypothetical** 18:10
  70:17
**hypothetically** 13:25

**I**

**ID** 48:20
**idea** 14:17 28:1 29:20
  31:1,4 32:22 35:20
  43:11 54:22 109:4
  113:17
**identification** 39:13
  45:18 86:23
**identified** 120:19
**III** 2:11
**immediately** 42:8
  54:6,14
**implied** 53:25
**implies** 21:11
**inaccurate** 11:7
**incident** 46:24 84:13
**include** 33:6,7,12

**includes** 33:9,10
**inclusive** 72:5
**incorporate** 11:23
**incorporated** 11:13
  11:16 15:15 18:23
**incur** 79:3
**incurred** 45:7,11
**independent** 12:9
**Indian** 19:21
**individuals** 8:14,15
  11:1
**industry** 16:9
**influenced** 118:18
**information** 29:24
  31:22,23 76:21
  82:17 84:1 87:25
**initial** 50:4
**initially** 84:15
**insignia** 39:2
**instructing** 71:1
**instruction** 4:15,21
  4:23 5:2,10
**instructions** 4:11
**insult** 54:25
**intelligent** 5:11 94:8
**intend** 121:5 122:18
**intent** 23:13
**intentions** 117:8
**interest** 15:11
**interested** 126:20
**interests** 120:10
**interface** 13:16,17
**interfaces** 14:7
**intermingled** 27:19
**internet** 13:19
**interrogated** 94:1
**intravideo** 14:20
**invest** 121:8
**investigate** 28:3
**involved** 20:17 26:13
  49:21 51:14 66:12
  68:9 80:12 104:4
  107:24,25
**IP** 19:21
**issue** 25:4 30:6,8
  43:24 44:12,14
  62:22 99:24 101:12
  101:14 102:12

**issued** 99:16
**issues** 20:3
**items** 94:25 103:24

**J**

**Jersey** 1:1,14 2:13
  6:8,17 8:17 10:6
  15:17 29:7 126:4,24
**jewelers** 12:9
**jewelry** 12:4
**job** 1:25 7:18 12:20
**jobs** 5:11 15:5 16:6
**Johns** 7:1,6,13,19
  9:13 10:10,11,18
  16:7
**joint** 76:11 111:3
**Journal** 17:4 121:16
**judge** 94:12,12,14
  108:23 109:1,4,10
**jump** 23:11
**June** 126:23,25

**K**

**keep** 50:14,16 57:1
  111:11 112:15,22
**kind** 18:3 19:13
  23:10 26:14,17 43:8
  52:13 53:15,22,25
  54:2 58:18 59:8
  61:13 65:10,12
  69:14 74:22 76:20
  80:10,14,17 83:24
  84:1,3 90:24 94:25
  96:7 98:9 99:18
  104:1 111:7,10,12
  112:14 119:25
**kinds** 76:22
**knew** 43:4,23
**know** 5:5 6:2,8 10:15
  13:10 14:14 18:5,22
  21:11 22:11 23:23
  25:11,14,20 26:5,8
  27:9,12 29:8,17
  30:17,24 31:2,6,8,8
  31:10,21,23 32:14
  34:7,9 35:18 36:10
  37:6,12,16 39:4,8
  39:22 40:22 41:6

42:10,22 43:1,2,22
44:12 47:5,22 48:3
54:20,21 56:23,25
58:2 59:15 60:14,19
60:22 62:22 64:1,25
65:19,25 67:17
68:12 69:14 70:1
71:11 72:3,24 73:3
73:22 75:3,22 76:1
76:17,23 77:22,25
78:6 79:16 81:13
85:13 86:13 96:15
96:18 98:5,25 99:20
100:18,22 102:1
103:6,20 104:6,9
108:20 109:1,15
110:13 112:9 114:5
118:4,22 119:7,16
119:17,18,19,19,23
122:3
**knowing** 100:18
**knowledge** 33:15,18
37:19 41:1 89:22
122:5
**known** 42:23 44:18
106:9
**knows** 54:18 55:6,13
55:14,18 60:12,18
60:20 118:17
119:14

## L

**Lalli** 2:4 3:7 5:20 6:3
6:10 14:9 17:24
28:14 29:2 33:5
35:24 40:9 52:25
53:5 55:11 57:14
69:25 70:21,25
83:17 84:7,18 87:9
87:16 88:25 89:3,11
89:20 92:14,18,24
94:16 95:9 96:3,14
96:20 102:25 107:2
107:15 108:13,19
109:14 110:11
111:16 114:22,23
115:20 116:1,4,8
120:4 122:4,8

**landmark** 29:9
**language** 9:8,15,16
**late** 28:13,23 29:2
**Lauderdale** 48:13
**law** 4:17 83:2 84:4,5
84:20 93:14 109:16
114:10,13
**lawsuit** 49:14 85:18
88:1,4,7,10 89:19
90:24 91:11,17,23
92:1 98:11 118:3
**lawyer** 51:12 52:6
64:1 97:2
**lawyers** 108:24
**layman's** 13:5,7
48:23 68:15
**leave** 7:19 12:2,17
99:23
**leaves** 90:24
**Ledger** 16:25
**left** 36:2
**legal** 11:12 48:24
51:6,10,11,14,17,18
51:24 53:3,6 68:12
69:12,15 70:5 84:14
86:4,5 90:19,25
116:18 121:12
**legalities** 89:8
**legality** 95:19
**legitimate** 104:8
**legitimately** 60:8
**Leonard** 109:14
**let's** 13:24 18:9 19:12
20:21,25 21:2 34:4
36:6 37:25 45:15
46:25 51:10 61:15
64:14 67:7 70:12,16
71:24 74:8,9 88:22
90:16 91:12 93:7
99:23 103:14
**level** 51:8,8
**LG** 14:16
**life** 6:21,22 77:9,13
85:11 113:18
116:16
**line** 3:19 23:11 83:25
84:3 89:24 94:2,2
94:25 103:12,24

116:17 120:13,15
124:2
**linked** 27:18,18 74:6
74:10,12 76:6,9
**Lion's** 19:18
**list** 30:11 93:16
**lists** 88:21
**literature** 81:7,17
**litigation** 25:4 26:7
60:13,21 61:20,25
63:19,23 64:2 65:7
67:4,5,9,12,21 68:2
68:7,13,23 70:8
72:1 82:9 85:15
86:2 95:14
**Little** 106:9
**lived** 6:19
**LLP** 1:13 2:10
**local** 19:18
**locate** 109:19
**located** 15:14
**locations** 29:10
**log** 17:20 31:15
**logo** 39:2
**long** 6:18 8:6 19:23
26:14 30:23 56:25
57:4 74:23 113:20
114:7 119:22
**longer** 12:13
**look** 10:16 20:20 37:5
37:7,11 41:7,11
45:21 56:19 81:13
83:8 87:12 88:16
93:24 97:18 101:24
101:24 109:21
110:9,15 112:19
113:7,10 116:11
121:11
**looked** 112:5,11,13
113:3
**looking** 42:1 48:5
81:15 97:20
**loose** 15:3 22:17
**lose** 98:13
**loss** 107:13,21,23
120:14,19
**lost** 98:23
**lot** 11:17 23:10 60:3

67:16 90:5,15 91:13
100:22 103:19
116:12 119:9,11
**love** 95:4

## M

**macro** 96:6
**Macy's** 77:20 78:8,11
78:19,22,25 79:4,6
79:24 80:7
**magazine** 17:10
**magazines** 17:9,12
**maintenance** 99:4,15
**Mall** 12:22,24,25
14:22 15:9
**management** 9:8
**Mann** 1:4 4:7 84:24
**manner** 95:14
**Manufacture** 8:5
**manufacturing** 8:2
11:2,20 12:4
**Margaret** 85:3
**marked** 39:12,15
45:17,20 86:23,25
88:17 94:21
**Market** 2:5
**marriage** 114:9
**married** 16:4
**Massachusetts** 9:23
**material** 96:10
**matter** 4:7 23:25
26:7 42:13,21 57:24
60:7 71:8 82:8
84:11 90:6 91:15
107:24 108:1
**matters** 109:10
**McELROY** 1:13
**mean** 15:2 16:16
17:18 18:21,25
19:13,14 21:3 23:7
23:9 26:15,19 28:14
28:21 30:5 38:21,24
39:7 41:6 42:21
43:8 44:2 47:9
50:16 51:2,4,19,22
52:5 53:21 55:25
56:1,4,5,23 58:19
59:7,23,24 60:17,18

60:20 61:12,22 62:1
62:2,2 63:4,10,10
63:13,14,24 65:9,16
65:17,20,22 66:21
66:22 70:4,5 72:17
72:20 80:12 82:21
84:2 86:3,5 90:18
90:22,24 91:1,12
96:5,9 98:12,15
99:7 100:1 102:3
103:5,8,8,9 104:2
104:14,19 105:23
106:18,23 107:7,25
108:5,24 109:16,20
110:4 111:6,8 112:7
112:13,22 113:9
115:5 117:21 118:8
118:21 121:7,21
122:21,24 123:3
**means** 53:3 91:1
**meant** 36:3 59:25
60:4
**measure** 112:14
**media** 12:21,22,24,25
14:22,25 15:9
**medications** 117:2
**member** 16:11 19:3
19:23 69:14,16,19
114:9 118:20 119:6
**members** 8:16 68:22
68:24 69:4,9,24
70:6 95:13,15
109:16 114:13
117:19 119:10
**membership** 19:13
19:15,16,25
**memorialize** 4:13
**memories** 37:11
**memorize** 39:23 41:2
**memory** 27:2 32:13
37:13,16,17,18 84:8
97:18
**mention** 66:11 101:2
**mentioned** 16:7
21:20 25:13 29:23
36:13 39:19 57:12
57:13 64:12,12,15
67:1,13 74:4 81:22

97:13,18 99:18
101:7 102:13,14
104:3 106:22
107:18 110:19
113:8,9,25 118:11
**Michael** 2:4 60:18,19
83:17 84:17 86:8,19
115:7
**microscopic** 96:7
**Microsoft** 14:16
21:24
**middle** 5:8
**Mike** 109:14 114:22
114:23
**mind** 17:7 49:2 91:19
**mine** 73:9 109:17
**minute** 14:2 87:12
117:11
**minutes** 14:1 95:1
102:17
**misinterpreting**
59:23
**misread** 69:6
**missing** 72:18
**misunderstanding**
55:12
**MLB** 13:12
**money** 30:25 36:4
43:14,19,20 44:1
52:14 70:20 98:14
**month** 42:7 52:19
54:6,14 83:23
**monthly** 41:22 42:5
54:4,12 99:3,22,23
**months** 35:7 59:9
**moral** 51:7 52:10,11
62:22 91:8
**morning** 16:23
**mother** 119:13
**motivate** 115:12
**move** 36:6
**moved** 30:21
**movie** 13:25
**movies** 14:1,2
**multiple** 49:20 86:14
**Munthali** 85:3
**murky** 98:7
**Mwantembe** 85:7

**N**

**N** 2:1 3:2
**name** 4:5 7:22 8:13
82:14,15 110:17
**named** 4:8 91:22
**names** 8:13
**nature** 11:20 12:3
52:3,21 59:6 64:2
67:18 81:10
**need** 4:24 5:4 32:10
79:8 87:14
**needed** 31:18 52:14
57:2
**needs** 4:25 108:2
**neighborhood**
114:15
**neither** 126:16,18
**Net** 13:10 19:21
**Network** 19:21
**networking** 20:1
**never** 23:22,23 24:21
46:21 50:13 85:11
91:19 105:20
114:24 115:1
**new** 1:1,14 2:13 6:8
6:17,24 8:17 10:5,6
15:17 29:7 71:13
126:4,24
**news** 17:25 18:1,8,12
**newspaper** 16:18,20
**newspapers** 16:14,22
17:1
**NHL** 13:11
**nice** 63:13 115:4,7
**Nick** 84:7 88:25
94:16 111:16 115:8
115:20 123:10
**Nikunj** 1:7 2:8 3:5
4:1 126:6
**Nintendo** 13:17
**NJ258553** 1:25
**nonEnglish** 9:16
**nonverbal** 4:24
**normal** 73:6 80:12
81:14
**North** 4:8
**Notary** 1:12 125:20

126:2,24,25
**noted** 125:8
**notes** 48:18,25 49:3
73:2,4,7,18
**noticed** 36:14
**notified** 69:21 118:2
**notion** 60:2
**number** 10:25 24:5,8
25:14,20 27:6 29:15
29:16 31:15,16,25
32:13 35:1,2 39:23
40:3 41:2 47:4,10
47:16 48:20 50:5,7
50:7,9,10 56:5,8,9
56:10 74:12 78:22
78:25 102:12,21
106:19
**numbered** 87:5
**numbers** 31:19
110:18
**numeral** 88:23 89:12
93:8
**N.J.S.A** 93:12

**O**

**oath** 4:16 59:12
**object** 52:25 89:20
95:9
**objection** 69:25
70:21,24 92:14,18
92:24 96:3,14
102:25 107:15
108:19
**objections** 6:1
**obligations** 95:11,12
95:17
**obtain** 111:18
**obviously** 52:5 62:20
68:5
**OCC** 93:12
**occur** 49:22
**occurred** 55:7,19
61:21 72:14
**occurs** 4:13
**October** 35:6,9,11
38:19 44:24
**OEM** 8:2,3 11:1
13:15

**office** 15:18
**offices** 1:13
**officially** 11:15
**off-the-record** 40:15
  94:19 115:25
**oh** 19:20 26:18 58:6
  61:18 63:12 68:3,19
  85:16 91:4 113:23
  114:1 119:2
**okay** 5:9,23 7:6 8:16
  9:5 11:4,14 13:21
  18:11 21:14 25:17
  32:25 35:13 36:19
  44:23 45:3 46:7
  47:21 50:8 52:10
  53:11 57:11 59:11
  60:15,22,25 68:4
  69:9 70:3 74:9 76:5
  80:22 82:2 84:10
  86:11,20 87:21
  90:14 92:16 95:2,16
  96:23 108:12,21
  112:2 116:11
  119:24 120:7,17
  123:6,8
**old** 6:4 74:11 112:1
  113:10
**older** 37:15
**once** 16:17,17 64:22
**ones** 6:2 20:7,14,16
  75:25
**ongoing** 119:4
**on-line** 105:9 110:5
  110:24
**open** 28:13,23,25
  29:2
**operations** 12:19
**opposed** 118:19
**organization** 18:22
**organizations** 18:20
  19:4
**originated** 57:24
**outlined** 109:6
**outside** 23:11 116:9
**Outsource** 8:2
**overseas** 8:11 11:1
**ownership** 15:11

**P**

**P** 2:1,1,4
**package** 38:2
**packaging** 22:14 38:9
  78:10,12
**page** 3:4,12,19 17:19
  87:5,6 124:2
**pages** 95:21 125:4
**paid** 108:16
**paperwork** 52:2
**paragraph** 88:18
  93:8 94:22,23 107:8
**parents** 16:2
**part** 9:1 21:12 39:17
  109:17
**parties** 126:17
**parting** 107:17
**parts** 30:21 110:21
**pass** 81:15
**paste** 74:13
**pay** 98:14,20
**PC** 13:24 14:6,8,20
**penalty** 4:18
**Pennsylvania** 2:6 6:6
**people** 15:4 23:11,12
  29:25 30:11,18,19
  30:20,22,24 31:2
  50:15 56:3,6 85:11
  91:6 98:13 105:12
  110:24,24 116:12
  116:14 117:19,22
  117:24 118:1,23,24
  119:1,10,11
**Pepper** 2:10 4:6 83:2
**percent** 20:12 33:24
  34:2 36:7,11,20
  38:8 40:24 41:3,4
  46:10,11,14
**perfectly** 66:18 87:20
**period** 12:11 13:24
  17:2 26:14 29:17
  30:23 41:24 42:4
  50:1,2 98:5 99:5
**periods** 119:22
**perjury** 4:19
**person** 13:23 71:7,8,9
  71:12 73:6 80:12

82:13,14 104:9
**personal** 62:24 91:14
  113:18
**personally** 53:7 77:1
**Philadelphia** 2:6
**Phillips** 14:16
**phone** 30:17 49:17,18
  49:19,20,22 50:4
  56:20,21,24 57:1,4
  57:18,25 58:1
  114:21
**photocopied** 41:9
**photocopy** 3:13,14
  39:11,16 45:16
**picked** 114:21
**piece** 22:21 78:15
**pinpoint** 61:14 72:9
**place** 40:15 51:9 93:4
  94:19 108:25
  115:25 126:12
**Plainfield** 6:15 15:25
**plaintiff** 1:5 4:9
  91:23 117:24
**plaintiffs** 117:21
**Plaintiff's** 3:15 86:21
  87:1
**play** 13:1,3 14:9,19
**pleading** 96:21
**pleasant** 47:23
**please** 51:17 115:23
**plight** 47:25
**plug** 14:18
**point** 71:12 81:7
  112:24
**pointed** 57:15
**polite** 102:17
**pops** 17:20 121:16,17
  121:17
**position** 75:9
**possession** 33:1 34:1
  45:8,12 75:11 111:2
  111:3,11,20,25
  113:16 122:13
**possible** 62:16 64:23
  64:24
**Post** 17:5
**posted** 87:25
**PR** 98:17

**practice** 93:4
**precise** 68:14
**predecessor** 61:4
  62:17
**predict** 43:9
**prefer** 13:7 102:15
**preparation** 115:9
**prepare** 115:2,12,12
  115:13,15,16,16,17
  115:18 116:2,10,20
**prepared** 53:2 89:5,9
  93:24 96:21
**preparing** 113:13
**present** 62:7 72:21
  93:5,6,6 123:2
**preserving** 6:1
**press** 37:9 107:6,10
  107:10
**pressing** 30:6,8
**pretty** 72:9 109:9
  118:9
**previous** 89:24
**price** 23:14
**prices** 12:5
**primary** 20:2
**Princeton** 2:13
**prior** 56:8 99:17
  114:23 126:5
**probably** 26:16 27:14
  44:21 91:5 117:7
**proceed** 94:13
**process** 30:4 48:10
  79:11,12
**produced** 38:15
  39:16
**production** 39:18
**Professionals** 19:22
**profile** 31:17 74:10
  74:12 100:23 101:8
**profiles** 27:17,18
  74:5,6 76:6,9
**projects** 15:6
**promised** 120:9
**promotion** 21:9,13
  21:19,23
**pronouncing** 6:11
**propounded** 125:6
**protect** 120:10

**proverb** 91:18
**provides** 13:18,19
**PS3** 13:14
**public** 1:12 121:15
  125:20 126:3,24
**pull** 74:11
**purchase** 16:22 21:23
  22:5 23:5 27:20
  31:15 55:7 81:20
  100:24 101:4,20,21
  117:17 119:21
**purchased** 20:7,8,11
  27:12 29:18 35:19
  42:9,11,13,22,23,24
  43:2,5 44:19 54:7
  54:15,18 55:13,16
  73:17,24 74:7,7,19
  75:7,22,23 76:2,3
  77:6 81:21 99:20
  102:20 111:5 112:3
  117:22,25 118:2
**purchaser** 75:3
  122:16
**purchasers** 122:19
  122:22
**purchases** 55:6,9,18
  55:20 98:2
**purchasing** 71:20
  77:2 97:21
**purpose** 17:24 18:23
  23:6
**purposes** 70:16
**put** 31:16 65:11
  66:16 72:20 81:18
  82:1 89:5 91:12,18
  91:20 93:25 96:20
**putting** 93:23
**P-l-a-i-n-f-i-e-l-d**
  6:16
**P.C** 2:3
**p.m** 1:16 123:10

**Q**
**question** 5:7,8,13,16
  18:3,9 19:13 20:15
  28:10 31:19 33:5,7
  35:25 39:19 42:18
  42:20 43:17 53:1,8

54:10 55:1,12 57:11
58:18 70:22 71:1,6
71:17 73:14 77:8
80:13 87:9 88:8
89:11,16,24 90:9
91:25 94:1,2 96:4
96:24 97:1 99:10
103:1,4 104:20
106:25 107:3,20
115:14 116:1,8
122:4,7,11
**questioning** 83:25
  84:4 89:25 103:12
  116:18 120:13,15
**questions** 5:11 24:22
  84:8 87:17 89:1,4,7
  89:7 94:11,21 107:3
  120:2,5 121:1 123:7
  125:6
**quickly** 79:9
**quite** 65:13 66:17
  73:8 77:12 101:6
**quote** 48:9 51:1,13
  68:22

**R**
**R** 2:1 124:1,1 126:1
**raining** 67:2
**rainy** 79:10,13
**ran** 52:4
**read** 5:22 16:15,25
  17:3,12 38:20,21,22
  38:24 39:1 41:7,15
  41:18 42:20 46:21
  54:23 71:3,6 73:14
  78:7 82:6 86:9,17
  87:7 89:2 94:23,24
  95:5,20,23 97:1
  103:4 104:12,15,21
  105:1,6,7,8,10,11
  105:15,18,21,24
  106:4,8,14 107:5,10
  110:22 115:19
  121:12 122:11
  125:4
**reading** 5:25 39:5
**ready** 121:7,8,9,11
**reaffirm** 106:24

**real** 116:16
**really** 20:18 24:23
  25:10 28:7 30:17,22
  32:15 37:6 39:4
  42:12 51:13,23
  52:14 54:1,21 56:19
  65:9,19,25 71:10,11
  71:16,17 72:3,24
  73:3 76:19 77:22,24
  78:1,6 81:16 83:20
  87:22 95:4 98:4,25
  100:18 106:12
  112:8,9 114:5
  115:13 119:17
**reason** 102:22
**recall** 10:9 20:18
  24:10,17,19,23 25:2
  27:11 37:2 39:5
  47:3,7,15 56:17
  58:3 59:8,16 60:10
  65:9,10 67:6 71:21
  74:21 77:11,18,24
  78:1,20,23 79:5,25
  80:8,10,18,25 81:4
  81:8,12 83:7,10,14
  83:16 84:11,22
  97:11,20,23,25 98:4
  98:22 101:5 102:4
  105:14,16,20 106:7
  106:11,12,13,23
  109:8 112:4 113:22
**receipt** 101:3
**receipts** 112:2
**receive** 77:21 79:22
  79:24
**received** 30:15 71:10
  73:17,19,22 77:14
  78:5 79:8 80:2,15
**receiving** 77:19
**recess** 73:11 117:13
**recipient** 75:4 121:20
  122:14
**recipients** 73:23
**recollect** 74:23
  122:17
**record** 57:17 62:24
  68:11 80:9,17 81:19
  85:10 87:4 89:5

92:8 94:3,17 96:21
98:1 103:24 104:2
106:23 115:22
116:6
**records** 56:20,20,21
  56:22,24 57:2 71:19
  76:23 111:7,12,15
  112:17,19
**reference** 107:9
**referenced** 122:22
**referred** 84:12
**referring** 26:1 39:22
**regard** 100:21
**regarding** 36:13
  46:24 48:6 82:8,8
**regardless** 44:13
**regular** 101:10
**regularly** 16:14,16
  17:13,16,17,18
**regulations** 93:13
**reiterate** 102:15
**relate** 109:22 111:4
**related** 109:19,22
  110:2,10 112:20
  113:5 114:8
**relating** 71:19
**relationship** 28:11
  108:7
**relationships** 114:18
**relative** 126:16,18
**releases** 107:6,10,11
**remedy** 53:18,19,21
**remember** 26:14,16
  32:19 38:3,6,10,13
  41:1 55:15 59:15
  63:2,6 65:15 66:4,5
  66:6,7,19 72:24
  75:7 76:25 77:3
  80:15 81:6,17 83:15
  112:8 120:15
**remembered** 31:25
**rep** 100:7,17
**repeat** 42:17 43:16
  88:8 89:25 96:24
  103:1 122:6
**replace** 98:24
**replacement** 98:11
  98:15,21 118:10

**report** 106:8
**reporter** 1:12 4:13,25
  126:3
**represent** 39:15 40:9
  68:21 95:12 108:17
  121:5 122:19
**representations**
  106:16
**representative** 34:25
  47:22 48:4 49:9
  61:3 62:15,16 64:18
  64:23 68:18 70:10
  91:2 95:11 106:15
  106:20 118:19
  119:7,8
**representative's**
  100:20
**represented** 64:20
  65:3 66:9
**representing** 2:8,15
  69:10 70:8,9 109:13
  121:11
**request** 108:10,15
**requests** 3:18 39:17
**reside** 6:14
**resolution** 90:8
**resolve** 60:6
**respect** 49:10 51:4
  55:23 56:13,16
  57:19 58:2 63:22
  65:7 67:8,11 72:15
  75:19 78:25 79:4
  81:2 86:2 88:1,22
  106:5
**respond** 94:5
**response** 59:3 62:19
**result** 107:14
**retainer** 108:3 109:7
**retaining** 82:3
**reversed** 60:1,6
**review** 86:1,7
**right** 6:12 10:3,23
  11:3 12:1 14:4 17:8
  19:7 20:21 34:19
  36:9 43:7,10,16,23
  44:10 45:6 51:25
  53:3 55:16 60:13
  62:23 63:17 70:13

75:12,20 85:19
  91:24 107:4
**rights** 18:24 19:1
**Road** 1:14
**Roman** 88:23 89:12
  93:8
**roughly** 86:9
**Route** 29:7,9
**Royal** 7:23,24 8:6
  10:2,24 11:8 12:18
  12:18
**run** 21:24
**Rutgers** 10:5
**Ruthberg** 85:5

**S**

**S** 2:1 3:10
**Sandra** 85:9
**save** 79:10,13
**savviness** 100:17,20
**saw** 82:23 110:6
**saying** 11:11 69:5
  74:14 75:6 76:15,23
  82:25 95:22 99:8,12
  99:16,21 105:5
  118:4
**says** 39:3 42:5 54:3
  59:20 63:21 93:8
**school** 104:22,24
  114:12
**scope** 57:24
**scout** 19:11
**sealing** 6:4
**search** 82:18,20 83:5
  109:18 116:13
**Seattle** 15:16
**second** 4:23 33:4
  45:15 46:5 71:25
**seconds** 81:14 97:19
**section** 93:13
**see** 13:13 14:6 19:12
  21:2 40:7,12 63:11
  76:15 82:16 83:11
  87:10 88:18 99:9
  103:9 110:6 111:12
  112:5,12 116:12,13
  116:25 118:24
**seeing** 48:6 80:18

**seek** 90:25
**seen** 39:20,21 45:23
  87:2,19 102:6,8,9
  110:20,21,21,23
**self-taught** 9:21
**sell** 13:1
**send** 108:12
**sense** 27:19 52:6 97:5
  122:12
**separate** 56:12,15
  57:10
**series** 9:18
**serve** 48:9
**service** 41:22 42:5
  49:8 54:4,12 56:3
  57:20 100:7
**services** 16:9 48:14
  85:17,23
**sessions** 10:12
**set** 11:18,20 126:13
**settlement** 108:22
**seven** 35:7 59:9
**Sheet** 125:9
**short** 7:9 72:22 73:11
  117:13
**Shorthand** 1:12
  126:3
**shortly** 84:11,13
**short-circuit** 111:17
**shove** 112:23
**show** 39:14 45:19
  56:22 66:3 86:24
  101:22
**shown** 102:7
**shows** 108:7
**shy** 10:21
**sign** 5:22
**SIGNATURE** 125:12
**signing** 5:25 6:4
**Silverman** 2:3 64:12
  64:21 65:3 66:9
  82:3,10,23 83:12
  84:16,21 109:11
  114:9,13
**similar** 14:13 117:18
  118:9 119:16
**similarities** 118:12
**simple** 11:19,19 74:8

91:16
**single** 102:4
**sir** 50:6 75:25 77:10
  83:3 88:19 99:10
  102:5 122:1
**site** 18:8
**sitting** 29:21 32:21
  33:14 63:6 76:24
  81:12 95:25 104:6
**situation** 42:10,12
  43:7 44:5,6,13 47:9
  71:11 98:8,9
**six** 59:9
**Sixty** 34:2
**skyrocketed** 12:5
**small** 88:23 91:3
  98:14
**smoother** 4:12
**software** 13:1 14:7
**somebody** 26:17
  80:10 82:1 98:23
**son** 67:19 123:1
**Sony** 14:15
**soon** 78:4
**Sorry** 29:3 43:16
  57:16
**sort** 53:23 112:16
**source** 11:1
**speak** 52:7 70:5
  84:20
**speakers** 9:16
**speaking** 50:14 66:6
  66:8
**SPECIAL** 3:18
**specific** 77:8 92:5
  103:14
**speed** 11:12
**spell** 8:23
**spend** 79:9 81:14
  113:12,13
**spent** 30:25
**spoke** 83:16,17 84:17
  85:23
**spoken** 84:23
**spot** 53:16,22 65:11
  66:16 72:21 93:23
  94:1
**stage** 49:12

**stand** 8:3
**Star** 7:23,24 8:7 10:2
  10:24 11:9 12:18,18
  16:25
**start** 4:9 5:19 7:10
  11:21 37:25 46:25
  56:11 61:19
**started** 7:20 73:16
**starting** 42:7 54:5,13
**start-up** 15:3
**State** 126:4,24
**stated** 62:13 66:15
**statement** 82:7,12,24
  83:6,11 101:10,21
  101:22 102:4,6,6,8
  102:10 105:5
  110:20
**statements** 101:13,15
  101:18,25 105:6
  111:8 112:1 113:4
  113:10
**STATES** 1:1
**Station** 14:10
**statutes** 51:13
**stay** 11:25
**stenographically**
  126:11
**step** 26:20 118:25
**stepped** 118:24
**sticky** 71:10
**Stio** 2:11 3:6,8 4:3,5
  5:23 6:7 71:3 82:11
  82:13 89:10 94:17
  115:22 116:3 121:3
**stipulate** 80:9 97:16
**stipulated** 51:5 53:12
**stipulations** 5:21,24
**stop** 5:13 7:12 115:20
**store** 23:20 32:8
**story** 82:5 119:9
**straight** 27:25 57:18
  81:25
**streaming** 14:19,20
**Street** 2:5 17:4
  121:16
**stress** 90:15,16,21,22
  91:10,11,20 92:1,4
  92:6 116:24

**student** 10:19
**study** 81:16
**stuff** 110:18 111:10
  112:23 120:6
**stumbled** 82:9,22
**Subscribed** 125:14
**subscriptions** 16:18
  16:21 17:10
**substance** 47:20
  66:24 72:15 125:8
**suffer** 52:1 120:18
**suffered** 107:13,20
  120:14
**suffering** 107:23
**suing** 103:18
**suit** 84:13 105:8
**Suite** 2:12
**sum** 47:19 48:8,22
  66:24 72:14
**summation** 74:25
**summer** 10:12
**Sunday** 16:24
**sunglasses** 63:13
**supervisor** 48:8,15
  50:22 51:1
**supposed** 31:10
**sure** 20:12 21:4,25
  22:9 24:10 27:7
  57:3 64:24 67:3
  72:22 81:20 88:9
  89:10 94:10 95:13
  97:14 99:8 103:2
  104:25 105:10
  110:8 111:6 118:13
  118:14,15 119:16
  119:17
**suspended** 12:16,17
**suspends** 12:19
**sworn** 4:2 125:14
  126:6
**system** 27:16 100:23
  112:16,18
**systematic** 93:9,18

**T**

**T** 3:10 124:1 126:1,1
**take** 4:6 5:1,4,6,7
  7:15 15:6 32:8 39:1

44:20 45:21 48:18
  48:25 49:3 51:1
  73:7,9 87:13 88:16
  95:22 104:23
  108:13 117:11
**taken** 1:10 10:4
  40:17 73:12 91:13
  117:14 126:11
**takes** 121:14
**talk** 20:6 30:20 34:4
  48:4 51:10 57:8
  58:4,11 61:15 63:12
  67:7 70:12 71:24
  72:25 73:16 85:13
  90:16
**talked** 41:5 47:21
  56:13 58:7,21,25
  61:20,24 62:3 65:21
  66:25 71:25 73:2,18
  100:24 114:22
  116:23
**talking** 19:17 25:21
  25:22 33:10 34:12
  58:20 59:9 63:18
  75:18 100:4,5,6
  111:1,17,19
**TD** 1:7 4:8 20:13
  26:10 27:15 29:12
  29:15 31:5,7,9
  48:10 49:9 50:11
  61:4 62:17 77:1
  80:19 82:8,8,19
  88:22 89:17 90:5
  92:1,3,6,7,15 93:2,5
  96:13 97:24 98:7,9
  98:17 99:12 111:11
  117:6
**teach** 9:15
**technical** 13:5
**technically** 8:20
  21:11 23:7,8
**Technologies** 12:22
  12:24,25 14:23 15:9
**technology** 14:19
**tell** 4:16 5:13 23:1
  25:17 27:3 32:7
  47:19 51:18,24 58:7
  60:15 61:6,23 65:6

66:5 68:6 90:20
  99:13,22 102:23
**telling** 34:22
**ten** 15:4 95:1 97:19
**tens** 91:5,6
**tension** 62:21 67:15
**term** 15:3
**terminology** 53:23
**terms** 13:5,6,7 38:4
  38:11 51:17,24,25
  52:7 53:17 68:15
  78:18 96:6,6,7
  109:25 112:10
**testified** 4:2 37:14
  40:19 46:2 120:9
**testify** 4:18,19 126:6
**testimony** 35:8 44:24
  54:24 56:8 75:2,21
  94:4,22 99:17
  116:15 126:11
**Thailand** 8:12
**Thakor** 8:22
**Thank** 6:10,18 58:4
  76:14 87:24 100:16
  123:7
**Thanksgiving** 118:16
**theory** 114:4
**they'd** 94:15
**thing** 6:6 8:25 10:4
  19:12 20:1 52:13
  62:23 63:11 66:7
  80:17 90:7 91:7,16
  91:24 98:16 104:24
  110:23 111:12
  114:2 121:15
  122:24
**things** 13:9,10 37:17
  44:18 66:4 93:15
  97:13 105:9,11
  110:19,23 113:1,1,8
**think** 18:18 19:9,12
  19:20 21:20 24:16
  27:25 30:18 37:10
  49:24 51:18 53:5
  54:20 55:11 56:19
  57:12 59:22 64:16
  65:17,24 66:17 67:1
  67:25 71:11 79:8,9

89:11,23 91:23
93:20 95:6,10 104:8
104:19 107:17
108:1 109:9 110:5
112:7 113:8,23
115:8 118:25,25
119:9,11 123:4,5
**thinking** 109:5
**thinks** 91:4
**thought** 65:23 79:7
79:11,12 91:8 101:1
114:1
**thousands** 91:6
**three** 50:20,21 56:14
61:11 80:13 106:25
**throw** 91:4 112:25
119:1,3
**time** 5:5 7:16 9:12,24
10:15 11:6 12:6,11
13:24 23:2 25:10
27:17 28:11,22
29:17 32:12,15
35:12,14 39:11
40:14 41:16,17,24
42:4,14,18,19 43:25
45:6,16 48:5 52:15
53:13,15 59:8 61:19
61:24 62:4 65:1
71:5,25 72:22 73:11
73:13 74:6 80:11
86:21 87:13 91:13
91:14 94:18 95:4
96:25 98:5 99:5
102:18 103:3
107:24 113:12,13
113:23 115:24
117:13 119:22
121:8 122:10 123:7
123:9 126:12
**times** 16:25 17:5
57:10 105:19
106:25
**title** 14:25 15:7
**TKT** 9:8
**today** 4:7,14 14:23
18:13 29:21 32:21
33:14 34:21 42:1
59:16 63:7 66:5

76:24 81:12 95:25
104:7 113:2 115:15
116:22
**today's** 116:2
**token** 5:15
**told** 27:4 34:24 35:3
48:9,12,15,21 49:14
58:9 60:24 63:6
65:22 66:8,10 74:20
91:2 100:1,8 115:4
115:7
**toll** 35:2 50:9,10
78:21,24 102:11,21
106:19
**top** 18:4
**totally** 62:25 68:13
69:6
**touch** 30:22
**tough** 52:13 71:16,17
72:9
**trade** 19:17 105:22
105:25 106:5
**transaction** 55:19
71:19
**transcript** 1:10
102:19 126:10
**transcription** 125:5
**Traps** 106:9
**trial** 6:1 30:5 53:4
66:3 108:1,23 121:8
123:4
**trick** 57:7
**tricky** 71:7
**tried** 31:24 32:2
35:10 44:21 45:5
47:7 52:15 58:12
60:7 110:5 113:9,10
113:11 115:6
116:11
**Triple** 14:13,14
19:16
**true** 126:10
**truth** 4:16 65:24
126:7,7,8
**truthfully** 4:18,20
**try** 5:14 9:10 20:21
30:9 58:10 59:4,25
60:5 72:7 95:18

103:14 121:13
**trying** 13:22 45:13
51:16 57:6,7 66:2
66:22 74:23,25 75:1
76:13 103:15,17
105:4 106:24
116:15
**turns** 91:16
**TV** 13:13 14:6,8,21
**twice** 17:23 18:8
**two** 6:9 11:22 22:10
33:1,6,8,9,11,13
37:20,21 38:14,15
39:19 40:1,18 50:1
50:20,21 56:14
64:20 65:2 72:8
73:21,21 76:18
80:13 106:25
**type** 14:19 19:25
22:13 26:21 27:7,19
38:1,8 52:7 57:1
78:10 87:8 104:24
120:22
**types** 93:17
**T-h-a-k-o-r** 8:24

---

### U

**Uh-huh** 25:16
**unclear** 53:20
**undergraduate** 10:22
**understand** 4:20 5:2
5:12,12,14 74:16,17
76:14 95:19,24 96:1
96:5,6 121:13
**understandable** 5:15
**understanding** 26:12
26:23,24 42:2 46:9
74:15 76:6,8 79:14
108:21 122:8
**understood** 5:17
**undertake** 109:18
**unfair** 96:8 98:12,19
**unforeseen** 12:6
**UNITED** 1:1
**universal** 14:18
**University** 9:4,6,12
10:5
**unjust** 93:11

**unquote** 48:9 68:23
**use** 35:10,21 36:16
45:5 47:7 52:15
78:2,4 90:3,12,21
92:9,12 107:21
**user** 51:20 52:1 53:24
68:10 116:16
**usual** 5:21
**usually** 30:11
**U.S.C** 93:13

---

### V

**v** 1:6
**vague** 19:13
**Valentine's** 118:16
**valid** 71:12 97:8
**value** 34:2 45:2,3
46:15 47:14 48:7
58:10,24 59:2,18
107:18
**venture** 30:18 80:4
86:15 87:6 103:22
**ventured** 84:14
110:22
**venturing** 118:21
**verbally** 4:24
**verbatim** 86:18 95:23
103:13
**verbatimly** 103:10
**verbiage** 42:25 53:24
54:2
**verify** 46:6 101:23
110:5
**versus** 4:8
**victim** 93:21 96:12
104:5
**victims** 68:23,25
**video** 13:22,23 19:15
**view** 13:19
**violations** 93:11
**Visa** 39:2
**visit** 17:17,22 18:17
**vis-a-vis** 74:5
**vocal** 101:14

---

### W

**wait** 113:23
**waited** 43:11 113:20

**walk** 21:16 23:14
  32:7
**walking** 76:25
**walks** 55:5
**Wall** 17:4 121:16
**wallet** 24:13 40:17
**Wal-Mart** 20:12,23
  21:1,6,17 22:8
  23:20,21 24:14,18
  25:3,7,12 73:18,19
  77:5,15
**Wal-Mart.com** 23:22
**want** 8:13 13:23
  18:13 26:10 28:15
  30:1 59:15 65:24
  66:1,3,5 72:7 85:13
  86:17 89:5 94:13
  106:10 107:1
  115:11 119:7
**wanted** 47:24 110:13
  119:7
**Washington** 15:16
  17:5
**wasn't** 5:23 11:19
  51:25 52:5 83:24
  116:19
**waste** 102:18
**watch** 13:9,11,12,22
  13:23,25 14:6
**water** 73:9
**waved** 6:5
**way** 20:20 39:9 51:21
  62:25 63:1 81:24
  82:1 91:13,18,19
  94:11 102:1 121:25
**wearing** 66:23 67:10
**weather** 67:2,9
**web** 13:11,13 87:25
**website** 18:14
**websites** 17:15,16,22
  105:17
**Wednesday** 1:15
**week** 16:17,18 17:23
  18:8
**weekly** 17:2
**weeks** 61:11
**weight** 28:25
**weird** 6:4

**went** 16:7 47:6
  120:17
**we'll** 5:16
**we've** 61:12 73:1
  96:20
**whatnot** 72:8
**whatsoever** 17:11
**Wii** 13:17
**wish** 115:18
**WITNESS** 3:5 14:11
  57:16 70:23 87:11
  87:18 122:6
**wonder** 73:1
**word** 48:11 90:20
**words** 90:21
**work** 11:15 15:20
**worked** 16:8 27:17
**worth** 118:25
**wouldn't** 43:8,24
  44:2,4
**writing** 41:13,15
  46:18 78:7
**written** 100:9,14
  103:10,13 110:24
**Www.Google.com**
  17:21 82:18

**X**

**X** 3:2,10
**XBox** 13:14 21:19,23
  22:5 23:5,9,13
**XBox's** 23:12

**Y**

**year** 21:4 25:10
  34:16 61:9
**years** 11:22 67:16
  80:13,13,14
**York** 6:24

**$**

**$100** 21:22 22:12
  23:9
**$2.50** 42:6 52:18 54:4
  54:12 99:13
**$200** 21:21
**$25** 33:19 34:5 35:4
  36:3,20 70:13 90:10

  119:13
**$50** 119:14

**0**

**08543-1147** 2:13
**08817** 1:14 6:17

**1**

**1-800** 50:5,6 78:21,24
**1-800-Wal-Mart**
  24:7,11,20
**1-866** 50:7
**1:09-CV-01062-R...**
  1:2
**10,000** 118:22
**10/09** 114:1
**10/19/09** 34:18
**10/19/1982** 15:23
**100** 20:12 41:3,4
**100,000** 118:23
**108** 3:20
**12** 25:25 26:3,23,25
  27:5 32:23,23 33:10
  33:16 73:20 109:22
  111:4
**12:20** 1:15
**120** 3:7
**121** 3:8
**15** 3:20 93:13
**16** 41:2
**173** 6:15 15:24
**18** 93:17,20 94:25
  103:24
**1835** 2:5
**19** 1:15 34:21 35:6
**19th** 44:24
**19103** 2:6

**2**

**2:56** 123:10
**20** 23:12
**200** 23:12
**2000** 7:11 10:21
**2005** 7:14,15,18
  10:21,25 11:12,14
  11:21
**2007** 11:13,16 29:19
  32:6

**2008** 8:8 10:1 11:25
**2009** 9:25 21:3 34:17
  35:6,10,11 38:19
**2010** 1:15 34:21 61:9
  125:16 126:23
**2011** 126:25
**215-561-2100** 2:7
**26th** 2:5
**27** 29:7,9

**3**

**30** 14:1,2 126:23
**30XI00198500**
  126:22
**30,000** 13:18
**301** 2:12
**360** 13:14 21:19,23
**365th** 42:8 54:6,8,14
  99:15,19
**39** 3:13

**4**

**4** 3:6
**40** 1:14
**401** 2:12
**45** 3:14
**45(a)(1)** 93:14

**5**

**5** 126:25
**50** 87:6
**56:8-2** 93:12

**6**

**60** 36:7,10,19 38:7
  40:24 46:10,11,14
  87:6 95:21
**60-page** 115:19
**609-452-0808** 2:14
**63** 107:8
**64** 107:8
**65** 107:8

**8**

**88** 3:16

EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY MANN, et al., <br><br> on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TD BANK, N.A., et al., <br><br> Defendants. | No. 1:09-cv-01062-RBK-AMD <br><br> **TD BANK, N.A.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' INTERROGATORIES DIRECTED TO ALL DEFENDANTS (FIRST SET)** |

**CONFIDENTIAL**

Defendant TD Bank, N.A. for itself and its predecessor in interest, Commerce Bank, N.A. (collectively "TD Bank"), by and through its undersigned counsel, Pepper Hamilton LLP, hereby makes its supplemental objections and responses to Plaintiffs' Interrogatories Directed to All Defendants (First Set) ("Interrogatories") as follows:

**GENERAL OBJECTIONS**

The specific responses to the Interrogatories set forth herein are made subject to the following general responses, reservations, and objections:

1.     TD Bank objects to the Interrogatories to the extent they seek the disclosure of information and/or documents protected from disclosure by the attorney-client privilege, the work-product doctrine, or by any other privilege or doctrine available under federal or state statutory, constitutional, or common law.  Inadvertent disclosure of such information or documents shall not constitute a waiver of any privilege or any other ground for objecting to discovery with respect to such documents, nor shall inadvertent disclosure waive TD Bank's right to object to the use of any such information or documents in any proceeding.

2.     TD Bank objects to the Interrogatories to the extent they seek disclosure of proprietary, confidential business information, and/or documents, and will only disclose such information or documents pursuant to a confidentiality agreement entered into by the parties.

3.     TD Bank objects to Plaintiffs' first "instruction" on the ground that it would render the Interrogatories overly broad, vague, ambiguous, and unduly burdensome and would result in more than 25 interrogatories without leave of court.

4.     The general objections stated herein are incorporated by reference into each response herein, as if fully set forth below.  No such objection is waived by answering any particular Interrogatory in whole or in part.  Any response provided herein is subject to and limited by all general objections stated herein.

5.     TD Bank's responses to the Interrogatories are made after a reasonable inquiry into the relevant facts within the time allowed for responding to the Interrogatories.  TD Bank expressly reserves its right to supplement, amend, correct, or modify its respective responses or objections.

### SPECIFIC OBJECTIONS AND RESPONSES TO INTERROGATORIES

6.     How many gift cards were sold by Commerce Bank and TD Bank in New Jersey from 2004 to the present?

**ANSWER:**  In addition to its General Objections, each of which is incorporated herein by reference, TD Bank specifically objects to this interrogatory on the ground that it seeks information that is neither relevant to the claim or defense of any party, nor admissible, nor reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waiver or limitation of the foregoing objections, TD Bank states that, to the best it can determine based on information in its possession, Commerce Bank, N.A. sold 1,698,791 cards in New Jersey branch offices from 2004 until May 31, 2008, when it ceased to exist, and TD Bank, N.A.



sold 1,403,026 gift cards in New Jersey branch offices from June 1, 2008, through December 2009.

       7.     On how many New Jersey-purchased Commerce and TD Bank gift cards were dormancy fees assessed from 2004 to the present?

      **ANSWER:** In addition to its General Objections, each of which is incorporated herein by reference, TD Bank specifically objects to this interrogatory on the ground that it seeks information that is neither relevant to the claim or defense of any party, nor admissible, nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver or limitation of the foregoing objections, TD Bank states that, to the best it can determine based on information in its possession, from 2004 until May 31, 2008, Commerce Bank, N.A. sold 888,406 gift cards in New Jersey branch offices that were assessed at least one monthly service fee at any time up to December 31, 2009, and from June 1, 2008 until December 31, 2009, TD Bank, N.A. sold 77,874 gift cards in New Jersey branch offices that were assessed at least one monthly service fee during that time period.

       8.     What is the total amount of dormancy fees assessed and collected by Commerce Bank on its gift cards purchased in New Jersey from 2004 to the present?

      **ANSWER:** In addition to its General Objections, each of which is incorporated herein by reference, TD Bank specifically objects to this interrogatory on the ground that it seeks information that is neither relevant to the claim or defense of any party, nor admissible, nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver or limitation of the foregoing objections, TD Bank states that, to the best it can determine based on information in its possession, from 2004 until December 31, 2009, $6,817,929 in monthly service fees was assessed and/or collected by Commerce Bank, N.A. or its successor TD Bank, N.A. on gift cards sold by Commerce Bank, N.A. in its New Jersey branch offices from 2004 until May 31, 2008.



9.      What is the total amount of dormancy fees assessed and collected by TD Bank on its gift cards purchased in New Jersey from 2004 to the present?

**ANSWER:** In addition to its General Objections, each of which is incorporated herein by reference, TD Bank specifically objects to this interrogatory on the ground that it seeks information that is neither relevant to the claim or defense of any party in the pending action, nor admissible, nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver or limitation of the foregoing objections, TD Bank states that, to the best it can determine based on information in its possession, from June 1, 2008 until December 31, 2009, $311,880 in monthly service fees was assessed and/or collected by TD Bank, N.A. on gift cards sold by TD Bank, N.A. in its New Jersey branch offices from June 1, 2008 until December 31, 2009.

As to the objections,

Angelo A. Stio by _____

Angelo A. Stio III
Eric J. Goldberg
PEPPER HAMILTON LLP
(A Pennsylvania LLP)
301 Carnegie Center
Suite 400
Princeton, NJ  08543
(609) 951-4125, 4196

Stephen G. Harvey (admitted *pro hac vice*)
Barak A. Bassman (admitted *pro hac vice*)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
(215) 981-4000

Dated:  April 13, 2010

*Attorneys for Defendants TD Bank, N.A. and Commerce Bank, N.A.*

-4-



# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

BRADLEY MANN, et al.,

on behalf of themselves and all others
similarly situated,

                   Plaintiffs,

              v.

TD BANK, N.A., et al.,

                 Defendants.

No. 1:09-cv-01062-RBK-AMD

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2010, a true and correct copy of TD Bank, N.A.'s Supplemental Objections and Responses to Plaintiffs' Interrogatories Directed to All Defendants (First Set) and TD Bank, N.A.'s Objections and Responses to Plaintiffs' Requests for Production Directed to All Defendants (First Set) was served upon the following counsel of record via email and first class mail:

> Louis T. Silverman, Esquire
> Leonard V. Fodera, Esquire
> Michael Lalli, Esquire
> John R. Trotman, Jr., Esquire
> SILVERMAN & FODERA
> Eleven Penn Center
> 1835 Market Street, Suite 2600
> Philadelphia, PA 19103
>
> *Attorneys for Plaintiffs*

Dated:  April 13, 2010

Stephen G. Harvey